U.S. COURT OF APPEALS
RECEIVED
CLERK
OCT 2 2 2018
ATLANTA, GA

IN THE UNITED STATES COURT OF APPEALS

FOR THE ELEVENTH CIRCUIT

SCOTT JOSEPH TRADER,

Defendant - Appellant,

V.        NO. 17-15611-DD

UNITED STATES OF AMERICA,

Plaintiff - Appellee.

APPELLANT'S TEMPORARY PRO SE MOTION
SUPPLEMENT TO THE COUNSEL'ED
FILED OPENING BRIEF

NOW COMES Appellant, Scott Trader, pro se,
with the instant "temporary" pro se motion in
supplement to the counseled filed brief.
In support, Appellant offers the following:

1 OF 5

1. The instant "temporary" motion in supplement to the counseled filed opening brief is hereby filed to serve atleast two important purposes.

2. First, the instant motion serves the purpose of demonstrating before this Honorable Court the 'critical facts' and governing 'relevant laws' of which counsel, inadvertently, did not include in the opening brief, and, if not supplemented thereto, the claims will surely fail on its merit.

3. Secondly, the instant motion serves the important purpose of showing this honorable court that appellant is not attempting to do anything other than, "in the interests of Justice", file a merit-demanding Pro se supplement, warranting relief to this appellant, where appellant will bring before the court's attention to consider crucial facts and relevant law, not included in counsel's opening brief, all of which is directly dispositive ■ to the merits of Trader's claims.

4. PLEASE BE ADVISED that the instant motion is labled "temporary" for the following purposes:

   (a); The submitted supplement motion is not finished/perfected product; (rather, a place-holder)

   (b); Appellant is having the instant motion's arguments looked over by "paralegals", whom shall 'remove' all surplusage, redundancy, and have the motion professionally typed in motion form to comport with the character limits, and other rules of this honorable court;

   (c); Once the argument has been perfected and professionally typed in proper motion form, in accordance with the rules of court, appellant will then amend the instant "temporary" supplement, and file the perfected supplement motion.

5. Appellant also hereby supplement the Appendix with crucial 'fact-related' documents, each of which were not filed by counsel in the

3 of 5

opening brief, but is critical to the claims merits in the case sub judice.

## CERTIFICATE OF INTERESTED PERSONS AND CORPORATE DISCLOSURE STATEMENT

11th. Cir. R. 26.1.

Barnes, Antonia J., Assistant United States Attorney (AUSA)

Cannon, Aileen M., AUSA

Caruso, Michael, Federal Public Defender

Ferrer, Wifredo A., Former United States Attorney

Greenberg, Benjamin G., Acting AUSA

Gyires, Marton, AUSA

Hopkins, Hon, James M., U.S. Magistrate Judge

Marks, Neison, Asst. Federal Public Defender

McHhewman, Hon. William, U.S. Magistrate Judge

Maynard, Hon. Shaniek M., U.S. Magistrate Judge

Middlebrooks, Hon. Donald M., U.S. Magistrate Judge

Militello, Kristy, Asst. Federal Public Defender

Peacock, R Fletcher, Asst. Federal Public Defender

Smachetti, Emily M., Asst. U.S. Attorney

4 of 5

Trader, Scott Joseph, Defendant / Appellant

United States of America, Plaintiff / Appellee

Vilkafana, Marie, Asst. U.S. Attorney

151 Scott Trader

Scott Trader - pro se

# Contents

1) Cover letter, Motion, Certificate of Service — 7 Pages

2) Table of contents — 2 Pages

3) Placeholder Brief — 46 Pages

4) Extraction Report for Chat on Say Hi — 12 Pages

5) Law Enforcement Guide to KiK — 12 Pages

6) KiK Emergency Disclosure Response — 26 Pages

7) Expert Report for KiK Emergency Disclosure Response — 2 Pages

8) Comcast Emergency Disclosure Request and Response — 3 Pages

Pro Se

Supplement to

Opening Brief

Table of Contents:

A) Issues presented for Review          Page 1

B) The government violated Mr. Trader's
   Expectation of Privacy in his physical
   Movements when it requested 30 Days
   of Location information without a warrant.   Page 2 - 9

C) Mr. Trader had a reasonable Expectation
   of Privacy in his historical IP
   Addresses, despite them being
   held by a third Party, because
   Location information is A
   Distinct Category of information.   Page 10 - 17

D) Mr. Trader's case is distinguishable
   from all cases prior to Carpenter
   which have dealt with the question
   of fourth Amendment Protection
   as it relates to An IP address.   Page 18 - 23

E) The Stored Communications Act
   is not Applicable or Relevant because

2

The Emergency Disclosure Requests
Sent to KiK and Comcast were, on
Their Face, Reckless and a total
Disregard for the truth.          Page 24 - 35

F) The good faith Exception
to the exclusionary Rule Does
not Apply in this case.          Page 36 - 42

G) IF this court holds that the government
Violated Mr. Traders Fourth Amendment
Rights when it obtained his historical
IP addresses without a warrant,
All fruits of the unlawful Search
Should be Suppressed.          Page 43

Footnotes          Page 44 - 46

A)         Issues Presented for Review

1) Did the district court Err when it denied Mr. Trader's Motion to Suppress and approved the governments warrantless Seizure and Search of his IP address history and account Information? Did Mr. Trader have a reasonable expectation of privacy in his physical movements and Location Information? Are the privacy concerns heightened by the fact that the government tracked Social Media activity, Chronicling each time a message was Sent or recieved on Mr. Traders Cell phone, for 30 Days, without a Judicial order, administrative Subpoena, or a Showing of Probable cause?

2) Did Mr. Trader have a reasonable expectation of Privacy IN Voluminous location records generated by use of his Cell phone and held by a third party, when those Records are a Distinct catagory of Information?

3) Did Exigent Circumstances exist to Support the Search of Mr. Trader's Historical IP Addresses?

4) Did the district court Err when it denied Mr. Trader's Motion to Suppress without holding an Evidentiary hearing?

5) Should all "Fruits" of the unlawful Search be Suppressed?

2

B) The Government Violated Mr. Trader's expectation of Privacy in his physical movements when it Requested 30 Days of Location Information without a warrant.

When Homeland Security Sent an Emergency Disclosure Request to Kik, Compelling them to produce and Disclose All "Recent IP Addresses used by the account holder" In Addition to the basic Subscriber Information Such as "The Last Known Customer Name and E-Mail Address", The government Violated Mr. Trader's fourth Amendment rights against an unreasonable Search and Seizure. This warrantless Seizure and Search resulted in the government obtaining over 30 Days of Locational Information. Here, the government exercised Unfettered discretion when it requested an Unlimited amount of IP Address and Account Activity history without Probable cause. Kik disclosed not Just basic Subscriber Information, But also 26 pages of IP addresses, Remote Ports which were accessed, the connection type used, The Transactional Chat log timestamp, and the corresponding date and time that each Message was Sent and Recieved on the application. This Information totals 593 different location points over 30 Days, the time and Date Mr. Trader was at each location, and the Make, Model, and Operating System of the device used, along with device Specific Identifying Information. [1] (DE Kik Disclosure)

The Supreme court in Carpenter agreed that Mapping the past Movements of a cell phones location over 7 Days "Provides an all-encompassing record of the holder's whereabouts. As with GPS information, the time-stamped data provides an intimate Window into a person's life, revealing not only his particular Movements, but through them his familial, political, professional, religious, and Sexual associations". Here, The government was essentially given Data that was equally as intrusive as the C.S.L.I. at issue in carpenter. Because of the location information given to Homeland Security, the agents here were not only able to identify and locate Mr. Trader, but also were able to look through that "Intimate window" to see where Mr. Trader Spent most of his time, his home. Since 413 of the 593 location points were from the Same IP Address, and connected through wifi, the government was able to place the device, and by default, the owner of the device the kik account was on, at the physical location the IP address was registered to. Because wifi access is password restricted, and the password for that particular account needs to be ▮▮▮▮▮ entered on the Device at least one time before connecting to it, the government was able to conclude the device the kik account was on, and by proxy its owner, was not only at that residence, but knew the password to the wifi, and therefore established a Solid connection with the residence. [2]

4

Moreover, because Agents had Mr. Trader's location Information, the government was able to pin point Exactly where Mr. Trader _would be in the future, and when he would be there_. A Mapping of the account activity for Mr. Trader's Kik account reveals that through the overnight hours, Everynight from May 1st 2017 through May 31st 2017, the device that held the Kik application, Mr. Trader's Cell phone, was at only one location whenever a text message was Sent or recieved. This "Intimate window into [Mr. Trader's] life" revealed where he was 30 Consecutive Nights, During a time when Most americans would be asleep, In their beds, at their home. Coincidently, the Search of Mr. Traders Residence occurred the very next night the location records ended, the morning of June 1st 2017 and at the very same time his records indicated he would have been there, at 1:10 a.m. Indeed, Agents never physically observed Mr. Trader at the residence, because they did not need to. They had already had him under ^(round the clock) Surveillance for 30 Days prior to the Search "The Retrospective quality of the data here gives police access to a category of information otherwise unknowable. In the past, attempts to reconstruct a person's Movements were limited by a dearth of records and the frailties of recollection. With access to [the location information here], the government can Now travel back in time to retrace a person's whereabouts... Police Need Not even Know in advance whether they want to follow a particular individual, or when... Whoever the Suspect turns out to be, he has effectively been tailed every moment of every day... Without regard to the

5

constraints of the Fourth Amendment". Carpenter, 138 S.ct. at 2218

Additionally, the government was able to learn the habits and patterns of Mr. Trader through the release of his account data. At the very least, by mapping his location, the government is able to ~~deduce the daily routine of Mr. Trader from one day to the next~~

deduce the daily routine of Mr. Trader, from one day to the next. For example, without identifying any other locations besides Mr. Trader's home, the government is able to conclude not just wherever Mr. Trader was within his home, but also his movements to and from his home, and the amount of time inbetween. This is done simply by examining the data. An IP address gives a user's exact location, and since the government knows the exact location of IP address 76.110.46.234 is Mr. Trader's home, then "It is simple common sense to think that if one knows the location [of the ip address] from which a user is using the Kik app", then one must also know that user's movements to and from that location, and from one location to the next, using the same record of historical IP addresses. (DE 14: 13-14) For example, out of 30 days of location data the government possessed, the records show that for 22 days, during normal business hours, the particular IP addresses that correspond with ALL of the account activity within that specific "window", were not the IP address associated with Mr. Trader's home, and were not connected through Mr. Trader's home wifi connection.

There is however, a record of multiple location points, Made through several different IP addresses, All connected through Mobile LTE and Mobile Hot Spot Data, throughout the 30 Days of records, for that very same "window." This means that one could very easily establish a pattern that between those hours, on those days, Mr. Trader's cell phone was and would be located somewhere other than his home.

But that is not all. That is just some of the information gathered by this Chronicle of Mr. Trader's past Movements. Consider a total of 593 location points, from 42 different IP addresses. 413 points show Mr. Trader at 1 IP address, his home. This means there are 180 location points from 41 other IP addresses, connecting over the Mobile LTE and Mobile Hot Spot networks. Put Simply, from May 1st 2017 through May 31st 2017, there were 41 other locations Mr. Trader was, and 180 times Mr. Trader was at those locations. All of those locations were somewhere other than his home when he sent or received a text message from his cell phone, on the Kik application. With the data generated from each message, the government possessed the means to get the exact location Mr. Trader's phone was at those times. During the month of May 2017, some of those locations correspond to: Several stops along Mr. Trader's Route while at work as a pool technician, Trips Mr. Trader made to the county courthouse, Various trips to different stores and restaurants with his family, Family trips and vacations to Orlando theme parks, and Multiple trips on public roadways

7

in a vehicle, among others.

The tracking of a persons past movements is exactly the issue considered in Carpenter, the only difference in Mr. Trader's case is, it is done in the form of an IP address instead of CSLI. Both partake many of the qualities of gps monitoring the Supreme court considered in Jones. "It is detailed, encyclopedic, and effortlessly compiled". Here the data is, Intimate, comprehensive, In-expensive, retrospective, and In-Voluntary. Both cases reached the same conclusion, which should be applied and extended here. Mr. Trader "has a reasonable expectation of privacy in the whole of his physical movements.". See: Carpenter, 138 S.ct 2206 , Jones,

Furthermore, there is no question that people have an expectation of privacy in their home. Numerous times, the Supreme court has been confronted with crucial questions regarding the application of the fourth Amendment in ones home, and have said that the fourth Amendment draws a firm line at the entrance to the house. That line, we think, must not only be firm, but also bright - Which requires clear specification of those methods of surveillance that require a warrant". Kyllo, 533 U.S. at 40. "Searches and Seizures inside a home without a warrant are presumptively unreasonable absent exigent circumstances". Karo, 468 U.S. at 714-15 (collecting cases).

8

Inspection of 593 Historical IP addresses, Spanning 30 Days, invaded an even greater privacy interest then the single day searches challenged in Karo and Kyllo because of the mere amount of information collected, and 413 of the location points occurred in Mr. Trader's home. Similar to the Searches challenged in Karo, Kyllo, and Carpenter, examination of those historical IP address location points allowed the government to place Mr. Trader and his cell phone at home at specific points 413 Different times. "In the home, our cases show, all details are intimate details, because the entire area is held Safe from prying government eyes". Kyllo, 533 U.S. at 37. "The Karo and Kyllo courts recognized the location of a person and his property within a home at a particular time as a 'critical' private detail protected from the governments intrusive use of technology". U.S. v. Graham, 796 F. 3d 332 (4th Cir. 2015) at 346 - 47; See Kyllo, 533 U.S. at 37; Karo, 468 U.S. at 715.

There exists a minimal expectation that people have privacy in their home, and this expectation has been acknowledged to be reasonable. Kyllo, 533 U.S. at 34. "To withdraw protection of this minimum expectation would be to permit police technology to erode the privacy guaranteed by the fourth Amendment. We think that ■ obtaining by [Location] technology any information regarding the interior of the home that could not otherwise have been obtained without physical intrusion into a constitutionally protected area . . .

9

constitutes a search... at least where [as here] the technology in question is not in general public use. This assures preservation of that degree of privacy against government that existed when the fourth amendment was adopted".

Here, the violation of privacy is obvious, because the government used the historical IP addresses to locate Mr. Trader in his home on 413 occasions. When it requested disclosure to Kik, the government did not know the identity of the owner to the Kik account, or his location. Those historical IP addresses were critical information, because it led the government to Mr. Trader, and his home. The government used technology not available to the general public to essentially reach through Mr. Trader's social media account, into his home, a protected space, to identify and locate him. If nothing else, Mr. Trader's expectation of privacy in his historical IP addresses when home, and in his physical movements to and from his home, are subjective and reasonable.

10

c) Mr. Trader had a reasonable Expectation of Privacy in his Historical IP Addresses, despite them being held by a Third Party, Because Location Information is a Distinct Category of Information.

Information in the hands of a third party is not categorically excluded from protection under the fourth amendment. See: Carpenter v. U.S., 138 S.ct. 2206 (2018); Ferguson v. City of Charleston, 121 S.ct. 1281, 1288 (2001); U.S. v. Jacobsen, 466 U.S. 109, 114 (1984); Stoner v. California, 376 U.S. 483, 487-88, 490 (1964). In determining which information is entitled to fourth Amendment protection, Courts Shall administer a "Multifactor Analysis - Considering Intimacy, Comprehensiveness, expense, retrospectivity, and Voluntariness". See Carpenter, 138 S.ct at 22⁴ (Kennedy, J., dissenting) Carpenter, 138 S.ct at 2217 - 2223

Smith and Miller are distinguishable from this case for multiple reasons. First, the retrospective nature of 593 location points over a period of 30 Days are significantly more revealing than the limited three days of call records in Smith. In Smith, the defendant physically dialed each number that appeared in the record the government obtained. As in Miller, the defendant physically wrote the information on the bank records obtained by the government. Here, the IP address history and account Data Collected by Kik are automatically generated without any active participation or Submission by the user. These records

Contain Information that is comprehensive in terms of the physical places the user was, and the time the user was at those physical locations, making the records here entirely different in quantity and quality from the data generated by a simple landline phone, and possess many more intimate details about ones life. In many cases, as here, this information is gathered about a suspect before that person is even suspected of a crime, and at very little expense to the government as opposed to what this type of information would have cost the government in round the clock surveillance at the time Smith and Miller were decided.

Simply put, the court should not rely on antiquated cases to determine how to protect historical IP addresses and related data, especially when it reveals private, protected location information. See: Carpenter, 138 S.ct 2206, (recognizing a right to privacy in "historical cell phone records that provide a comprehensive chronicle of the user's past movements") See: Riley, 134 S.ct at 2488-91 (recognizing that cell phones store "qualitatively different" data that discloses revealing information as compared to physical records of the past). See: Jones, 132 S.ct. 945 (2012) (recognizing a person's expectation of privacy in his physical location and movements.)

Second, Smith and Miller do not reflect the realities of modern society and its intersection with technology. Today we share much more information about ourselves with third partys

Merely as a by-product of the differences in how we perform tasks: We e-mail instead of writing letters, We text instead of calling, We read books and newspapers online on our Mobile device instead of on paper, etc. As Justice Sotomayor Noted, Smith and Miller's basic "premise" is "Ill-suited to the digital age, In which people reveal a great deal of information about themselves to third parties in the course of carrying out mundane tasks". Jones, 132 S.ct. at 857 (Sotomayor, J., concurring). Having in on Subjective expectations of Privacy, Justice Sotomayor doubted "People would accept without complaint the warrantless disclosure" of information to the government from their ISP's like the URL's they visit or their e-mail addresses with which they correspond. It is this reasoning that led the court in carpenter to conclude that "there is a world of difference between the limited types of personal Information addressed in Smith and Miller and the exhaustive chronicle of location information casually collected by wireless carriers today". Carpenter, 138 S.ct at 2219

The Supreme court in carpenter found five principle reasons for deciding that an individual has a reasonable expectation of Privacy in cell phone location Information, despite that Information being in the hands of a third party. In doing so, the court First considered if the information at issue was "Truly shared... Voluntarily" or was it generated "by dint of its operation, without any affirmative act on the part of the user". Id. Second, the court considered how "comprehensive" the

Category of information is, Including reason _Three_, "The retrospective quality of the data" that would have been "Otherwise Unknowable" because of the _fourth_ reason, the amount of "Intimate" Information collected, Such as a "Chronicle of the user's Past Movements", "Provid[ing] an all-encompassing record of the holder's whereabouts" including, as here, when a "Cell phone faithfully follows its owner beyond public thoroughfares and into Private residences, doctor's office's, political headquarter's, and other potentially revealing locales", at _Five_, "Practically No expense" to the government. The court noted that "Cell phone tracking is remarkably easy, cheap, and efficient compared to traditional investigative tools" and pointed out that "In the past, attempts to reconstruct a person's Movements were limited by a dearth of records and the frailties of recollection", but with Cell phone location information, "The government can now travel back in time to ▓▓▓▓ retrace a Person's whereabouts". Id.

This court can and Should apply the Five Principle reasons Cited in Carpenter, to this case, because as the government themselves admit, "The holding and ▓▓▓▓▓▓ rationale in [Carpenter] is essentially the same as the issue here, but it involved Historical Cell tower information from a phone company rather than Subscriber information from a Smartphone application company". (DE 14:8) The government will attempt to Now distinguish Historical Cell tower Data from Subscriber Information, but there is an ample Precedent of case's that call

CSLI, exactly that.

There is however, a gigantic difference between "basic" Subscriber Information, and the "distinct category of [Subscriber] Information" at issue here, and as was the case in Carpenter. While both are revealing, it is the Sheer Volume of the data the government recieved that caused the Fourth Amendment Violation. If the government had requested one Specific location, at one Specific point in time, or simply asked for the last location point accessed, the Fourth Amendment Violation may not have occurred. That is the difference between "basic" and "Distinct" Subscriber information as the Supreme Court has now explained.

Applying Carpenter's "Multifactor analysis" to Mr. Trader's case, this court Should Find that: First, KiK generated a plethora of data everytime Mr. Trader Sent or recieved a text message, including Information which was not "truly Shared... Voluntarily", but information which was generated "by dint of its operation, without any affirmative act on the user", Such as the physical location Mr. Trader was, and the time he was there. Second, The court Should Find how "Comprehensive" this "Distinct category of information" IS, Including 26 pages of Location Information, detailing the historical Ip addresses, The remote ports accessed, the connection type used, and the date and time of each message/connection, among other things. Third, "The retrospective quality of the data" is Enormous. This includes 30 Days worth of location information,

totaling 593 location points and 42 different IP addresses, information that would have been "otherwise unknowable" because of: Four, the amount of "intimate" information collected, such as the chronicle of [Mr. Trader's] past movements" which "provide an all encompassing record of [Mr. Trader's] whereabouts" since his "cell phone faithfully followed" its owner beyond public thoroughfares and into private residences, doctor's offices, political headquarters, and other potentially revealing locales" at Five, "practically no expense" to the government. The surveillance by Mr. Trader's own cell phone "is remarkably easy, cheap, and efficient compared to traditional investigative tools". "The government [was able to] travel back in time to retrace [Mr. Trader's] whereabouts".

"In our time, unless a person is willing to live 'off the grid', it is nearly impossible to avoid disclosing the most personal of information to third-party providers on a constant basis, just to navigate daily life. And the thought that the government should be able to access such information without the basic protection that a warrant offers is nothing less than chilling". Davis, 785 F. 3d at 525 (Rosenbaum, J., concurring).

In Davis, the now abrogated 11th circuit equivalent to Carpenter, Judge Rosenbaum concurred in the outcome, but expressed that the third party doctrine warranted additional consideration and discussion:

16

"When, historically, we have a more specific expectation of privacy in a particular type of information, the more specific privacy ▓▓▓ interest must govern the fourth amendment analysis, even though we have exposed the information at issue to a third party by ▓ using technology to give, receive, obtain, or otherwise use the protected information. In other words, our historical expectations of privacy do not change or somehow weaken simply because we now happen to use modern technology to engage in activities in which we have historically maintained protected privacy interests. Neither can the protections of the fourth Amendment." - Davis, 785 F. 3d at 524-25, 532 (Rosenbaum, J., concurring

The court in Carpenter took a stand, firmly declaring that it "Is obligated - as subtler and more far - reaching means of invading privacy have become available to the government - to ensure that the progress of Science does not erode fourth amendment protections. Here, the ▓▓▓▓▓▓ Progress of Science has afforded law enforcement a powerful new tool to carry out its important responsibilities. At the same time, this tool risks government encroachment of the sort the framers after consulting the lessons of history, drafted the fourth Amendment to prevent". The court then held that before using this new technology, "The governments obligation is a familiar one - GET A WARRANT". Carpenter, 138 S.ct at 2221

In order to identify and locate Mr. Trader,

17

The government used his historical IP Addresses to precisely locate him within his home, where his 30 Days of Location Information showed he would be, At the exact time his information said he would be there. Even if Mr. Trader knew that Kik was keeping certin Data, It was not obvious that they were tracking his location, and Storing that information for an extended period of time. It is Nonsensical that the government Should be able to obtain any record tracked and held by a third party, because there would almost never be a need to obtain a warrant for private information. Data in the hands of a third party will only increase as technology advances, and unfettered access to this data would inevitably lead to the governments increased access to intimate details of peoples lives. "Such a Chronicle implicates privacy concerns far beyond those considered in Smith and miller". Carpenter, 138 S. Ct at 2220

18

D) Mr. Trader's case is distinguishable from all case's prior to Carpenter which have dealt with the question of fourth Amendment protection as it relates to an IP address.

Almost all Federal courts prior to Carpenter had concluded that Internet users have no expectation of privacy in their IP address and related subscriber information. However, these case's are distinguishable from Mr. Trader's. First, a user's IP address and IP Address History are not the same. A user's IP Address is the current identification number assigned to their account by the Internet Provider. In this case, that number is 76.110.46.234, and the provider is Comcast. By accessing the internet at Mr. Trader's residence, he identified his connection, using the IP address for that location, through the provider's equipment. For instance, when H.S.I. in this case sent its request for disclosure to Comcast, It asked them for the "Subscriber identification information" for "76.110.46.234", the user's IP address. That is Singular, not Plural. The Agents asked for information for one IP address. A user's IP Address history (Historical IP Addresses) is a log of All IP Addresses that have been in connection to the account activity, regardless of the provider or the location identified by the number. For example, when H.S.I. in this case sent its request for disclosure to Kik, It asked them for all "Recent IP addresses" that were "used by the account holder". That is Plural, not Singular. There is a gigantic difference between the two and its an Important one,

because one discloses "basic subscriber information" and the other, A "distinct category of information". The latter is at issue here as opposed to prior cases. <u>Second</u>, A history of IP addresses from a Smartphone user, who accessed the Social Media Service only through an application on his Smartphone, provides information on the location of the device by default connection, i.e., the History of IP addresses. This violates the Smartphone user's expectation of privacy in the whole of his physical movements.

      Prior cases were not Just before the Supreme Court decided Carpenter, but also did not tackle the issue of a cell phone user accessing the internet through his phone. These Prior case's involve Computer's like Desktops that are not mobile, or laptops that are mobile, but still have to be at a physical location to connect to the internet via a wired or wifi connection. The data at issue here, although contains Multiple connection's via wifi to Mr. Trader's home, A physical location, Also contains Numerous connections to the internet via Mobile LTE and Hot spot access. More Importantly however, is the fact that the government knew that the records they were seeking belonged to a user who was accessing the internet through a Smartphone, and a Smartphone application, and knew what information they were going to recieve back from Kik. (DE 14-1:8-9) (DE Kik guide to law enforcement) That means that while Mr. Trader was traveling from location to location sending and recieving text messages, his Social media Service was following him, recording his movements through IP addresses, and the government

Knew all about it.

To put this in prospective, Mr. Trader could have been traveling on Interstate 95 for 30 minutes. Within that time, If Mr. Trader sent and recieved a total of 15 messages on Kik, It is possible that all 15 messages, had a different IP address, a different remote port, or a different transactional chat log time stamp, indicating a different coverage area, a different location. Just as agents here did with comcast, they could use the same means of identifying the regestered providers for that coverage area, which in this case would be T-mobile, Mr. Trader's wireless provider, and agents here would have a record of Mr. Trader's movments for 30 minutes. It is a simple conclusion that accessing the internet through a smartphone is a whole new breed of technology compared to desktop and laptop computer's.

In 14 out of 17 case's the government cites as precedent desktop and laptop computer's were the devices used to access the internet. The other 3 case's were: U.S. v. D'Andrea, 497 F. Supp. 2d 114, 120 (D. Mass. 2007) Here the government fails to mention this case was vacated by U.S. v. D'andrea, 648 F. 3d 1 (1st cir. 2011) in which "The government did not dispute a subjective expectation of privacy in their password protected online account, and that this expectation of privacy was, at least initially, reasonable". The other two case's the government cites: U.S. v. Carpenter, 819 F. 3d 880, 887 (6th cir. 2016) Reversed and Remanded

21

by Carpenter v. U.S., 138 S.Ct. 2206 (2018)
and U.S. v. Davis, 785 F. 3d 498, 511 (11th Cir. 2015) (en banc)
Abrogated by Carpenter v. U.S., 138 S.Ct. 2206 (2018)
(DE 14: 5-8)

Likewise, All 8 cases the District court Cited in
Denying Mr. Trader's Motion to Suppress, Were cited by the
government. (DE 15: 5-6) Two of them being Davis and
Carpenter, The other's were:
U.S. v. Perrine, 518 F. 3d 1196, 1204-05 (10th Cir. 2008)
(Defendant used home computer to access chat room)
U.S. v. foorrester, 512 F. 3d 500 (9th Cir. 2008)
(Government recieved warrant to install a pen register/Trap and trace
device on home internet account, to monitor internet activity
to and from defendant's home computer)
U.S. v. Christie, 624 F. 3d 558, 573-74 (3rd Cir. 2010)
(Defendant used home computer to access illegal Website)
U.S. v. Beckett, 369 F. App'x 52, 56 (11th Cir. 2010) unpublished
(Defendant used home computer to chat with minor's)
U.S. v. Weast, 811 F. 3d 743, 748 (5th Cir. 2016)
(Defendant used file sharing Software on his home computer)
U.S. v. Caira, 833 F. 3d 803, 806-07 (7th Cir. 2016)
(Defendant used home and work computer's to e-mail undercover Agent)
See also: U.S. v. Byrum, 604 F. 3d 161 (4th Cir. 2010),
U.S. v. Wheelock, 772 F. 3d 825, 828 (8th Cir. 2014)

(Defendants both used computer's at home)

All cases cited involve home or work desktop or laptop computer's. No case cited has dealt with a history of IP addresses from a cell phone user. That means all user's above were each in a fixed location while accessing the internet, And could not take their internet connection with them as they moved. A cell phone user can, And Mr. Trader did. The defendant has not found one case that addresses this issue, And to his knowledge, Neither has the government. Even if there is a case out there somewhere, There is none post carpenter. This is an issue of first impression.

Finally, If the District court and the government are correct, and this court finds Smith and Miller control this case Simply because Mr. Trader's Location information is in the form of an IP address instead of CSLI, Then this court will have placed Historical IP Addresses on the unprotected side of the barricade the Supreme court has just erected Separating "Basic" and "Distinct" Subscriber information, with CSLI falling Squarely on the other, protected Side. Since these two forms of Digital Data are only distinguished Materially, The 11th circuit would essentially be giving the government a guide on how to circumvent the Supreme courts decision in carpenter using the steps agents took in this case to obtain essentially the Same Information. But, not to worry, I'm sure the

23

Government is not aware that Social Media apps like Facebook have over 1 billion user's, and its app has over 1 billion downloads to their devices.

24

E) The Stored Communications Act is not Applicable or Relevant because the Emergency Disclosure Request's sent to KiK and Comcast were, on their face, Reckless and a total Disregard for the truth.

Because Mr. Trader had a reasonable expectation of Privacy in his physical movements, The S.C.A would not apply. "Our historical expectations of privacy do not change or Somehow weaken Simply because we now happen to use Modern technology to engage in activities in which we have historically Maintained Protected Privacy interests". Davis, 785 F. 3d at 524-25 (11th cir. 2015)(Rosenbaum, J., Concurring) "Whether the government employs its own Surveillance technology as in Jones or leverages the technology of a wireless Carrier, we hold that an individual maintains a legitimate expectation of privacy in the record of his physical movements... An order issued under Section 2703 (d) of the Act is not a permissible mechanism for accessing historical cell Site records. Before compelling a wireless Carrier to turn over a Subscriber's CSLI, The the governments obligation is a familiar one — GET A WARRANT". Carpenter V. US, 138 S. ct at 2221

Any Reliance on the S.C.A. by the government is Misplaced. Under the S.C.A., absent exigent Circumstances, the appropriate Statute to obtain the type of information

25

Obtained here is 18 U.S.C. 2703. Under 2703, The Government only has to meet the low standard requirements for a court ordered Subpoena, which "Shall issue only if the governmental entity offers Specific and articulable facts showing that there are reasonable grounds to believe that the ... records or other information sought, are relevant and material to an ongoing criminal investigation". Mr. Trader contends the government could not meet this standard. ③

Instead, when the government obtained Mr. Trader's location information, It did so pursuant to 18 U.S.C. 2702 (c)(4), The Exigent circumstances exception carved into the S.C.A., which "Authorizes companies storing electronic communications to disclose such information 'to a governmental entity, if the Provider, In good faith, believes that an emergency involving danger of death or Serious physical injury to any person requires disclosure without delay of information relating to the emergency' ". U.S. V. Beckett, 369 F. App'x 52, 56 (11th Cir. 2010) at 55, Citing: 18 U.S.C. 2702 (c)(4).

Mr. Trader admits, In making its request to both Kik and Comcast, the government represented that a serious emergency had taken place, was on going, and likely going to happen again in the future. Mr. Trader further admits that Kik and Comcast, based on the representation made by the government, likely

in good faith believed that an emergency was present when they each released Mr. Trader's information to the government. Based on this, Mr. Trader once again admits that Kik and Comcast both likely complied with the S.C.A., to the extent that they had to, and should have. Mr. Trader's argument is not with the provider's release of his information, Mr. Trader's argument is with the governments request to the provider's.

The District court below found that "The government and Kik complied with the E.C.P.A., and even if they did did not, Suppression is not an appropriate Remedy" for nonConstitutional Violations of the S.C.A. (DE 15:8-9). The district court never decided or even discussed if exigent circumstances ever existed when the government Sent their requests for disclosure to Kik and Comcast. This is Important because the government was able to obtain constitutionally Protected information without a Judicial order, an administrative Subpoena, or a Showing of probable cause. As a result, the Agents in this case was not relying on the ruling of a Neutral and detatched Magistrate when attempting to, And ultimately obtaining, Mr. Trader's Information.



27

Therefore, the government's actions were a violation of Mr. Trader's Fourth Amendment rights, because the warrantless seizure and search of his historical IP Addresses violated his right to privacy in the whole of his physical movements. Reliance on the S.C.A. by the government is misplaced because Mr. Trader suffered a Constitutional Violation, and therefore, the remedys described in the ▆ Act do not apply in this case.

And in Any Event, Any Attempt to justify the search using the S.C.A. is without merit because the government violated the Act itself. The only option for the government to legally obtain Mr. Trader's information using the S.C.A. is through a neutral and detached Magistrate. The government in the Alternative, claimed to have an Emergency on two different requests, that did not Exist. "The government bears the ▆▆▆ burden of proving that the exception applys and must establish both an exigency and Probable ▆▆ cause". U.S. V. Davis, 313 F. 3d 1300 (11th Cir. 2002)

Mr. Trader asks this court to examine the facts known to the government at the time ▆ it sent Requests for disclosure to the providers, which in this case consists ▆ only of one single chat conversation (DE chat with minor), And then examine the "facts" as represented by the government in those Requests. (DE Kik Request, Comcast Request)

28

Admittedly, The extent of the evidence the government had before filing out their Emergency Disclosure Requests for Mr. Trader's Location Information is powerful Evidence that a crime had been committed. Mr. Trader does not deny the evidence showing an adult asking a child for Sexual photographs and recieving them, is powerful. Nor does he deny the powerful evidence of possessing and distributing child pornography. However, While this evidence, makes a powerful showing that crimes had been committed, they are all crimes that the government, by Statute, are held to the Standards congress set fourth in 18 U.S.C. 2703. None of the crimes mentioned above, with the facts known to the government, qualify as an Exigent Circumstance.

It is then no wonder that the government decided not to cite any of these crimes as an Exigent Circumstance to either Kik or Comcast. In the requests to both provider's, the government represented different, much more serious crimes had been committed by mr. Trader, were then on-going, and going to happen again in the Future, unless the provider's release Mr. Trader's records to law Enforcement. The emergency the government claimed to have, was the Rape and molestation of Mr. Trader's daughter, by Mr. Trader himself. This Emergency never existed. Because of how the illegal activity was committed, the type of illegal activity that occured, and the complete chat conversation created, the government had a 100 % accurate record of the crime, leaving no need

for circumstantial guesses. The crimes alleged by the government not only did not happen, but agents knew or should have known, did not happen.

Considering this, there is no logical explanation to how the government, in good faith, reasonably believed there was an emergency involving danger of death or serious physical injury, without any shred of indicia to what the government claimed to be investigating in their requests to the providers.

Even assuming arguendo, that powerful evidence of child abuse was received by the government, the record does not in any manner, that the abuse was then on-going or that further abuse was imminent. For example: Lets pretend for a moment that the government had identification of a suspect, knowledge that suspect does have children, and verification that suspect, and/or his children, were the subjects depicted in the photographs distributed in the chat (All of which the government did not have), "Scott" never once claimed in the chat to be actively abusing his children, nor did he give any indication that he intends to abuse them in the future, and he certainly does not indicate in any way, the intent to molest or rape anyone. The now suspected as "Scott" was never photographed engaging in any illegal activity with minor's, and "Scott" never claimed to have taken any photograph's himself, whether

30

Prior to, or during, the conversation.

The entire record of the initial crime is one chat conversation. It can be proven through this conversation that "Scott" never indicated, not even a bit, to any allegations set fourth by the government in its requests. There existed no threat involving danger of death or serious physical injury to support a claim of exigency from the government, at least not in good faith.

In a similar, although arguably more serious situation, the 1st Circuit declined to find that exigent circumstances existed. In U.S. v. D'Andrea, 648 F. 3d 1 (1st cir 2011) the Massachusetts department of children and families (then called DSS) received a detailed report from a tipster who informed DSS that she resided in California and had a child with defendant Willie Jordan. The tipster identified defendants Jordan and Kendra D'Andrea by name, and as partners, provided D'Andrea's residential Address, and identified Jordan's employer by name. The tipster informed DSS that she had received a message on her mobile phone containing photographs of D'Andrea and Jordan performing sexual Acts on D'Andrea's eight-year-old daughter, who the tipster was able to identify by name, and of photographs of the daughter with her genitals exposed. D'Andrea had intended to send the message to Jordan, but sent it to the tipster by mistake. The tipster said

the pictures could be accessed by going to Sprint.com and entering a phone number and pass codes, which she provided to the DSS agent

The DSS agent reported it to the local police department as a case of child abuse. After several un-successful attempts at accessing the website, and at least one other phone conversation with the tipster, DSS agents were able to access the website, where they found numerous pornographic pictures of the victim, consistent with the tipsters report. A DSS agent printed out more then 30 of the photographs and took them to the police department. After viewing the photographs, A ████████ detective with the police department applied for a warrant to search D'Andrea's residence for evidence of child abuse and child pornography. The warrant affidavit stated the tipster told DSS the abuse was occuring at ██ D'Andrea's residence, the same address of which the tipster provided, and a motor vehicles drivers license check, confirmed. The warrant was signed at midnight, and and the search commenced 10 minutes later. The officer's found D'Andrea and her two children, one of whom was the victim at the residence. D'Andrea was taken into custody and Jordan shortly there after.

After being indicted, the defendants moved to suppress all evidence on grounds that the search of the Sprint.com account violated their fourth amendment rights and all evidence

32

Obtained as a result is "fruit" of an illegal Search. The District Court denied the Motion to Suppress without holding an evidentiary hearing, citing among other things, that "Internet user's have no reasonable expectation of privacy". The defendants then entered into conditional Plea's of guilty, reserving their right to appeal the denial of their Motion to Suppress.

On Appeal, the 1st Cir vacated and remanded, holding that an evidentiary hearing was required to determine whether exceptions to the warrant requirement applied to the DSS agents accessing of the Sprint Website containing child pornography.

The defendants first claim of error targets the district courts denial of the Motion to Suppress without holding an evidentiary hearing, but the focus of the defendents appeal is the DSS agent accessing the Sprint Website account without a warrant.

The reasoning the district court gave in denying defendents Motion to Suppress was the private search doctrine. The 1st Circuit however, held that the private search doctrine did not apply based on the record of the case. In the event the District court decided the private Search Doctrine did not apply, the government offered that exigent circumstances existed as a secondary reason to uphold the Search. In a footnote, The District court addressed

This issue:

"The governments 'emergency intervention' argument, based on Brigham City, Utah v. Stuart, ___ U.S. ___, 126 S.ct. 1943, 164 L.Ed. 2d 650 (2006) among other cases, provides a sufficient alternative on which to uphold the search of D'Andrea's apartment... DSS had received powerful evidence that a young child was being sexually abused and that the images of that abuse were being disseminated on the internet. It would have been a dereliction of duty for it to fail to act. While not directly relevant to the facts of this case, The ECPA contains an emergency provision permitting an ISP provider to disclose account information to a governmental entity 'if the provider, in good faith believes that an emergency involving danger of death or serious physical injury to any person requires disclosure...' 18 U.S.C. 2702 (c)(4)". – U.S. v. D'Andrea, 497 F. Supp. 2d 117 (D.Mass, 2007) at 6 N. 18.

In detail, the 1st cir explains its reasoning why Exigent circumstances did not apply, based on the record of the case. D'Andrea, 648 F. 3d 1 at 11-13. The court found that "powerful Evidence' of child abuse was received by DSS, but the record does not indicate that abuse was then on-going or that further abuse was imminent. Nor does it explain how the tipster – who told DSS she resided in California and never claimed

34

to have been present at the time of the abuse or to have known
about it when it was going on, could have known whether further
abuse was imminent at the time she called DSS". This is important
because an objectively reasonable belief in the imminence of
harm is a requirement for the emergency intervention exception.
See: Brigham City, 547 U.S. at 403, 126 S.ct. 1943
(referring to "Imminent Injury"). - D'Andrea, 648 F.3d 1 at N.14

The Sum of that case was that the district courts
reliance as an alternative, on Exigent Circumstances was not
supportable on the state of the record, and an Evidentiary hearing
was needed to determine whether the authorities had an objectively
reasonable belief in the imminence of harm.

The first circuits reasoning in D'Andrea, A very similar case
directly bears on the merits of Mr. Trader's argument Now. The
information possessed by homeland security Agents in this case is
substantially less reliable, and less in quantity than in D'Andrea,
With a more complete record of events leading up to the search.

Here, there was no tipster. No one with knowledge of
who Mr. Trader was, who Mr. Trader's children were, nobody who could
could identify them, or knew if any of them exist outside the
social media application. There was no one with Information

On where Mr. Trader lived, worked, what Mr. Trader's home looked like, or where any alleged child abuse was occurring.

Moreover, there was never anyone actually alleging Mr. Trader committed any form of physical child abuse. The government had nothing more then a hunch, generated from 3 statements "Scott" made during the chat in reference to 3 images and a video. The depictions revealed no identities, and no reliability (much less certainty) that the individuals in the photographs were actually who "Scott" indicated them to be when he said "My youngest daughter", "my oldest daughter", "Me and my daughter".

All of these were present in D'Andrea, and the court still could not find exigency existed to justify the warrantless digital data search, because Just as in Mr. Trader's case, even with "Powerful Evidence of Child abuse" The record did not "indicate that abuse was then on-going or that further abuse was imminent". nor did it explain how someone living in a different state "and never claimed to have been present at the time of the abuse or to have been present at the time of the abuse or to have known about it when it was going on - could have known whether further abuse was imminent". D'Andrea at 12.

f) The good faith exception to the exclusionary rule does not apply in this case.

As the Supreme court has explained, the purpose of the exclusionary rule is not to remedy a private wrong, but rather as a practical means of deterring future unlawful behavior by law enforcement. U.S. v. Calandra, 414 U.S. 338, 347, 94 S.ct. 613, 38 L.Ed. 2d 561 (1974) Thus, "The deterrent purpose of the exclusionary rule necessarily assumes that police have engaged in willful, or at the very least, negligent, conduct" to deprive a defendant of a guaranteed right. U.S. v. Peltier, 422 U.S. 531, 539, 95 S.ct. 2313, 45 L.Ed. 2d 374 (1975) (Internal quotation marks omitted) As a result, the court has held that the deterrent effect of exclusion of evidence is minimal where an officer has acted on an objectively reasonable belief that his actions did not violate the Fourth Amendment. U.S. v. Leon, 468 U.S. 897, 922, 104 S.ct. 3405, 82 L.Ed. 2d 677 (1984). In Leon, the court concluded that the exclusionary rule should not be applied to prevent the use in a criminal prosecution of evidence obtained by officers whose reliance on a warrant issued by a magistrate was objectively reasonable, even though it was later determined that probable cause for the issuance of the warrant was lacking. "Penalizing the officer for the Magistrate's error, rather then his own, cannot logically contribute to the deterrence of Fourth Amendment violations".

37

*Id* at 921. So, to trigger the exclusionary rule, "Police conduct must be sufficiently deliberate that exclusion can meaningfully deter it, and sufficiently culpable that such deterrence is worth the price paid by the Justice System." Herring V. U.S., 555 U.S. 135, 144, 129 S.ct. 695, 172 L.Ed. 2d 496 (2009)

In *Leon*, the court applied the good faith exception because the officers acted in objectively reasonably reliance on a warrant issued by a magistrate. However, the good faith exception is not restricted to situations in which police officers rely upon a warrant later found to be invalid. For example, the Supreme Court has also held that the exclusionary rule should not be applied to suppress evidence obtained by officers who acted in objectively reasonable reliance on a statute that authorized warrantless administrative searches, even though the statute was later found to violate the Fourth amendment. *Illinois V. Krull*, 480 U.S. 340, 107 S.ct. 1160, 94 L.Ed. 2d 364 (1987). In *Krull*, the court explained that in light of the deterrent purpose of the exclusionary rule, "Evidence should be suppressed only if it can be said that the law enforcement officer had knowledge, or may properly be charged with knowledge, that the search was unconstitutional under the Fourth Amendment". *Krull*, 480 U.S. at 348-49 (internal quotation marks and citations omitted). See also: *Davis V. U.S.*, 564 U.S. 229, 236-37, 131 S.ct. 2419, 180 L.Ed. 2d 285 (2011)

38

Likewise, The "Ultimate measure of the constitutionality of a governmental search is reasonableness". The court has established that warrantless searches are typically unreasonable where "A search is undertaken by law enforcement officials to discover evidence of criminal wrongdoing". Vernonia School Dist. 47 J. v. Acton, 515 U.S. 646, 652-653, 115 S.Ct. 2386, 132 L.Ed. 2d 564 (1995). Thus, "In the absence of a warrant, a search is reasonable only if it falls within a specific exception to the warrant requirement". Riley, 573 U.S. at ___, 134 S.Ct. 2473, 189 L.Ed. 2d 430, 439. "One well-recognized exception applies when the exigencies of the situation make the needs of law enforcement so compelling that a warrantless search is objectively reasonable under the fourth Amendment. Such exigencies include the need to pursue a fleeing suspect, protect individuals who are threatened with imminent harm, or prevent the imminent destruction of evidence". Carpenter, 138 S.Ct. at 2223. (internal quotations and citations omitted) In the context of location information under 18 U.S.C. 2702 (c)(4) of the S.C.A. specifically, "The fourth Amendment issue turns on whether the circumstances known to law enforcement and presented to [the provider] were within the category of 'exigent circumstances' that permit warrantless searches. The core question is whether the facts would lead a reasonable, experienced officer, to believe that there was an urgent need to take action". U.S. v. Gilliam, 842 F. 3d 801 (2nd Cir. 2016) at 2-3. (internal citations and

quotation marks omitted) "The government bears the burden of proving that the exception applies and must establish both an exigency and probable cause. In Emergencys, probable cause exists where law enforcement officials 'reasonably believe' that someone is in danger". U.S. v. Davis, 313 F. 3d 1300 (11th Cir 2002) (internal citations omitted)

In Mr. Trader's case, Law enforcement obtained his location information pursuant to the Stored Communications Act (SCA), 18 U.S.C. 2701 et seq. Although 18 U.S.C. 2703 Provides as an option that law enforcement obtain a warrant before acquiring such information from service providers, the statute does not require law enforcement to do so. Because of this, If the court holds that the government conducted a search under the meaning of the fourth amendment, And further holds a warrant is generally required before obtaining such information, the good faith exception would apply, so long as law enforcement complied with the statute without any assumed Knowledge of willful, wrongful, or negligent conduct. In other words, bad faith.

The almost standard way to obtain this information prior to the Supreme courts decision in Carpenter, was through use of a subpoena, issued by a Magistrate under 18 U.S.C. 2703. The government in Mr. Trader's case, however, sent an emergency disclosure request by law enforcement, pursuant to 18 U.S.C. 2702 (c)(4),

To the communications provider's KiK and comcast, claiming to have an emergency involving danger of death or serious physical injury, compelling them to voluntarily disclose his information. ⑧ In doing so, Law enforcement in a sworn Affidavit, said that Mr. Trader had been physically sexually molesting and Raping his daughter the night before, that the sexual assault was still on going, and will continue to happen in the future unless the disclosure is made.

However, No such emergency ever existed. The criminal activity that had taken place never gave rise to anything more than a hunch on the part of the government that such activity ~~was~~ ~~had happened, and certainly no reason to think such activity was~~ had happened, and certainly No reason to think such activity was taking place at the time of the requests, or will take place in the future.

On this issue, the record is clear. No one ever alleged Mr. Trader committed any form of physical child abuse. Mr. Trader Never said it, No victim ever disclosed it, No tipster ever reported it, No witness ever witnessed it. There were No images or videos depicting Mr. Trader or the man known as "Scott" committing abuse. ⑨ Moreover, there was not one person who knew who Mr. Trader was, who his children were, where they all lived, ~~~~ or if any of them even exist outside of the social Media application.

"Of course, the burden of proving an exception to the warrant requirement lies with the government. U.S. v. Jeffers, 342 U.S. 48, 51, 72 S.ct. 93, 95, 96 L.Ed. 59 (1951). "In validating a warrantless Search based on the exigent circumstances exception, the government must demonstrate both exigency and probable cause". U.S. v. Holloway, 290 F.3d 1331 (11th Cir. 2002) at 5

"In the typical case, probable cause exists where the circumstances would lead a reasonable person to believe a Search will disclose evidence of a crime". U.S. v. Burgos, 720 F.2d 1520, 1525 (11th Cir. 1983) In emergencies however, Law Enforcement Officers are not motivated by an expectation of Seizing evidence of a crime. Rather, the officers are compelled to Search by a desire to locate victims and the need to ensure their own Safety and that of the public". Holloway, 290 F.3d at 6.

There was absolutely No probable cause to believe that THOSE crimes had been committed, were currently being committed, or going to be committed. "Exigent Circumstances is an exception to the warrant, not the probable cause requirement." D'Andrea, 648 F.3d 1 at 13 See: Brigham City, 547 U.S. at 403, 126 S.ct 1943

No Reasonable, well trained law Enforcement officer, would be able to conclude, based on this record, that either

42

Probable cause, Exigency, or both ever Existed. The government Misled the providers into disclosing Mr. Trader's information. That Sort of reckless disregard for the truth, is why the Exclusionary rule was put in place, to be used as a deterrent against the conduct seen in this case.

Because the government Ran afoul of the Statutory Law created by the S.C.A., The government can not rely on it to Save the warrantless Search of Mr. Trader's information. The good Faith Exception does not apply in this case.

G) If this court holds that the government violated Mr. Trader's Fourth Amendment rights when it obtained his historical IP addresses without a warrant, All Fruits of the unlawful Search should be Suppressed.

All Evidence Seized during an unlawful Search can not constitute proof against the victim of the Search. Wong Sun v. U.S., 371 U.S. 471, 484 (1963) The government obtained Mr. Trader's Home IP Address through the use of an Emergency Disclosure Request to Kik. If this court holds that to be an unlawful Search, any Evidence obtained as a direct result of the unconstitutional Search was therefore inadmissible under the "Fruits of the poisonous tree" Doctrine. See id. at 484-85. This includes, but is not limited to, the emergency disclosure requests sent to Comcast and Say Hi, and the later Search of Mr. Trader's Residence. These Searches are Rooted in the government's discovery of Mr. Trader's identity and home address. Any issue regarding these Searches should be remanded to the district court with instructions that an Evidentiary hearing be held. Mr. Trader Should be allowed to withdraw his plea of guilty and remanded back to the district court For Further Proceedings.

44

## Footnotes:

① Device specific information in and of itself could arguably have been a physical search of Mr. Trader's cell phone. "Courts agree that individuals do have a reasonable expectation of privacy in the contents of their computers. See eg., U.S. v. Turner, 839 f. 3d 429, 434 (5th Cir. 2016) citing Riley V. California, — U.S. —, 134 S.ct. 2473, 2485, 189 L.Ed. 2d 430 (2014) (Noting the recognized privacy interest in the electronic contents of computers and cell phones)" U.S. v. Taylor, 250 f. Supp. 3d 1215 (N.D. Ala. 2017) at 5

② The government never did indicate a reason for executing the search of Mr. Trader's home on the day or time executed. However, they did indicate multiple times that Mr. Trader accessed Kik from the IP address connected through wifi, for all 30 days of records starting May 1st 2017 through May 31st 2017. (DE 14:12-14) (DE ▮ 14-1:9) The District court indicated this as well (DE 15:2, 11-12)

③ If more traditional means had been taken, the government also would have had to meet the standards set fourth in the current "Mutual Legal Assistance Treaty" (MLAT) the U.S. has with Canadian Law Enforcement agencies, since despite what the government has misled Judicial▮ officials to believe, (DC 14-1:9)(DC:14:3) (DC 15:2), Kik Just as Say Hi, is "Headquarted outside

45

Of the United States". The difference between the two companys, and the reason the government sent its request to K.iK, instead of Say Hi, was they knew the Data K.iK was collecting, and they knew how they could Obtain it, (DE K.iK guide to Law Enforcement) while circumventing the process to request it.

④ It should be noted and taken into consideration that on May 31st 2017, within hours of the governments requests for Disclosure being sworn to, the Affidavit Supporting the Search of Mr. Trader's Residence was also sworn to. (DE 14-1 : 1-17). In that affidavit, there is NO mention of Any Emergency Involving danger of death or serious physical Injury, Molestation, Rape, or Sexual abuse of any kind by Mr. Trader. The entire Scope of the application was to Search Mr. Trader's Residence, not for Evidence of physical, or Sexual abuse, Not to Save a victim from danger, but to locate and Recover Evidence of Child Pornography.

⑤ In doing so, Law Enforcement agreed prior to the disclosure, that they would provide a formal order of information pursuant to 18 U.S.C. 2703, within 72 hours of the disclosure of Mr. Trader's Information. The government agent also "declare[d] under penalty of perjury under the laws of the United States of America that the forgoing is true and correct". The government never disclosed this order to the defendant, if Law Enforcement did indeed

46

recieve a formal order.

⑥ An experienced government agent, Such as agent Brant in this case, who has had experience in many child pornography and child sex crime cases, should have noticed while examining the alleged depictions of Sexual abuse by Mr. Trader, that: All four depictions Sent to the minor by "Scott" are widely circulated on the internet, and are known victims of child pornography by the NCMCE. At least one image contained a website watermark (franksporn.com) on the bottom corner of the picture, and the 37 second video had been edited and the Sound was removed, which therefore could not have been taken ~~████~~ live at the time of the Chat. At the very least, an experienced agent would have checked the time and date Stamp within the coding of the images, using Software that is easily accessable to law enforcement before violating an American's 4th Amendment rights, for a crime that is without evidence.



Extraction
Report for Chat
On Say Hi



## Extraction Report
Samsung SM-T110 Galaxy Tab 3 7.0

---

### Participants

Scott
vitoria Jones,

---

### Conversation - Instant Messages (104)

  vitoria Jones,                                    5/30/2017 18:56(UTC-4)

**Hi boyfriend**
Source file: Samsung GSM_SM-T110 Galaxy Tab 3 7.0.zip/apps/com.unearby.sayhi/db/sayhi_pad.db : 0xD8F0 (Table: notes, users, Size: 69632 bytes)
Samsung GSM_SM-T110 Galaxy Tab 3 7.0.zip/apps/com.unearby.sayhi/sp/rxs.xml : 0x3B8 (Size: 1021 bytes)

  vitoria Jones,                                    5/30/2017 18:58(UTC-4)

**Can you chat please**
Source file: Samsung GSM_SM-T110 Galaxy Tab 3 7.0.zip/apps/com.unearby.sayhi/db/sayhi_pad.db : 0xD917 (Table: notes, users, Size: 69632 bytes)
Samsung GSM_SM-T110 Galaxy Tab 3 7.0.zip/apps/com.unearby.sayhi/sp/rxs.xml : 0x3B8 (Size: 1021 bytes)

 Scott                                    5/30/2017 21:13(UTC-4) 

**Lol ok? Wtf???**
Source file: Samsung GSM_SM-T110 Galaxy Tab 3 7.0.zip/apps/com.unearby.sayhi/db/sayhi_pad.db : 0xF91A (Table: notes, users, Size: 69632 bytes)
Samsung GSM_SM-T110 Galaxy Tab 3 7.0.zip/apps/com.unearby.sayhi/sp/rxs.xml : 0x3B8 (Size: 1021 bytes)

  vitoria Jones,                                    5/30/2017 21:18(UTC-4)

**Yay**
Source file: Samsung GSM_SM-T110 Galaxy Tab 3 7.0.zip/apps/com.unearby.sayhi/db/sayhi_pad.db : 0xF931 (Table: notes, users, Size: 69632 bytes)
Samsung GSM_SM-T110 Galaxy Tab 3 7.0.zip/apps/com.unearby.sayhi/sp/rxs.xml : 0x3B8 (Size: 1021 bytes)

 Scott                                    5/30/2017 21:20(UTC-4) 

**Hi**
Source file: Samsung GSM_SM-T110 Galaxy Tab 3 7.0.zip/apps/com.unearby.sayhi/db/sayhi_pad.db : 0xF9A0 (Table: notes, users, Size: 69632 bytes)
Samsung GSM_SM-T110 Galaxy Tab 3 7.0.zip/apps/com.unearby.sayhi/sp/rxs.xml : 0x3B8 (Size: 1021 bytes)

  vitoria Jones,                                    5/30/2017 21:23(UTC-4)

**I have a gift for your kids**
Source file: Samsung GSM_SM-T110 Galaxy Tab 3 7.0.zip/apps/com.unearby.sayhi/db/sayhi_pad.db : 0xFA25 (Table: notes, users, Size: 69632 bytes)
Samsung GSM_SM-T110 Galaxy Tab 3 7.0.zip/apps/com.unearby.sayhi/sp/rxs.xml : 0x3B8 (Size: 1021 bytes)

 Scott                                    5/30/2017 21:23(UTC-4) 

**Oh yea? Whats that**
Source file: Samsung GSM_SM-T110 Galaxy Tab 3 7.0.zip/apps/com.unearby.sayhi/db/sayhi_pad.db : 0xFA4B (Table: notes, users, Size: 69632 bytes)
Samsung GSM_SM-T110 Galaxy Tab 3 7.0.zip/apps/com.unearby.sayhi/sp/rxs.xml : 0x3B8 (Size: 1021 bytes)

  vitoria Jones,                                    5/30/2017 21:24(UTC-4)

**Jojo bows**
Source file: Samsung GSM_SM-T110 Galaxy Tab 3 7.0.zip/apps/com.unearby.sayhi/db/sayhi_pad.db : 0xFA68 (Table: notes, users, Size: 69632 bytes)
Samsung GSM_SM-T110 Galaxy Tab 3 7.0.zip/apps/com.unearby.sayhi/sp/rxs.xml : 0x3B8 (Size: 1021 bytes)

 Scott                                    5/30/2017 21:25(UTC-4) 

**Those are the lollipops right?**
Source file: Samsung GSM_SM-T110 Galaxy Tab 3 7.0.zip/apps/com.unearby.sayhi/db/sayhi_pad.db : 0xFA9A (Table: notes, users, Size: 69632 bytes)
Samsung GSM_SM-T110 Galaxy Tab 3 7.0.zip/apps/com.unearby.sayhi/sp/rxs.xml : 0x3B8 (Size: 1021 bytes)

 vitoria Jones,

Yes
5/30/2017 21:25(UTC-4)

Source file: Samsung GSM-SM-T110 Galaxy Tab 3 7.0.zip/apps/com.unearby.sayhi/db/sayhi_pad.db : 0xFAB1 (Table: notes, users, Size: 69632 bytes)
Samsung GSM-SM-T110 Galaxy Tab 3 7.0.zip/apps/com.unearby.sayhi/sp/rxs.xml : 0x3B8 (Size: 1021 bytes)

Scott
5/30/2017 21:26(UTC-4)

Aww :) your so sweet. I want one too lol

Source file: Samsung GSM-SM-T110 Galaxy Tab 3 7.0.zip/apps/com.unearby.sayhi/db/sayhi_pad.db : 0xFAED (Table: notes, users, Size: 69632 bytes)
Samsung GSM-SM-T110 Galaxy Tab 3 7.0.zip/apps/com.unearby.sayhi/sp/rxs.xml : 0x3B8 (Size: 1021 bytes)

 vitoria Jones,

Okay
5/30/2017 21:26(UTC-4)

Source file: Samsung GSM-SM-T110 Galaxy Tab 3 7.0.zip/apps/com.unearby.sayhi/db/sayhi_pad.db : 0xFB05 (Table: notes, users, Size: 69632 bytes)
Samsung GSM-SM-T110 Galaxy Tab 3 7.0.zip/apps/com.unearby.sayhi/sp/rxs.xml : 0x3B8 (Size: 1021 bytes)

 vitoria Jones,

Do you know me
5/30/2017 21:26(UTC-4)

Source file: Samsung GSM-SM-T110 Galaxy Tab 3 7.0.zip/apps/com.unearby.sayhi/db/sayhi_pad.db : 0xFB27 (Table: notes, users, Size: 69632 bytes)
Samsung GSM-SM-T110 Galaxy Tab 3 7.0.zip/apps/com.unearby.sayhi/sp/rxs.xml : 0x3B8 (Size: 1021 bytes)

Scott
5/30/2017 21:27(UTC-4)

I spoke to u on here once before but i don't really remember u. Can i see a picture of u?

Source file: Samsung GSM-SM-T110 Galaxy Tab 3 7.0.zip/apps/com.unearby.sayhi/db/sayhi_pad.db : 0xFB95 (Table: notes, users, Size: 69632 bytes)
Samsung GSM-SM-T110 Galaxy Tab 3 7.0.zip/apps/com.unearby.sayhi/sp/rxs.xml : 0x3B8 (Size: 1021 bytes)

 vitoria Jones,
5/30/2017 21:28(UTC-4)

p://hi-sp1705_32491828_1496194120707-jpg


p:--hi-
sp1705_32491828_149619
4120707-jpg

Source file: Samsung GSM-SM-T110 Galaxy Tab 3 7.0.zip/apps/com.unearby.sayhi/db/sayhi_pad.db : 0xFBD1 (Table: notes, users, Size: 69632 bytes)
Samsung GSM-SM-T110 Galaxy Tab 3 7.0.zip/apps/com.unearby.sayhi/sp/rxs.xml : 0x3B8 (Size: 1021 bytes)
Samsung GSM-SM-T110 Galaxy Tab 3 7.0.zip/shared/0/SayHi/pic/hi-sp1705_32491828_1496194120707-jpg : (Size: 48729 bytes)

Scott
5/30/2017 21:29(UTC-4)

Oh yea, i remember u now. Ok :)

Source file: Samsung GSM-SM-T110 Galaxy Tab 3 7.0.zip/apps/com.unearby.sayhi/db/sayhi_pad.db : 0xFC04 (Table: notes, users, Size: 69632 bytes)
Samsung GSM-SM-T110 Galaxy Tab 3 7.0.zip/apps/com.unearby.sayhi/sp/rxs.xml : 0x3B8 (Size: 1021 bytes)

 vitoria Jones,
5/30/2017 21:29(UTC-4)

Im sorry what I said

Source file: Samsung GSM-SM-T110 Galaxy Tab 3 7.0.zip/apps/com.unearby.sayhi/db/sayhi_pad.db : 0xFC2C (Table: notes, users, Size: 69632 bytes)
Samsung GSM-SM-T110 Galaxy Tab 3 7.0.zip/apps/com.unearby.sayhi/sp/rxs.xml : 0x3B8 (Size: 1021 bytes)

Scott
5/30/2017 21:30(UTC-4)

Its ok

Source file: Samsung GSM-SM-T110 Galaxy Tab 3 7.0.zip/apps/com.unearby.sayhi/db/sayhi_pad.db : 0xFC46 (Table: notes, users, Size: 69632 bytes)
Samsung GSM-SM-T110 Galaxy Tab 3 7.0.zip/apps/com.unearby.sayhi/sp/rxs.xml : 0x3B8 (Size: 1021 bytes)

 vitoria Jones,
5/30/2017 21:30(UTC-4)

Sexy

Source file: Samsung GSM-SM-T110 Galaxy Tab 3 7.0.zip/apps/com.unearby.sayhi/db/sayhi_pad.db : 0xFC5E (Table: notes, users, Size: 69632 bytes)
Samsung GSM-SM-T110 Galaxy Tab 3 7.0.zip/apps/com.unearby.sayhi/sp/rxs.xml : 0x3B8 (Size: 1021 bytes)

2



Scott                                                                                       5/30/2017 21:30(UTC-4)

U are sexy too :) have u taken any sexy pictures for me baby girl

Source file: Samsung GSM_SM-T110 Galaxy Tab 3 7.0.zip/apps/com.unearby.sayhi/db/sayhi_pad.db : 0xFCB4 (Table: notes, users, Size: 69632 bytes)
Samsung GSM_SM-T110 Galaxy Tab 3 7.0.zip/apps/com.unearby.sayhi/sp/rxs.xml : 0x3B8 (Size: 1021 bytes)

 vitoria Jones,                                                      5/30/2017 21:31(UTC-4)

No

Source file: Samsung GSM_SM-T110 Galaxy Tab 3 7.0.zip/apps/com.unearby.sayhi/db/sayhi_pad.db : 0xFCCA (Table: notes, users, Size: 69632 bytes)
Samsung GSM_SM-T110 Galaxy Tab 3 7.0.zip/apps/com.unearby.sayhi/sp/rxs.xml : 0x3B8 (Size: 1021 bytes)

Scott                                                                                       5/30/2017 21:31(UTC-4)                

Aww :/ u should soon, i would really love to see u

Source file: Samsung GSM_SM-T110 Galaxy Tab 3 7.0.zip/apps/com.unearby.sayhi/db/sayhi_pad.db : 0xFD10 (Table: notes, users, Size: 69632 bytes)
Samsung GSM_SM-T110 Galaxy Tab 3 7.0.zip/apps/com.unearby.sayhi/sp/rxs.xml : 0x3B8 (Size: 1021 bytes)

 vitoria Jones,                                                      5/30/2017 21:32(UTC-4)

Okay show me a pic of your kids

Source file: Samsung GSM_SM-T110 Galaxy Tab 3 7.0.zip/apps/com.unearby.sayhi/db/sayhi_pad.db : 0xFD43 (Table: notes, users, Size: 69632 bytes)
Samsung GSM_SM-T110 Galaxy Tab 3 7.0.zip/apps/com.unearby.sayhi/sp/rxs.xml : 0x3B8 (Size: 1021 bytes)

Scott                                                                                       5/30/2017 21:33(UTC-4)                

p://hi-sp1705_26786636_1496194383337-jpg



p://hi-
sp1705_26786636_149619
4383337-jpg

Source file: Samsung GSM_SM-T110 Galaxy Tab 3 7.0.zip/apps/com.unearby.sayhi/db/sayhi_pad.db : 0xFD7F (Table: notes, users, Size: 69632 bytes)
Samsung GSM_SM-T110 Galaxy Tab 3 7.0.zip/apps/com.unearby.sayhi/sp/rxs.xml : 0x3B8 (Size: 1021 bytes)
Samsung GSM_SM-T110 Galaxy Tab 3 7.0.zip/shared/0/SayHi/pic/hi-sp1705_26786636_1496194383337-jpg.jpg :  (Size: 73366 bytes)

Scott                                                                                       5/30/2017 21:33(UTC-4)                

p://hi-sp1705_26786636_1496194403549-jpg



p://hi-
sp1705_26786636_149619
4403549-jpg

Source file: Samsung GSM_SM-T110 Galaxy Tab 3 7.0.zip/apps/com.unearby.sayhi/db/sayhi_pad.db : 0xFDBB (Table: notes, users, Size: 69632 bytes)
Samsung GSM_SM-T110 Galaxy Tab 3 7.0.zip/apps/com.unearby.sayhi/sp/rxs.xml : 0x3B8 (Size: 1021 bytes)
Samsung GSM_SM-T110 Galaxy Tab 3 7.0.zip/shared/0/SayHi/pic/hi-sp1705_26786636_1496194403549-jpg.jpg :  (Size: 60751 bytes)

 vitoria Jones,                                                     5/30/2017 21:33(UTC-4)

Aww  can they be min

Source file: Samsung GSM_SM-T110 Galaxy Tab 3 7.0.zip/apps/com.unearby.sayhi/db/sayhi_pad.db : 0xFDE3 (Table: notes, users, Size: 69632 bytes)
Samsung GSM_SM-T110 Galaxy Tab 3 7.0.zip/apps/com.unearby.sayhi/sp/rxs.xml : 0x3B8 (Size: 1021 bytes)

vitoria Jones,                                                                              5/30/2017 21:34(UTC-4)

E

Source file: Samsung GSM_SM-T110 Galaxy Tab 3 7.0.zip/apps/com.unearby.sayhi/db/sayhi_pad.db : 0xFDF8 (Table: notes, users, Size: 69632 bytes)
Samsung GSM_SM-T110 Galaxy Tab 3 7.0.zip/apps/com.unearby.sayhi/sp/rxs.xml : 0x3B8 (Size: 1021 bytes)

Scott                                                                                       5/30/2017 21:35(UTC-4)                

Maybe :) if u will be mine. U should send me another picture of u

Source file: Samsung GSM_SM-T110 Galaxy Tab 3 7.0.zip/apps/com.unearby.sayhi/db/sayhi_pad.db : 0xFE4E (Table: notes, users, Size: 69632 bytes)
Samsung GSM_SM-T110 Galaxy Tab 3 7.0.zip/apps/com.unearby.sayhi/sp/rxs.xml : 0x3B8 (Size: 1021 bytes)

3

  vitoria Jones

Yes I will be yours

Source file: Samsung GSM_SM-T110 Galaxy Tab 3 7.0.zip/apps/com.unearby.sayhi/db/sayhi_pad.db : 0xFE75 (Table: notes, users, Size: 69632 bytes)
Samsung GSM_SM-T110 Galaxy Tab 3 7.0.zip/apps/com.unearby.sayhi/sp/rxs.xml : 0x3B8 (Size: 1021 bytes)

 Scott                                                                                          5/30/2017 21:35(UTC-4)

Yayyyyy :)

Source file: Samsung GSM_SM-T110 Galaxy Tab 3 7.0.zip/apps/com.unearby.sayhi/db/sayhi_pad.db : 0xFE93 (Table: notes, users, Size: 69632 bytes)
Samsung GSM_SM-T110 Galaxy Tab 3 7.0.zip/apps/com.unearby.sayhi/sp/rxs.xml : 0x3B8 (Size: 1021 bytes)

 vitoria Jones.                                                                            5/30/2017 21:36(UTC-4)

p://hi-sp1705_32491828_1496194565063-jpg



p__hi-
sp1705_32491828_149619
4565063-jpg

Source file: Samsung GSM_SM-T110 Galaxy Tab 3 7.0.zip/apps/com.unearby.sayhi/db/sayhi_pad.db : 0xFECF (Table: notes, users, Size: 69632 bytes)
Samsung GSM_SM-T110 Galaxy Tab 3 7.0.zip/apps/com.unearby.sayhi/sp/rxs.xml : 0x3B8 (Size: 1021 bytes)
Samsung GSM_SM-T110 Galaxy Tab 3 7.0.zip/shared/0/SayHi/pic/hi-sp1705_32491828_1496194565063-jpg : (Size: 38144 bytes)

 Scott                                                                                          5/30/2017 21:36(UTC-4)

Can u send me a different picture baby girl. I remember u sent me this last time we talked

Source file: Samsung GSM_SM-T110 Galaxy Tab 3 7.0.zip/apps/com.unearby.sayhi/db/sayhi_pad.db : 0xFF3E (Table: notes, users, Size: 69632 bytes)
Samsung GSM_SM-T110 Galaxy Tab 3 7.0.zip/apps/com.unearby.sayhi/sp/rxs.xml : 0x3B8 (Size: 1021 bytes)

 vitoria Jones.                                                                 5/30/2017 21:36(UTC-4)

My kids are cute

Source file: Samsung GSM_SM-T110 Galaxy Tab 3 7.0.zip/apps/com.unearby.sayhi/db/sayhi_pad.db : 0xFF82 (Table: notes, users, Size: 69632 bytes)
Samsung GSM_SM-T110 Galaxy Tab 3 7.0.zip/apps/com.unearby.sayhi/sp/rxs.xml : 0x3B8 (Size: 1021 bytes)

 Scott                                                                                          5/30/2017 21:37(UTC-4)

Mmhmm :)

Source file: Samsung GSM_SM-T110 Galaxy Tab 3 7.0.zip/apps/com.unearby.sayhi/db/sayhi_pad.db : 0xFF7E (Table: notes, users, Size: 69632 bytes)
Samsung GSM_SM-T110 Galaxy Tab 3 7.0.zip/apps/com.unearby.sayhi/sp/rxs.xml : 0x3B8 (Size: 1021 bytes)

 vitoria Jones.                                                                 5/30/2017 21:37(UTC-4)

p://hi-sp1705_32491828_1496194639872-jpg



p__hi-
sp1705_32491828_149619
4639872-jpg

Source file: Samsung GSM_SM-T110 Galaxy Tab 3 7.0.zip/apps/com.unearby.sayhi/db/sayhi_pad.db : 0xFFBA (Table: notes, users, Size: 69632 bytes)
Samsung GSM_SM-T110 Galaxy Tab 3 7.0.zip/apps/com.unearby.sayhi/sp/rxs.xml : 0x3B8 (Size: 1021 bytes)
Samsung GSM_SM-T110 Galaxy Tab 3 7.0.zip/shared/0/SayHi/pic/hi-sp1705_32491828_1496194639872-jpg : (Size: 83465 bytes)

 vitoria Jones.                                                               5/30/2017 21:37(UTC-4)

They are

Source file: Samsung GSM_SM-T110 Galaxy Tab 3 7.0.zip/apps/com.unearby.sayhi/db/sayhi_pad.db : 0xFFD6 (Table: notes, users, Size: 69632 bytes)
Samsung GSM_SM-T110 Galaxy Tab 3 7.0.zip/apps/com.unearby.sayhi/sp/rxs.xml : 0x3B8 (Size: 1021 bytes)

 Scott                                                                                          5/30/2017 21:38(UTC-4)

Soooo cute

Source file: Samsung GSM_SM-T110 Galaxy Tab 3 7.0.zip/apps/com.unearby.sayhi/db/sayhi_pad.db : 0xFFF9 (Table: notes, users, Size: 69632 bytes)
Samsung GSM_SM-T110 Galaxy Tab 3 7.0.zip/apps/com.unearby.sayhi/sp/rxs.xml : 0x3B8 (Size: 1021 bytes)

Scott  5/30/2017 21:40(UTC-4)

I want to see a sexy picture of your little one

Source file: Samsung GSM_SM-T110 Galaxy Tab 3 7.0.zip/apps/com.unearby.sayhi/db/sayhi_pad.db : 0xF707 (Table: notes, users, Size: 69632 bytes)
Samsung GSM_SM-T110 Galaxy Tab 3 7.0.zip/apps/com.unearby.sayhi/sp/rxs.xml : 0x3B8 (Size: 1021 bytes)

---

 vitoria Jones, 5/30/2017 21:40(UTC-4)

I know honey  our kids are cute

Source file: Samsung GSM_SM-T110 Galaxy Tab 3 7.0.zip/apps/com.unearby.sayhi/db/sayhi_pad.db : 0xF6C4 (Table: notes, users, Size: 69632 bytes)
Samsung GSM_SM-T110 Galaxy Tab 3 7.0.zip/apps/com.unearby.sayhi/sp/rxs.xml : 0x3B8 (Size: 1021 bytes)

---

Scott 5/30/2017 21:40(UTC-4) 

Mmhmm :) can i see u or your daughter naked baby?

Source file: Samsung GSM_SM-T110 Galaxy Tab 3 7.0.zip/apps/com.unearby.sayhi/db/sayhi_pad.db : 0xF691 (Table: notes, users, Size: 69632 bytes)
Samsung GSM_SM-T110 Galaxy Tab 3 7.0.zip/apps/com.unearby.sayhi/sp/rxs.xml : 0x3B8 (Size: 1021 bytes)

---

 vitoria Jones, 5/30/2017 21:40(UTC-4)

p://hi-sp1705_32491828_1496194853451-jpg



p    hi-
sp1705_32491828_149619
4853451-jpg

Source file: Samsung GSM_SM-T110 Galaxy Tab 3 7.0.zip/apps/com.unearby.sayhi/db/sayhi_pad.db : 0xF64C (Table: notes, users, Size: 69632 bytes)
Samsung GSM_SM-T110 Galaxy Tab 3 7.0.zip/apps/com.unearby.sayhi/sp/rxs.xml : 0x3B8 (Size: 1021 bytes)
Samsung GSM_SM-T110 Galaxy Tab 3 7.0.zip/shared/0/SayHi/pic/hi-sp1705_32491828_1496194853451-jpg :  (Size: 102523 bytes)

---

Scott 5/30/2017 21:41(UTC-4) 

Soooo cute

Source file: Samsung GSM_SM-T110 Galaxy Tab 3 7.0.zip/apps/com.unearby.sayhi/db/sayhi_pad.db : 0xF610 (Table: notes, users, Size: 69632 bytes)
Samsung GSM_SM-T110 Galaxy Tab 3 7.0.zip/apps/com.unearby.sayhi/sp/rxs.xml : 0x3B8 (Size: 1021 bytes)

---

 vitoria Jones, 5/30/2017 21:41(UTC-4)

Yours frist

Source file: Samsung GSM_SM-T110 Galaxy Tab 3 7.0.zip/apps/com.unearby.sayhi/db/sayhi_pad.db : 0xF5F2 (Table: notes, users, Size: 69632 bytes)
Samsung GSM_SM-T110 Galaxy Tab 3 7.0.zip/apps/com.unearby.sayhi/sp/rxs.xml : 0x3B8 (Size: 1021 bytes)

---

Scott 5/30/2017 21:41(UTC-4) 

Ok, hold on

Source file: Samsung GSM_SM-T110 Galaxy Tab 3 7.0.zip/apps/com.unearby.sayhi/db/sayhi_pad.db : 0xF5D3 (Table: notes, users, Size: 69632 bytes)
Samsung GSM_SM-T110 Galaxy Tab 3 7.0.zip/apps/com.unearby.sayhi/sp/rxs.xml : 0x3B8 (Size: 1021 bytes)

---

Scott 5/30/2017 21:42(UTC-4) 

p://hi-sp1705_26786636_1496194963719-jpg



p    hi-
sp1705_26786636_149619
4963719-jpg

Source file: Samsung GSM_SM-T110 Galaxy Tab 3 7.0.zip/apps/com.unearby.sayhi/db/sayhi_pad.db : 0xF5B4 (Table: notes, users, Size: 69632 bytes)
Samsung GSM_SM-T110 Galaxy Tab 3 7.0.zip/apps/com.unearby.sayhi/sp/rxs.xml : 0x3B8 (Size: 1021 bytes)
Samsung GSM_SM-T110 Galaxy Tab 3 7.0.zip/shared/0/SayHi/pic/hi-sp1705_26786636_1496194963719-jpg.jpg :  (Size: 41767 bytes)

---

Scott 5/30/2017 21:42(UTC-4) 

My youngest daughter

Source file: Samsung GSM_SM-T110 Galaxy Tab 3 7.0.zip/apps/com.unearby.sayhi/db/sayhi_pad.db : 0xF578 (Table: notes, users, Size: 69632 bytes)
Samsung GSM_SM-T110 Galaxy Tab 3 7.0.zip/apps/com.unearby.sayhi/sp/rxs.xml : 0x3B8 (Size: 1021 bytes)



vitoria Jones,                                                                                    5/30/2017 21:43(UTC-4)

Yes

Source file: Samsung GSM-SM-T110 Galaxy Tab 3 7.0.zip/apps/com.unearby.sayhi/db/sayhi_pad.db : 0xF550 (Table: notes, users, Size: 69632 bytes)
Samsung GSM-SM-T110 Galaxy Tab 3 7.0.zip/apps/com.unearby.sayhi/sp/rxs.xml : 0x3B8 (Size: 1021 bytes)

---



vitoria Jones,                                                                                    5/30/2017 21:43(UTC-4)

An there hole body

Source file: Samsung GSM-SM-T110 Galaxy Tab 3 7.0.zip/apps/com.unearby.sayhi/db/sayhi_pad.db : 0xF539 (Table: notes, users, Size: 69632 bytes)
Samsung GSM-SM-T110 Galaxy Tab 3 7.0.zip/apps/com.unearby.sayhi/sp/rxs.xml : 0x3B8 (Size: 1021 bytes)

---

Scott                                                                                            5/30/2017 21:43(UTC-4)     

p://hi-sp1705_26786636_1496195021723-jpg



p_hi-
sp1705_26786636_149619
5021723-jpg

Source file: Samsung GSM-SM-T110 Galaxy Tab 3 7.0.zip/apps/com.unearby.sayhi/db/sayhi_pad.db : 0xF513 (Table: notes, users, Size: 69632 bytes)
Samsung GSM-SM-T110 Galaxy Tab 3 7.0.zip/apps/com.unearby.sayhi/sp/rxs.xml : 0x3B8 (Size: 1021 bytes)
Samsung GSM-SM-T110 Galaxy Tab 3 7.0.zip/shared/0/SayHi/pic/hi-sp1705_26786636_1496195021723-jpg.jpg :  (Size: 94047 bytes)

---

Scott                                                                                            5/30/2017 21:43(UTC-4)     

My oldest daughter

Source file: Samsung GSM-SM-T110 Galaxy Tab 3 7.0.zip/apps/com.unearby.sayhi/db/sayhi_pad.db : 0xF4D7 (Table: notes, users, Size: 69632 bytes)
Samsung GSM-SM-T110 Galaxy Tab 3 7.0.zip/apps/com.unearby.sayhi/sp/rxs.xml : 0x3B8 (Size: 1021 bytes)

---



vitoria Jones,                                                                                    5/30/2017 21:44(UTC-4)

Yes with no clothes

Source file: Samsung GSM-SM-T110 Galaxy Tab 3 7.0.zip/apps/com.unearby.sayhi/db/sayhi_pad.db : 0xF4B1 (Table: notes, users, Size: 69632 bytes)
Samsung GSM-SM-T110 Galaxy Tab 3 7.0.zip/apps/com.unearby.sayhi/sp/rxs.xml : 0x3B8 (Size: 1021 bytes)

---



vitoria Jones,                                                                                    5/30/2017 21:45(UTC-4)

So cute

Source file: Samsung GSM-SM-T110 Galaxy Tab 3 7.0.zip/apps/com.unearby.sayhi/db/sayhi_pad.db : 0xF48A (Table: notes, users, Size: 69632 bytes)
Samsung GSM-SM-T110 Galaxy Tab 3 7.0.zip/apps/com.unearby.sayhi/sp/rxs.xml : 0x3B8 (Size: 1021 bytes)

---

Scott                                                                                            5/30/2017 21:45(UTC-4)     

I can't take a pic of her with no clothes yet. Show me a naked pic of your little one baby girl

Source file: Samsung GSM-SM-T110 Galaxy Tab 3 7.0.zip/apps/com.unearby.sayhi/db/sayhi_pad.db : 0xF46F (Table: notes, users, Size: 69632 bytes)
Samsung GSM-SM-T110 Galaxy Tab 3 7.0.zip/apps/com.unearby.sayhi/sp/rxs.xml : 0x3B8 (Size: 1021 bytes)

---

Scott                                                                                            5/30/2017 21:45(UTC-4)     

p://hi-sp1705_26786636_1496195133020-jpg



p_hi-
sp1705_26786636_149619
5133020-jpg

Source file: Samsung GSM-SM-T110 Galaxy Tab 3 7.0.zip/apps/com.unearby.sayhi/db/sayhi_pad.db : 0xF3FB (Table: notes, users, Size: 69632 bytes)
Samsung GSM-SM-T110 Galaxy Tab 3 7.0.zip/apps/com.unearby.sayhi/sp/rxs.xml : 0x3B8 (Size: 1021 bytes)
Samsung GSM-SM-T110 Galaxy Tab 3 7.0.zip/shared/0/SayHi/pic/hi-sp1705_26786636_1496195133020-jpg :  (Size: 108191 bytes)

---



vitoria Jones,                                                                                    5/30/2017 21:46(UTC-4)

Now you and her

Source file: Samsung GSM-SM-T110 Galaxy Tab 3 7.0.zip/apps/com.unearby.sayhi/db/sayhi_pad.db : 0xF3BF (Table: notes, users, Size: 69632 bytes)
Samsung GSM-SM-T110 Galaxy Tab 3 7.0.zip/apps/com.unearby.sayhi/sp/rxs.xml : 0x3B8 (Size: 1021 bytes)

6

 Scott                                                                                    5/30/2017 21:46(UTC-4)

Show me your daughter now baby girl

Source file: Samsung GSM_SM-T110 Galaxy Tab 3 7.0.zip/apps/com.unearby.sayhi/db/sayhi_pad.db : 0xF39C (Table: notes, users, Size: 69632 bytes)
Samsung GSM_SM-T110 Galaxy Tab 3 7.0.zip/apps/com.unearby.sayhi/sp/rxs.xml : 0x3B8 (Size: 1021 bytes)

 vitoria Jones,                                                                          5/30/2017 21:47(UTC-4)

My daughter asleep

Source file: Samsung GSM_SM-T110 Galaxy Tab 3 7.0.zip/apps/com.unearby.sayhi/db/sayhi_pad.db : 0xF365 (Table: notes, users, Size: 69632 bytes)
Samsung GSM_SM-T110 Galaxy Tab 3 7.0.zip/apps/com.unearby.sayhi/sp/rxs.xml : 0x3B8 (Size: 1021 bytes)

 vitoria Jones,                                                                          5/30/2017 21:47(UTC-4)

You m

Source file: Samsung GSM_SM-T110 Galaxy Tab 3 7.0.zip/apps/com.unearby.sayhi/db/sayhi_pad.db : 0xF33F (Table: notes, users, Size: 69632 bytes)
Samsung GSM_SM-T110 Galaxy Tab 3 7.0.zip/apps/com.unearby.sayhi/sp/rxs.xml : 0x3B8 (Size: 1021 bytes) 

 Scott                                                                                    5/30/2017 21:47(UTC-4)

Its ok, my youngest is to. Just go in and take a picture of her with her pants down baby girl

Source file: Samsung GSM_SM-T110 Galaxy Tab 3 7.0.zip/apps/com.unearby.sayhi/db/sayhi_pad.db : 0xF326 (Table: notes, users, Size: 69632 bytes)
Samsung GSM_SM-T110 Galaxy Tab 3 7.0.zip/apps/com.unearby.sayhi/sp/rxs.xml : 0x3B8 (Size: 1021 bytes)

 vitoria Jones,                                                                          5/30/2017 21:48(UTC-4)

I can't she is at her dad's I frogot

Source file: Samsung GSM_SM-T110 Galaxy Tab 3 7.0.zip/apps/com.unearby.sayhi/db/sayhi_pad.db : 0xF2B4 (Table: notes, users, Size: 69632 bytes)
Samsung GSM_SM-T110 Galaxy Tab 3 7.0.zip/apps/com.unearby.sayhi/sp/rxs.xml : 0x3B8 (Size: 1021 bytes) 

 Scott                                                                                    5/30/2017 21:48(UTC-4)

Ok.... bye

Source file: Samsung GSM_SM-T110 Galaxy Tab 3 7.0.zip/apps/com.unearby.sayhi/db/sayhi_pad.db : 0xF27C (Table: notes, users, Size: 69632 bytes)
Samsung GSM_SM-T110 Galaxy Tab 3 7.0.zip/apps/com.unearby.sayhi/sp/rxs.xml : 0x3B8 (Size: 1021 bytes)

 vitoria Jones,                                                                          5/30/2017 21:49(UTC-4)

No wait im sorry

Source file: Samsung GSM_SM-T110 Galaxy Tab 3 7.0.zip/apps/com.unearby.sayhi/db/sayhi_pad.db : 0xF25E (Table: notes, users, Size: 69632 bytes)
Samsung GSM_SM-T110 Galaxy Tab 3 7.0.zip/apps/com.unearby.sayhi/sp/rxs.xml : 0x3B8 (Size: 1021 bytes) 

 Scott                                                                                    5/30/2017 21:50(UTC-4)

Stop lying to me. Thats what u did last time we talked to. Its ok, i know u are the little girl. Just send me a naked picture of u baby. I really want to see u

Source file: Samsung GSM_SM-T110 Galaxy Tab 3 7.0.zip/apps/com.unearby.sayhi/db/sayhi_pad.db : 0xF23A (Table: notes, users, Size: 69632 bytes)
Samsung GSM_SM-T110 Galaxy Tab 3 7.0.zip/apps/com.unearby.sayhi/sp/rxs.xml : 0x3B8 (Size: 1021 bytes)

 vitoria Jones,                                                                          5/30/2017 21:50(UTC-4)

p://hi-sp1705_32491828_1496195445210-jpg



p  hi-
sp1705_32491828_149619
5445210-jpg

Source file: Samsung GSM_SM-T110 Galaxy Tab 3 7.0.zip/apps/com.unearby.sayhi/db/sayhi_pad.db : 0xF185 (Table: notes, users, Size: 69632 bytes)
Samsung GSM_SM-T110 Galaxy Tab 3 7.0.zip/apps/com.unearby.sayhi/sp/rxs.xml : 0x3B8 (Size: 1021 bytes)
Samsung GSM_SM-T110 Galaxy Tab 3 7.0.zip/shared/0/SayHi/pic/hi-sp1705_32491828_1496195445210-jpg.jpg :  (Size: 161001 bytes) 

Scott                                                                                    5/30/2017 21:51(UTC-4)

Yesssss! Thank u baby girl ;) can u take another one so i can see u better. I can't really see that one

Source file: Samsung GSM_SM-T110 Galaxy Tab 3 7.0.zip/apps/com.unearby.sayhi/db/sayhi_pad.db : 0xF149 (Table: notes, users, Size: 69632 bytes)
Samsung GSM_SM-T110 Galaxy Tab 3 7.0.zip/apps/com.unearby.sayhi/sp/rxs.xml : 0x3B8 (Size: 1021 bytes)

7



p://hi-sp1705_32491828_1496195506703-jpg

p___hi-
sp1705_32491828_149619
5506703-jpg

Source file: Samsung GSM_SM-T110 Galaxy Tab 3 7.0.zip/apps/com.unearby.sayhi/db/sayhi_pad.db : 0x10FF9 (Table: notes, users, Size: 69632 bytes)
Samsung GSM_SM-T110 Galaxy Tab 3 7.0.zip/apps/com.unearby.sayhi/sp/rxs.xml : 0x3B8 (Size: 1021 bytes)
Samsung GSM_SM-T110 Galaxy Tab 3 7.0.zip/shared/0/SayHi/pic/hi-sp1705_32491828_1496195506703-jpg :  (Size: 175781 bytes)



Scott                                                                                          5/30/2017 21:52(UTC-4)

Yesssss!!! Omg i love u baby girl. U are soooo sexyyyy!

Source file: Samsung GSM_SM-T110 Galaxy Tab 3 7.0.zip/apps/com.unearby.sayhi/db/sayhi_pad.db : 0x10FBD (Table: notes, users, Size: 69632 bytes)
Samsung GSM_SM-T110 Galaxy Tab 3 7.0.zip/apps/com.unearby.sayhi/sp/rxs.xml : 0x3B8 (Size: 1021 bytes)



Scott                                                                                          5/30/2017 21:55(UTC-4)

V://hi-sp1705_26786636_1496195695966 37



V___hi-
sp1705_26786636_149619
5695966 37

Source file: Samsung GSM_SM-T110 Galaxy Tab 3 7.0.zip/apps/com.unearby.sayhi/db/sayhi_pad.db : 0x10F13 (Table: notes, users, Size: 69632 bytes)
Samsung GSM_SM-T110 Galaxy Tab 3 7.0.zip/apps/com.unearby.sayhi/sp/rxs.xml : 0x3B8 (Size: 1021 bytes)
Samsung GSM_SM-T110 Galaxy Tab 3 7.0.zip/shared/0/SayHi/rec/26786636_1496195695966_v :  (Size: 5134371 bytes)



Scott                                                                                          5/30/2017 21:55(UTC-4)

Me and my daughter

Source file: Samsung GSM_SM-T110 Galaxy Tab 3 7.0.zip/apps/com.unearby.sayhi/db/sayhi_pad.db : 0x10F72 (Table: notes, users, Size: 69632 bytes)
Samsung GSM_SM-T110 Galaxy Tab 3 7.0.zip/apps/com.unearby.sayhi/sp/rxs.xml : 0x3B8 (Size: 1021 bytes)



 vitoria Jones,                                                       5/30/2017 22:15(UTC-4)

Hey are you w.awake

Source file: Samsung GSM_SM-T110 Galaxy Tab 3 7.0.zip/apps/com.unearby.sayhi/db/sayhi_pad.db : 0x10F4C (Table: notes, users, Size: 69632 bytes)
Samsung GSM_SM-T110 Galaxy Tab 3 7.0.zip/apps/com.unearby.sayhi/sp/rxs.xml : 0x3B8 (Size: 1021 bytes)



Scott                                                                                          5/30/2017 22:19(UTC-4)

Yes baby girl, i am. I really really want to see a full naked pic of u

Source file: Samsung GSM_SM-T110 Galaxy Tab 3 7.0.zip/apps/com.unearby.sayhi/db/sayhi_pad.db : 0x10ED8 (Table: notes, users, Size: 69632 bytes)
Samsung GSM_SM-T110 Galaxy Tab 3 7.0.zip/apps/com.unearby.sayhi/sp/rxs.xml : 0x3B8 (Size: 1021 bytes)



 vitoria Jones,                                                    5/30/2017 22:19(UTC-4)

Aww I was hoping you were up

Source file: Samsung GSM_SM-T110 Galaxy Tab 3 7.0.zip/apps/com.unearby.sayhi/db/sayhi_pad.db : 0x10E7D (Table: notes, users, Size: 69632 bytes)
Samsung GSM_SM-T110 Galaxy Tab 3 7.0.zip/apps/com.unearby.sayhi/sp/rxs.xml : 0x3B8 (Size: 1021 bytes)

 vitoria Jones,                                                          5/30/2017 22:20(UTC-4)

I want to see , mi re of you first

Source file: Samsung GSM_SM-T110 Galaxy Tab 3 7.0.zip/apps/com.unearby.sayhi/db/sayhi_pad.db : 0x10E4D (Table: notes, users, Size: 69632 bytes)
Samsung GSM_SM-T110 Galaxy Tab 3 7.0.zip/apps/com.unearby.sayhi/sp/rxs.xml : 0x3B8 (Size: 1021 bytes)



Scott                                                                                          5/30/2017 22:22(UTC-4)

Ok ;)

Source file: Samsung GSM_SM-T110 Galaxy Tab 3 7.0.zip/apps/com.unearby.sayhi/db/sayhi_pad.db : 0x10E17 (Table: notes, users, Size: 69632 bytes)
Samsung GSM_SM-T110 Galaxy Tab 3 7.0.zip/apps/com.unearby.sayhi/sp/rxs.xml : 0x3B8 (Size: 1021 bytes)





Scott                                                                    5/30/2017 22:23(UTC-4)

p://hi-sp1705_26786636_1496197391043-jpg





p_hi-
sp1705_26786636_149619
7391043-jpg

Source file: Samsung GSM_SM-T110 Galaxy Tab 3 7.0.zip/apps/com.unearby.sayhi/db/sayhi_pad.db : 0x10DFE (Table: notes, users, Size: 69632 bytes)
Samsung GSM_SM-T110 Galaxy Tab 3 7.0.zip/apps/com.unearby.sayhi/sp/rxs.xml : 0x3B8 (Size: 1021 bytes)
Samsung GSM_SM-T110 Galaxy Tab 3 7.0.zip/shared/0/SayHi/pic/hi-sp1705_26786636_1496197391043-jpg :  (Size: 81291 bytes)

---

Scott                                                                    5/30/2017 22:23(UTC-4)

p://hi-sp1705_26786636_1496197425319-jpg



p_hi-
sp1705_26786636_149619
7425319-jpg

Source file: Samsung GSM_SM-T110 Galaxy Tab 3 7.0.zip/apps/com.unearby.sayhi/db/sayhi_pad.db : 0x10DC2 (Table: notes, users, Size: 69632 bytes)
Samsung GSM_SM-T110 Galaxy Tab 3 7.0.zip/apps/com.unearby.sayhi/sp/rxs.xml : 0x3B8 (Size: 1021 bytes)
Samsung GSM_SM-T110 Galaxy Tab 3 7.0.zip/shared/0/SayHi/pic/hi-sp1705_26786636_1496197425319-jpg :  (Size: 433057 bytes)

---



Scott                                                                    5/30/2017 22:24(UTC-4)

p://hi-sp1705_26786636_1496197439852-jpg





p_hi-
sp1705_26786636_149619
7439852-jpg

Source file: Samsung GSM_SM-T110 Galaxy Tab 3 7.0.zip/apps/com.unearby.sayhi/db/sayhi_pad.db : 0x10D86 (Table: notes, users, Size: 69632 bytes)
Samsung GSM_SM-T110 Galaxy Tab 3 7.0.zip/apps/com.unearby.sayhi/sp/rxs.xml : 0x3B8 (Size: 1021 bytes)
Samsung GSM_SM-T110 Galaxy Tab 3 7.0.zip/shared/0/SayHi/pic/hi-sp1705_26786636_1496197439852-jpg :  (Size: 60112 bytes)

---



vitoria Jones.                                                          5/30/2017 22:24(UTC-4)

So di you live around me im from high pointe

Source file: Samsung GSM_SM-T110 Galaxy Tab 3 7.0.zip/apps/com.unearby.sayhi/db/sayhi_pad.db : 0x10D4A (Table: notes, users, Size: 69632 bytes)
Samsung GSM_SM-T110 Galaxy Tab 3 7.0.zip/apps/com.unearby.sayhi/sp/rxs.xml : 0x3B8 (Size: 1021 bytes)

---



Scott                                                                    5/30/2017 22:25(UTC-4)

Im in Florida baby :( what state are u in?

Source file: Samsung GSM_SM-T110 Galaxy Tab 3 7.0.zip/apps/com.unearby.sayhi/db/sayhi_pad.db : 0x10D0B (Table: notes, users, Size: 69632 bytes)
Samsung GSM_SM-T110 Galaxy Tab 3 7.0.zip/apps/com.unearby.sayhi/sp/rxs.xml : 0x3B8 (Size: 1021 bytes)



---



Scott                                                                    5/30/2017 22:26(UTC-4)

V://hi-sp1705_26786636_1496197566836 14





V_hi-
sp1705_26786636_149619
7566836 14

Source file: Samsung GSM_SM-T110 Galaxy Tab 3 7.0.zip/apps/com.unearby.sayhi/db/sayhi_pad.db : 0x10CCD (Table: notes, users, Size: 69632 bytes)
Samsung GSM_SM-T110 Galaxy Tab 3 7.0.zip/apps/com.unearby.sayhi/sp/rxs.xml : 0x3B8 (Size: 1021 bytes)
Samsung GSM_SM-T110 Galaxy Tab 3 7.0.zip/shared/0/SayHi/rec/26786636_1496197566836_v :  (Size: 1869541 bytes)

---



vitoria Jones.                                                          5/30/2017 22:26(UTC-4)

South carolina we moved recently

Source file: Samsung GSM_SM-T110 Galaxy Tab 3 7.0.zip/apps/com.unearby.sayhi/db/sayhi_pad.db : 0x10C92 (Table: notes, users, Size: 69632 bytes)
Samsung GSM_SM-T110 Galaxy Tab 3 7.0.zip/apps/com.unearby.sayhi/sp/rxs.xml : 0x3B8 (Size: 1021 bytes)

9



Scott                                             5/30/2017 22:26(UTC-4)

Aww :/ i could come see u :)

Source file: Samsung GSM_SM-T110 Galaxy Tab 3 7.0.zip/apps/com.unearby.sayhi/db/sayhi_pad.db : 0x10C5E (Table: notes, users, Size: 69632 bytes)
Samsung GSM_SM-T110 Galaxy Tab 3 7.0.zip/apps/com.unearby.sayhi/sp/rxs.xml : 0x3B8 (Size: 1021 bytes)



vitoria Jones,                            5/30/2017 22:27(UTC-4)

Aww really my dad wouldnt like that he dont know

Source file: Samsung GSM_SM-T110 Galaxy Tab 3 7.0.zip/apps/com.unearby.sayhi/db/sayhi_pad.db : 0x10C2E (Table: notes, users, Size: 69632 bytes)
Samsung GSM_SM-T110 Galaxy Tab 3 7.0.zip/apps/com.unearby.sayhi/sp/rxs.xml : 0x3B8 (Size: 1021 bytes)



vitoria Jones,                            5/30/2017 22:27(UTC-4)

We have to keepe it a secret

Source file: Samsung GSM_SM-T110 Galaxy Tab 3 7.0.zip/apps/com.unearby.sayhi/db/sayhi_pad.db : 0x10BEA (Table: notes, users, Size: 69632 bytes)
Samsung GSM_SM-T110 Galaxy Tab 3 7.0.zip/apps/com.unearby.sayhi/sp/rxs.xml : 0x3B8 (Size: 1021 bytes)

Scott                                             5/30/2017 22:28(UTC-4)

Lol yea i know :/ he doesn't have to know. Its our little secret  :)

Source file: Samsung GSM_SM-T110 Galaxy Tab 3 7.0.zip/apps/com.unearby.sayhi/db/sayhi_pad.db : 0x10BBA (Table: notes, users, Size: 69632 bytes)
Samsung GSM_SM-T110 Galaxy Tab 3 7.0.zip/apps/com.unearby.sayhi/sp/rxs.xml : 0x3B8 (Size: 1021 bytes)



vitoria Jones,                            5/30/2017 22:28(UTC-4)

When could you come see me then

Source file: Samsung GSM_SM-T110 Galaxy Tab 3 7.0.zip/apps/com.unearby.sayhi/db/sayhi_pad.db : 0x10B61 (Table: notes, users, Size: 69632 bytes)
Samsung GSM_SM-T110 Galaxy Tab 3 7.0.zip/apps/com.unearby.sayhi/sp/rxs.xml : 0x3B8 (Size: 1021 bytes)

Scott                                             5/30/2017 22:29(UTC-4)

Maybe this weekend or next weekend. I want to see u and hug u and kiss u baby girl

Source file: Samsung GSM_SM-T110 Galaxy Tab 3 7.0.zip/apps/com.unearby.sayhi/db/sayhi_pad.db : 0x10B2E (Table: notes, users, Size: 69632 bytes)
Samsung GSM_SM-T110 Galaxy Tab 3 7.0.zip/apps/com.unearby.sayhi/sp/rxs.xml : 0x3B8 (Size: 1021 bytes)

Scott                                             5/30/2017 22:29(UTC-4)

Can i please see a full naked picture of u baby

Source file: Samsung GSM_SM-T110 Galaxy Tab 3 7.0.zip/apps/com.unearby.sayhi/db/sayhi_pad.db : 0x10AC7 (Table: notes, users, Size: 69632 bytes)
Samsung GSM_SM-T110 Galaxy Tab 3 7.0.zip/apps/com.unearby.sayhi/sp/rxs.xml : 0x3B8 (Size: 1021 bytes)



vitoria Jones,                            5/30/2017 22:30(UTC-4)

Not yet parents are awake

Source file: Samsung GSM_SM-T110 Galaxy Tab 3 7.0.zip/apps/com.unearby.sayhi/db/sayhi_pad.db : 0x10A84 (Table: notes, users, Size: 69632 bytes)
Samsung GSM_SM-T110 Galaxy Tab 3 7.0.zip/apps/com.unearby.sayhi/sp/rxs.xml : 0x3B8 (Size: 1021 bytes)



vitoria Jones,                            5/30/2017 22:30(UTC-4)

Im playin like. I have to sleep

Source file: Samsung GSM_SM-T110 Galaxy Tab 3 7.0.zip/apps/com.unearby.sayhi/db/sayhi_pad.db : 0x10A57 (Table: notes, users, Size: 69632 bytes)
Samsung GSM_SM-T110 Galaxy Tab 3 7.0.zip/apps/com.unearby.sayhi/sp/rxs.xml : 0x3B8 (Size: 1021 bytes)

vitoria Jones,                            5/30/2017 22:31(UTC-4)

how are we going find each other one your here are you goong to kid nap me :-)

Source file: Samsung GSM_SM-T110 Galaxy Tab 3 7.0.zip/apps/com.unearby.sayhi/db/sayhi_pad.db : 0x10A24 (Table: notes, users, Size: 69632 bytes)
Samsung GSM_SM-T110 Galaxy Tab 3 7.0.zip/apps/com.unearby.sayhi/sp/rxs.xml : 0x3B8 (Size: 1021 bytes)



Scott                                             5/30/2017 22:32(UTC-4)

Aww lol ok. I bet u look so cute in bed right now baby girl. And no im not gonna kid nap u baby girl. But we can talk on here or u should get the app kik and we can talk on there

Source file: Samsung GSM_SM-T110 Galaxy Tab 3 7.0.zip/apps/com.unearby.sayhi/db/sayhi_pad.db : 0x109C1 (Table: notes, users, Size: 69632 bytes)
Samsung GSM_SM-T110 Galaxy Tab 3 7.0.zip/apps/com.unearby.sayhi/sp/rxs.xml : 0x3B8 (Size: 1021 bytes)

 vitoria Jones,                                                             5/30/2017 22:32(UTC-4)

**I thought you was coming to seee mi**

Source file: Samsung GSM_SM-T110 Galaxy Tab 3 7.0.zip/apps/com.unearby.sayhi/db/sayhi_pad.db : 0x108F9 (Table: notes, users, Size: 69632 bytes)
Samsung GSM_SM-T110 Galaxy Tab 3 7.0.zip/apps/com.unearby.sayhi/sp/rxs.xml : 0x3B8 (Size: 1021 bytes)

 vitoria Jones,                                                             5/30/2017 22:32(UTC-4)

**Me**

Source file: Samsung GSM_SM-T110 Galaxy Tab 3 7.0.zip/apps/com.unearby.sayhi/db/sayhi_pad.db : 0x108C2 (Table: notes, users, Size: 69632 bytes)
Samsung GSM_SM-T110 Galaxy Tab 3 7.0.zip/apps/com.unearby.sayhi/sp/rxs.xml : 0x3B8 (Size: 1021 bytes)

 vitoria Jones,                                                             5/30/2017 22:34(UTC-4)

**We moved from north carolina I think I nm know daughter**

Source file: Samsung GSM_SM-T110 Galaxy Tab 3 7.0.zip/apps/com.unearby.sayhi/db/sayhi_pad.db : 0x108AC (Table: notes, users, Size: 69632 bytes)
Samsung GSM_SM-T110 Galaxy Tab 3 7.0.zip/apps/com.unearby.sayhi/sp/rxs.xml : 0x3B8 (Size: 1021 bytes)

Scott                                                                          5/30/2017 22:34(UTC-4) 

**I am baby girl. And till then we can talk on here :)**

Source file: Samsung GSM_SM-T110 Galaxy Tab 3 7.0.zip/apps/com.unearby.sayhi/db/sayhi_pad.db : 0x10861 (Table: notes, users, Size: 69632 bytes)
Samsung GSM_SM-T110 Galaxy Tab 3 7.0.zip/apps/com.unearby.sayhi/sp/rxs.xml : 0x3B8 (Size: 1021 bytes)

 vitoria Jones,                                                             5/30/2017 22:34(UTC-4)

**Did you ever live in north carolina**

Source file: Samsung GSM_SM-T110 Galaxy Tab 3 7.0.zip/apps/com.unearby.sayhi/db/sayhi_pad.db : 0x10819 (Table: notes, users, Size: 69632 bytes)
Samsung GSM_SM-T110 Galaxy Tab 3 7.0.zip/apps/com.unearby.sayhi/sp/rxs.xml : 0x3B8 (Size: 1021 bytes)

 vitoria Jones,                                                             5/30/2017 22:36(UTC-4)

**I would love to see your face :-)**

Source file: Samsung GSM_SM-T110 Galaxy Tab 3 7.0.zip/apps/com.unearby.sayhi/db/sayhi_pad.db : 0x107E2 (Table: notes, users, Size: 69632 bytes)
Samsung GSM_SM-T110 Galaxy Tab 3 7.0.zip/apps/com.unearby.sayhi/sp/rxs.xml : 0x3B8 (Size: 1021 bytes)

 vitoria Jones,                                                             5/30/2017 22:36(UTC-4)

**Send me a picture until the pare ts go too bed**

Source file: Samsung GSM_SM-T110 Galaxy Tab 3 7.0.zip/apps/com.unearby.sayhi/db/sayhi_pad.db : 0x107AD (Table: notes, users, Size: 69632 bytes)
Samsung GSM_SM-T110 Galaxy Tab 3 7.0.zip/apps/com.unearby.sayhi/sp/rxs.xml : 0x3B8 (Size: 1021 bytes)

 vitoria Jones,                                                             5/30/2017 22:36(UTC-4)

**Parents**

Source file: Samsung GSM_SM-T110 Galaxy Tab 3 7.0.zip/apps/com.unearby.sayhi/db/sayhi_pad.db : 0x1076B (Table: notes, users, Size: 69632 bytes)
Samsung GSM_SM-T110 Galaxy Tab 3 7.0.zip/apps/com.unearby.sayhi/sp/rxs.xml : 0x3B8 (Size: 1021 bytes)

 Scott                                                                    5/30/2017 22:36(UTC-4) 

**No i didn't  :( i wish i could have seen u if i did. And ok baby girl, i will**

Source file: Samsung GSM_SM-T110 Galaxy Tab 3 7.0.zip/apps/com.unearby.sayhi/db/sayhi_pad.db : 0x10750 (Table: notes, users, Size: 69632 bytes)
Samsung GSM_SM-T110 Galaxy Tab 3 7.0.zip/apps/com.unearby.sayhi/sp/rxs.xml : 0x3B8 (Size: 1021 bytes)

 Scott                                                                    5/30/2017 22:37(UTC-4) 

p://hi-sp1705_26786636_1496198234199-jpg



p_hi-
sp1705_26786636_149619
8234199-jpg

Source file: Samsung GSM_SM-T110 Galaxy Tab 3 7.0.zip/apps/com.unearby.sayhi/db/sayhi_pad.db : 0x106EE (Table: notes, users, Size: 69632 bytes)
Samsung GSM_SM-T110 Galaxy Tab 3 7.0.zip/apps/com.unearby.sayhi/sp/rxs.xml : 0x3B8 (Size: 1021 bytes)
Samsung GSM_SM-T110 Galaxy Tab 3 7.0.zip/shared/0/SayHi/pic/hi-sp1705_26786636_1496198234199-jpg : (Size: 84508 bytes)

11



Scott

5/30/2017 22:37(UTC-4)

I wish i could see u baby.

**Source file:** Samsung GSM_SM-T110 Galaxy Tab 3 7.0.zip/apps/com.unearby.sayhi/db/sayhi_pad.db : 0x106B2 (Table: notes, users, Size: 69632 bytes)
Samsung GSM_SM-T110 Galaxy Tab 3 7.0.zip/apps/com.unearby.sayhi/sp/rxs.xml : 0x3B8 (Size: 1021 bytes)



Scott

5/30/2017 22:48(UTC-4)



U should get kik baby. We could text on that

**Source file:** Samsung GSM_SM-T110 Galaxy Tab 3 7.0.zip/apps/com.unearby.sayhi/db/sayhi_pad.db : 0x10684 (Table: notes, users, Size: 69632 bytes)
Samsung GSM_SM-T110 Galaxy Tab 3 7.0.zip/apps/com.unearby.sayhi/sp/rxs.xml : 0x3B8 (Size: 1021 bytes)



Law Enforcement
Guide to Kik

Kik's Guide

Reg# 16118-104   UnIT G-2

# Table of Contents

| | |
|---|---|
| What is Kik? | 3 |
| Age Rating | 3 |
| Kik's Philosophy/Approach | 3 |
| Safety Features on Kik | 3 |
| Kik usernames | 3 |
| Blocking users | 4 |
| Blocking in groups | 4 |
| New People | 4 |
| Kik Username | 4 |
| Locating a Kik username | 5 |
| Kik Group Identifiers | 6 |
| Locating a Kik group hashtag or group scan code | 7 |
| Submitting an Order to Kik | 7 |
| Data that may be available pursuant to a valid applicable Order: | 8 |
| Recommended Language | 9 |
| US Orders | 10 |
| Emergency Disclosure Requests | 11 |
| Submitting an Emergency Disclosure Request: | 11 |
| Preservation Requests | 12 |
| Submitting a Preservation Request: | 12 |
| Reporting to Police | 13 |
| Impersonation Reports | 13 |
| Charges and Convictions | 13 |
| Contacting the Kik Trust & Safety Team | 13 |

Doc ID: LEO12

KIK's GUIDE FOR

## What is Kik

Kik is a smartphone messenger application that lets users connect with their friends and the world around them through chat. Users can send text, pictures, videos and more – all with the app.

Kik is available for download through the iOS App Store and the Google Play store on most iOS (iPhone, iPod, iPad), Android (including Kindle Fire) and Windows 7 devices. Users may also be using Kik on their Symbian based or BlackBerry 4.6-7 phone, however, as of May, 2014, it's no longer possible to download or register new accounts on these devices.

Kik is free to download and uses an existing Wi-Fi connection or data plan to send and receive messages.

## Age Rating

Kik is rated 17+ in the iTunes Store and Teen in the Google Play store. A user must enter their birthdate and be 13 years of age or older in order to register a Kik account.

Children under the age of 13 are prohibited from having a Kik account, by the Kik Terms of Service. If Kik obtains knowledge that a user is under the age of 13, it's our policy to permanently deactivate their account and delete their personal information, unless otherwise notified by law enforcement.

## Kik's Philosophy

We believe that Kik users need to feel safe and respected when they use our services, and we need to be good corporate citizens in providing our service. To be sure of this, we will follow three principles:
- We will comply with applicable law;
- We will protect our users' privacy; and
- We will promote user safety on Kik.

Kik Interactive is located in Ontario, Canada, and as such is governed by Canadian law.

## Safety Features

**Kik usernames**
Unlike many other smartphone instant messengers, which are based on a user's phone number, we use usernames to identify our users. By using usernames instead of phone numbers as the unique identifier on Kik, users' personal information like cell phone numbers and email addresses are never shared by Kik.
- If a Kik user is an active user of other social apps and sites, they might choose to share their username on those sites to connect with their followers from there. Posting their Kik username somewhere like Twitter or Instagram, or on a Kik optimized webpage will make it publicly available. This means that people they don't know may be able to send messages to them.



## Blocking users

The "Block" feature allows our users to block all contact with another user, without revealing to the other user that they've been blocked. Blocking someone means that messages from this user won't appear in the blocker's conversation list, and all previous conversations with this person will also be hidden. The blocked user's username will no longer appear in the blocker's list of contacts in Kik.

## Blocking in groups

A user is unable to automatically add another user that has blocked them into a group on Kik. If a user is in a group with someone they have blocked, messages from the blocked user will appear as "*Blocked Message*".

## New People

The 'New People' feature gives users control over who they talk to. With the latest version of Kik, this safety feature puts messages from new people into a separate section called 'New Chats'. In messages from new people, the profile pictures are blurred along with pictures or content messages they may have sent. A user has the option to either start a chat with them or to delete, block, or report as spam.

## Reporting Users

If a user receives an unwanted message on Kik they have the option to report that user. A user can choose to include a copy of their chat history with the in-app report, however chat history is optional! and is not required to report a user. A user can choose to report someone for the following reasons:

- They don't want to talk to them
- It's a spam bot
- The person is being abusive

## Reporting Groups

A user can also report a group chat, if necessary. A user can choose to report a group for the following reasons:

- They don't want to be in the group
- The group is offensive
- The group is being used for abuse

A user can also choose to include a copy of the group's chat history with the in-app report, so long as they are a member of that group. If a user is not a member of the group, but they still wish to report it, they will not have an option to include the group's chat history.

## Kik Username

## Kik Username

- 100% unique
- Can never be replicated
- Can never be changed
- May include lower and upper case letters, numbers and/or periods and underscores.
- Will never contain spaces, emoticons or special characters

Doc ID: LEO1.2

KIK'S GUIDE FOR

A Kik username is the only unique identifier in our system, and the only way we can identify a unique Kik account. Information like a phone number, first and last name (display name), or an email address will not allow us to identify a user in our system. We must be provided with the exact Kik username to do any type of search in our system.

Locating a Kik username

## My Kik Profile



Sarah Marshall



## My Friend's Profile



Jolie Angefo

| | Your Account |
| | Your Kik Code |
| | Your Web History |
| | Notifications |
| | Chat Settings |
| | Privacy |
| | Help & About Us |

More

Start a Group With Jolie

Leave Chat

**Tap the settings icon in the top left corner.**

**Display Name:** Sarah Marshall
**Username:** sarmarsh_99

**In a chat, tap the display name at the top of the conversation:**

**Display Name:** Jolie Angefo
**Username:** angefojolie

KIK's GUIDE FOR LAW ENFORCEMENT

If a user has turned on their direct message control feature in a specific public group, their username will be hidden to other users in that group. This means that when you click on the user's profile, you will only see the display name and the profile picture and no username (see right).



You can still submit a 1.A. Electronic Order Preservation Request or a 1.A. Electronic Production Request for a user who is anonymous to you, as we may be able to identify the subject user in our systems. See the indicated sections of the Guide for more information.

## Kik Group Identifiers

### Group Hashtag (Public Groups)
- User generated hashtag
- Can never be replicated
- Can never be changed
- May include lower case and upper case letters, numbers, and/or periods and/or underscores.
- Will never contain spaces, emoticons or special characters
- The group hashtag will begin with a hash (#)
  - Eg. #KikIsAwesome

### Group Scan Code (Private and Public Groups)
- Can be accessed through the group profile information page (Info > Show Kik Code)
- Users can share the scan code to invite others to join

### JIDs (Users, Private and Public Groups)
- A user JID is an underscore followed by three additional characters that are randomly assigned by Kik to each and every username
- A group JID is 13 randomized characters long and is followed by "_g"; it will not contain alphabetical characters (other than the "_g"), periods, spaces, or emoticons
  - Eg. 123456789013f1_g
- These are unique internal IDs associated to users and group chats, randomly generated by Kik's internal systems.
- The JIDs are not user generated and are not publicly facing

Kik's GUIDE for...

Locating a Kik group hashtag or group scan code:

<u>Group Hashtag (Public Groups)</u>   <u>Group Scan Code (Private and Public Groups)</u>

   

**Group Name:** Camping ...
**Group Hashtag:** #arizonac ...

Access the group scan code
from the group information
page > Show Kik Code

### Locating a Block List

In order to locate a block list, open the Kik app on the user's device and the main conversation screen will appear. Tap the three lines (hamburger) in the top left corner > tap Privacy > Tap Block List.

### Submitting an Order

Kik Interactive, Inc. is located in Ontario, Canada, and as such we are governed by Canadian law. This means that we'll need a valid Order (i.e., a subpoena or warrant issued or an order made by a court, person or body with jurisdiction to compel the production of information) before we're able to consider releasing user data. Preparing your Order:
All Orders must include the following:

- Addressed to 'Kik Interactive, Inc.'
- Contain a valid Kik username(s). *Please see page 5 for details on locating the username*
- Contain a specific list of user data that you're requesting
- Signed and dated
- The way in which the disclosed data should be delivered to law enforcement
- Orders can be emailed to lawenforcement@kik.com using the subject line "LAW ENFORCEMENT ORDER"

We disclose account records in accordance with our terms of service and applicable law. That means that we must receive an Order to allow us to consider disclosing basic subscriber data, content, and/or historical data

Doc ID: LEO13

Last Revised on ...

kik

Kik's GUIDE FOR LAW ENFORCEMENT

*Agencies outside of Canada may need to submit a Mutual Legal Assistance Treaty (MLAT) request through the proper legal authorities in order to obtain any user data from Kik.*

Requests for information should be specific in nature. Overly broad requests will cause significant delays in responding, and in some cases may mean we are not able to respond to your request.

Please note that Kik maintains images and video content sent by users for approximately 30 days before they are deleted from our system. Historical data logs and abuse reports are stored for a longer period of time and the length of time that these logs are stored depends on which system the information is stored in; whether we have a business or legal need to save any information in that system; as well as the changing frequency that data is deleted from that system (if applicable).

**Kik is moving to a new data retention policy effective October 2018. Please note that some data may no longer be available beyond 90 days. Content retention such as images and video remain the same while images are retained for approximately 30 days before they are deleted from our system.**

For reference on how to submit a preservation request, please see "Preservation Requests" (pg. 11).

It's important to note that the text of chat messages is stored locally on the Kik user's device. We don't see, store, or have access to chat message conversations in our systems. The only exception would occur when a user reports using Kik's in-app reporting feature and elects to send a copy of the conversation to Kik.

When a user chooses to report another user or a group, these types of reports are called "Abuse Reports" and can be requested through a valid Canadian Order.

Aside from abuse reports, Kik may also have transactional chat logs. These logs don't contain the text of the conversation, but are a transaction record showing that username A sent a message in username B at a particular time, and may include the IP address associated to the sender of the chat if requested.

Data that may be available pursuant to a valid applicable Order:

*Subscriber data, this information isn't verified by Kik, meaning we don't have any way to know if it's accurate.*

- Basic subscriber information provided by the user, such as current first and last name and email address
- Link to the most current user's picture
- Device related information
- Account creation date and Kik version
- Birthdate and email address used to register the account (new registrations after November 2014)
- User location information, including most recent IP address (after November 2013)

Doc ID: LE01.2

KIK'S GUIDE FOR

Content and/or Historical User Data:

- Historical IP addresses used by the Kik user. This log also includes remote ports.
  *Please note that these IP addresses are provided by a third party, not by Kik.*
- [Transactional chat] log [timestamps]: these are similar to call detail records available from wireless carriers and will never include the text of the conversation or the phone numbers of the individuals involved.
- Photographs and/or videos sent or received by the Kik user, depending on the version of Kik that the user is using. Photographs and videos are not accessible to our Trust & Safety team, and are automatically deleted within a short period after they are sent
- Roster logs are records showing who the user has added and/or blocked
- Abuse Reports associated to the user are conversations that other users reported through the in-app reporting feature

Content and/or Historical Group Data:

- Group Information log: basic group information log that may include current information about the group, including the group ID, group name(s), group type and the status of the group.
- Group create log, including details about the creation of a group
- Group join logs, including a record of the users who have joined the group as well as the method that was used to join a group
- Group leave logs, including a record of the users who have left the group as well as the method that was used to leave the group
- Group transactional [chat] [log] [timestamps]: these are similar to call detail records available from wireless carriers and will never include the text of the conversation or the phone numbers of the individuals involved
- Photographs and/or videos sent to the group, depending on the version of Kik that the user is using. Photographs and videos are not accessible to our Trust & Safety team, and are automatically deleted within a short period after they are sent
- Group abuse reports associated to the group are a record of group conversations that were reported by a Kik user within the group, through the in-app reporting feature

**PLEASE NOTE:** We reserve the right pursuant to applicable law to refuse to provide information.

Recommended Language

Please find below some language that you're welcome to include in your Orders.

US Orders

We can accept a valid US Order (subpoena or court order) for the disclosure of the most recent basic subscriber data and up to 30 days of recent IP addresses if available. If this is what you require please include the following language in your Order:

- Recent basic subscriber data and recent IP addresses associated to the Kik account 'USERNAME'.

Please be advised that if you are seeking historical and/or content (images/videos) data, you will need to work through the Mutual Legal Assistance Treaty (MLAT) process to obtain this information.

We can work with you by preserving the requested data while you complete this process.

General Production Orders & Mutual Legal Assistance Treaty (MLAT) Orders
Since we are governed under Canadian law, Canadian agencies can submit a General Production Order to obtain user data. All agencies outside of Canada will need to submit a Mutual Legal Assistance Treaty (MLAT) request through the proper legal authorities in order to obtain any user data from us.

For more information about the Mutual Legal Assistance Treaty (MLAT) process, please visit: mlat.info/faq

If you will be submitting a General Production Order or an Order through the Mutual Legal Assistance Treaty (MLAT) process, please feel free to include the following language in your Order:

For Users
- Subscriber data, unrestricted by date, associated to the Kik account 'USERNAME'
- IP addresses associated to the Kik account 'USERNAME' from DATE RANGE
- All transactional chat logs associated to the Kik account 'USERNAME' from DATE RANGE, or alternatively you can request for,
- Transactional chat logs between the Kik account 'USERNAME' and 'USERNAME' from DATE RANGE
- Images and videos sent and/or received between the Kik account 'USERNAME' and 'USERNAME' including the IP address associated to the sender of the images and videos from DATE RANGE, or alternatively you can request for,
- All images and videos associated to the Kik account, 'USERNAME' including the unknown usernames and IP address associated to the sender of the images and videos from DATE RANGE
- A date-stamped log showing the usernames that Kik account 'USERNAME' added and/or blocked from DATE RANGE
- All abuse reports associated to the Kik account, 'USERNAME', including the unknown usernames from DATE RANGE

For users utilizing the public group "direct message control" privacy feature:

You may request the above data for users who have hidden their usernames with the direct message control feature (ie. "anonymous users"). To identify an anonymous user, provide the following information in your order:
- Note that the subject user is an anonymous user
- Username of the person who received the messages
- Date, timestamp, time zone of text messages received from subject user



KIK's Guide

- Date, timestamp, time zone of media (photos/videos) received from subject user
- Display name of the subject user at time of chat
- Public group hashtag

**For Groups**
- Group create log including the creator's username and IP address
- Group join logs from DATE RANGE including the inviter and invitee username(s) and IP addresses
- Group leave logs from DATE RANGE including the remover and removed username(s) and IP addresses
- Group transactional chat logs from DATE RANGE including the senders' IP addresses
- Images and videos sent to the group including the sender's and receiver's usernames and IP address associated to the sender of the images and videos from [date range]
- Abuse reports from DATE RANGE including all usernames

## Emergency Disclosure Request

For emergency cases involving the <u>imminent threat of death or serious physical injury</u> to any person, we have established an Emergency Disclosure Request process to allow the release of limited basic subscriber data.

**Submitting an Emergency Disclosure Request:**
Our Emergency Disclosure Request form, (along with instructions for completing and submitting the form correctly) can be downloaded from our Resource Center at http://kik.com/lawenforcement. To ensure quick processing of your Emergency Disclosure Request, please submit the request to lawenforcement@kik.com using the email subject line "EMERGENCY DISCLOSURE REQUEST"

There is a section on our Emergency Disclosure Request form that asks for information required to disclose on a user who is using the direct message control feature (ie. where the username of the user is not available). If you are submitting an emergency disclosure request for an anonymous user's data, please ensure that these fields are completed.

Once we receive your completed form, we'll review and acknowledge receipt of your Emergency Disclosure Request. If the investigation meets our emergency criteria, we'll provide the investigating officer with a Glossary of Terms along with the data response if there is data available.

> **TIP:** Please use EMERGENCY DISCLOSURE REQUEST in the subject line of your email so that our Trust & Safety team will be notified of your request and will be able to respond to your request on an expedited basis.

**PLEASE NOTE:** We always recommend that kik users who are aware of an emergency situation immediately contact their local law enforcement agency for help.



*12*

## Preservation Requests

We understand that obtaining a judicial order occasionally takes time. If an Order isn't yet available, we may voluntarily preserve information once we receive a formal preservation request from a law enforcement agency. We accept preservation requests from any law enforcement agency globally

**Submitting a Preservation Request**
Our Preservation Request form (along with instructions for completing and submitting the form correctly) can be downloaded from our website at kik.com/law-enforcement.

There is a section on our Preservation Request form that asks for information required to preserve a user who is using the direct message control feature (ie. where the username of the user is not available). If you are submitting a preservation request for an anonymous user's data, please ensure that these fields are completed. Please note that we will not be able to identify the username of the subject user without a valid production order.

Completed Preservation Request forms can be emailed to the Trust & Safety team at lawenforcement@kik.com. Please include the words "Preservation Request" in the subject line. Once we receive your completed form, Kik will review and acknowledge receipt of the preservation request.

We'll preserve all data pursuant to a Preservation Request for a period of 90 days. You can extend your preservation for an additional 90 days by submitting a completed and valid preservation request form and emailing it to lawenforcement@kik.com approximately one week before your original request expires. Please complete a new preservation request form and check off the 'extension' box. Kik will extend the preservation for an additional 90 days, for a total of up to 180 days. If the preservation request expires, we can't confirm that data still exists in our system.

If we receive a preservation request with an invalid username, or a request that doesn't include a Kik username or valid Kik user information, unfortunately we won't be able to preserve any information. In that situation, we'll let you know, and will request an updated preservation request form with the correct information. Please see pages 4-5 for details on locating a Kik username.

## Reporting to Police

If we have reasonable grounds to believe that Kik has been used to commit a child pornography offence, we'll file a report with our local law enforcement agency.

## Impersonation Reports

Kik users are encouraged to contact our Kik Support team if they feel they are being impersonated on Kik. The Support team will investigate the report, and take action as appropriate. They may remove the profile picture from an account, and/or deactivate the impersonating account. In the event that the Kik Support team isn't able to investigate or make a determination about an impersonation report, they may recommend that the user

KIK's GUIDE

contact law enforcement for additional help. The Kik Support team can be reached at safety@kik.com.

## Charges and Conviction

Please let us know as soon as possible if the individual associated with the Kik username identified in your request is convicted of an offence that involves unlawful or inappropriate use of our products or services. By notifying us, we'll be in a position to take appropriate steps under our Terms of Service. In most (if not all) cases, we will remove the individual's account from our platform.

We also invite you to let us know if the individual is charged with an offence that involves unlawful or inappropriate use of our products or services. Upon receiving this information we'll be in a position to undertake an internal review of the individual's use of Kik and determine if removing the individual's account from our platform is warranted prior to the prosecution proceeding to court

## Contacting the Law Enforcement Team

Our team is small, and we do everything we can to ensure that we respond quickly to urgent inquiries from law enforcement. To help us do so, please direct all inbound inquiries and/or orders to the Trust & Safety team at lawenforcement@kik.com. Our system will only allow emails submitted from government agency email addresses. All non-agency email addresses are blocked.

- Our mailing address is 420 Weber St North, Suite I, Waterloo ON N2L 4E7 CANADA
- We are unable to accept inquiries by fax

> TIP: Be sure to ask your IT team to "allow" emails from our lawenforcement@kik.com email address, so our replies aren't filtered as spam.



# DE

# Report on

# KiK Emergency

# Disclosure

# Response



# ESI CONSULTING
## DIGITAL FORENSIC SERVICES

Richard D. Connor, Jr., Esq.
AccessData Certified Examiner
Certified Computer Examiner
Certified Forensic Computer Examiner
Digital Forensic Certified Practitioner
EnCase Certified Examiner







October 3, 2018

Shelly Trader Bonano

This is my Report in this matter.

**1. Items Examined**

   a.   Kik Emergency Disclosure Request Response dated May 31, 2017

**2. Examination and Analysis Performed**

   a.   Examined and analyzed data to answer client's questions.

**3. Results of Examination and Analysis**

An IP address is an Internet Protocol address assigned to devices that connect to the internet. For example, a computer or phone in a home, may connect to wifi to access the internet. The wifi access is provided by a wireless modem, and that wireless modem is assigned an ip address by the internet provider providing internet access.

Devices connected to the internet use different ports for different internet services. The remote port in the Kik data is the port used by the device to access Kik.

The chatNetwork WIFI in the Kik data indicates that the device accessed Kik via a wifi connection. The chatNetwork Mobile-LTE indicates the device connected to Kik via the device's LTE cellular connection, and not wifi. The chatNetwork Mobile-HSPA indicates the device connected to Kik via the device's HSPA cellular connection, and not wifi.

965 S ORLANDO AVE, WINTER PARK, FL 32789
407-740-7163 ◆ 407-740-5805 (FAX)
WWW.ESICONSULTINGFL.COM ◆ RICHARD@ESICONSULTINGFL.COM

Shelly Trader Bonano
October 3, 2018

It is not possible to determine the device's location from the LTE or HSPA ip addresses. It is not possible to determine the device's location from the wifi ip addresses solely from the Kik data. However, there may be external data or sources which would make it possible to determine the device's location. For example, it may be known that the ip address 76.110.46.234 was the ip address assigned to the user's home wifi modem.

UTC time ("Coordinated Universal Time") is basically Greenwich Mean Time. Florida is UTC -5 during the winter, or Eastern Standard Time. Florida is UTC -4 during the summer, or Eastern Daylight Time. For example 2017-05-01 20:59:31 UTC is 2017-05-01 16:59:31 (UTC -4) or EDT.

An analysis of the Kik data shows some patterns.
- All of the wifi access is from the same ip address, 76.110.46.234.
- Most of the wifi access is outside of business hours. Most of the wifi access is on weekends, and on weekdays after 17:00 and before 08:00.
- Much of the mobile cellular access is during business hours.
- The connections often last into the early morning, 01:00 or 02:00.
- There are 593 connections listed in the Kik data. 413 are wifi connections, and 180 are cellular connections.

The first 1½ pages are Kik account information, for example:
- Scott                   User's first name
-strader0227@yahoo.com     email address registered for account
- daddyhasafunnyface       username
- 2016-04-14 20:05:38       date account opened
- Samsung SM-G920T       dvice used to access account
- 10.7.0.6811               Kik client app version

Sincerely,

Richard D. Connor, Jr., Esq. ACE CCE CFCE DFCP EnCE



DE

KiK EMERGENCY

Disclosure

Response



# Emergency Disclosure Request Response

We have received your Emergency Disclosure Request for the Kik username listed below. We have enclosed data detailing the most basic subscriber information, and the most recent 30 days of IP addresses if available associated with the Kik username you provided. The "Timestamp (full)" timestamps in the information below are in UTC; the "Timestamp (millis)" is in Unix time (GMT). Please note that the requested data may not be available for Kik users who have been inactive for the past 30 days prior to the date of this report. We hope this information will assist you with your investigation.

**PLEASE NOTE:** A glossary of terms will be provided, which includes an explanation of the terms and data included in this response.

---

Date:    May 31, 2017

First Name:    Scott

Last Name:    (Daddy)

Email:    strader0227@yahoo.com (unconfirmed)

Username:    Daddyhasafunnyface

---

| | | |
|---|---|---|
| 2016/04/15 01:14:47 UTC | PROFILE_PIC_URL | http://profilepics.kik.com/xIN6Cio-6X5viaDiUUDfrQuKD04/orig.jpg (34453 bytes) - original MD5: 68538C30696DD965544393DD8FAD1592, scaled MD5: 273246873AAE629CD5CF2F2BE620449A |
| 2016/04/15 01:14:47 UTC | PROFILE_PIC_URL | http://profilepics.kik.com/xIN6Cio-6X5viaDiUUDfrQuKD04/thumb.jpg (4706 bytes) - original MD5: 68538C30696DD965544393DD8FAD1592, scaled MD5: 012427ECC8EF8F852A3C0FAA4E63DBFD |
| 2016/04/15 01:05:38 UTC | REGISTRATION_TIMESTAMP | 2016/04/14 20:05:38 |
| 2017/05/31 13:22:57 UTC | CLIENT_VERSION | 10.7.0.6811 |
| 2017/04/13 01:23:53 UTC | REGISTRATION_CLIENT_INFO | android-id=a4ea0c6baeacccd6 |

| Datetime | Timestamp | Device | Extra data |
|---|---|---|---|
| 2017/05/01 20:59:31 UTC | 1493672371626 | CAN | {"ip":"76.110.46.234", "remotePort":51243", "chainNetwork":"WIFI"} |
| 2017/05/01 21:03:43 UTC | 1493672625072 | CAN | {"ip":"76.110.46.234", "remotePort":45425", "chainNetwork":"WIFI"} |
| 2017/05/01 21:33:53 UTC | 1493674433543 | CAN | {"ip":"76.110.46.234", "remotePort":40522", "chainNetwork":"WIFI"} |
| 2017/05/01 22:15:54 UTC | 1493676954780 | CAN | {"ip":"76.110.46.234", "remotePort":40224", "chainNetwork":"WIFI"} |
| 2017/05/02 00:53:07 UTC | 1493686387417 | CAN | {"ip":"76.110.46.234", "remotePort":59394", "chainNetwork":"WIFI"} |
| 2017/05/02 01:18:02 UTC | 1493687882344 | CAN | {"ip":"76.110.46.234", "remotePort":47082", "chainNetwork":"WIFI"} |
| 2017/05/02 01:19:25 UTC | 1493687965242 | CAN | {"ip":"76.110.46.234", "remotePort":52107", "chainNetwork":"WIFI"} |
| 2017/05/02 01:31:00 UTC | 1493688660709 | CAN | {"ip":"76.110.46.234", "remotePort":39910", "chainNetwork":"WIFI"} |
| 2017/05/02 01:39:42 UTC | 1493689182478 | CAN | {"ip":"76.110.46.234", "remotePort":53628", "chainNetwork":"WIFI"} |
| 2017/05/02 02:03:04 UTC | 1493690584713 | CAN | {"ip":"76.110.46.234", "remotePort":38934", "chainNetwork":"WIFI"} |

2017/05/31 13:22:57 UTC USER_LOCATION                                US (tz: America/Los_Angeles, ip: 172.58.12.61)
2016/09/27 06:09:24 UTC REGISTRATION_CLIENT_INFO registrations-since-install=0
2016/09/27 06:09:24 UTC REGISTRATION_CLIENT_INFO logins-since-install=0
2016/09/27 06:09:24 UTC REGISTRATION_CLIENT_INFO install-referrer=utm_source=google-play&utm_medium=organic
2016/09/27 06:09:24 UTC REGISTRATION_CLIENT_INFO install-date=1474565635893
2017/04/13 01:23:53 UTC REGISTRATION_CLIENT_INFO version=10.7.0.6811
2017/04/13 01:23:53 UTC REGISTRATION_CLIENT_INFO prefix=CAN
2017/04/13 01:23:53 UTC REGISTRATION_CLIENT_INFO operator=310260
2017/04/13 01:23:53 UTC REGISTRATION_CLIENT_INFO model=SM-G920T
2017/04/13 01:23:53 UTC REGISTRATION_CLIENT_INFO lang=en_US
2017/04/13 01:23:53 UTC REGISTRATION_CLIENT_INFO device-type=android
2017/04/13 01:23:53 UTC REGISTRATION_CLIENT_INFO brand=samsung
2017/04/13 01:23:53 UTC REGISTRATION_CLIENT_INFO android-sdk=23

2017/05/03 05:28:36 UTC 1493789316931 CAN "ip":"76.110.46.234", "remotePort":"57868", "chainNetwork":"WIFI"

2017/05/03 05:17:52 UTC 1493788672953 CAN "ip":"76.110.46.234", "remotePort":"59671", "chainNetwork":"WIFI"

2017/05/03 04:21:47 UTC 1493785307999 CAN "ip":"76.110.46.234", "remotePort":"55289", "chainNetwork":"WIFI"

2017/05/03 03:19:01 UTC 1493781541082 CAN "ip":"76.110.46.234", "remotePort":"43757", "chainNetwork":"WIFI"

2017/05/03 02:15:08 UTC 1493777082240 CAN "ip":"76.110.46.234", "remotePort":"34303", "chainNetwork":"WIFI"

2017/05/03 01:33:52 UTC 1493775232462 CAN "ip":"76.110.46.234", "remotePort":"48578", "chainNetwork":"WIFI"

2017/05/03 00:59:43 UTC 1493773183122 CAN "ip":"172.58.14.152", "remotePort":"62040", "chainNetwork":"MOBILE-LTE"

2017/05/02 22:09:44 UTC 1493762984269 CAN "ip":"172.58.14.152", "remotePort":"24105", "chainNetwork":"MOBILE-LTE"

2017/05/02 22:08:44 UTC 1493762924797 CAN "ip":"76.110.46.234", "remotePort":"59093", "chainNetwork":"WIFI"

2017/05/02 22:08:38 UTC 1493762918886 CAN "ip":"172.58.14.152", "remotePort":"58339", "chainNetwork":"MOBILE-LTE"

2017/05/02 20:39:40 UTC 1493757580862 CAN "ip":"76.110.46.234", "remotePort":"58173", "chainNetwork":"WIFI"

2017/05/02 20:21:09 UTC 1493756469735 CAN "ip":"172.58.11.112", "remotePort":"49490", "chainNetwork":"MOBILE-LTE"

2017/05/02 19:08:51 UTC 1493752131623 CAN "ip":"172.58.11.112", "remotePort":"44795", "chainNetwork":"MOBILE-LTE"

2017/05/02 14:51:26 UTC 1493736886514 CAN "ip":"172.58.11.112", "remotePort":"54886", "chainNetwork":"MOBILE-LTE"

2017/05/02 13:28:34 UTC 1493731714452 CAN "ip":"172.58.11.112", "remotePort":"23217", "chainNetwork":"MOBILE-LTE"

2017/05/02 13:20:34 UTC 1493731234148 CAN "ip":"172.58.11.112", "remotePort":"23140", "chainNetwork":"MOBILE-LTE"

2017/05/02 12:05:41 UTC 1493726741661 CAN "ip":"172.58.11.112", "remotePort":"21106", "chainNetwork":"MOBILE-LTE"

2017/05/02 11:44:08 UTC 1493725448655 CAN "ip":"172.58.11.112", "remotePort":"56995", "chainNetwork":"MOBILE-LTE"

2017/05/02 04:22:10 UTC 1493698693020808 CAN "ip":"76.110.46.234", "remotePort":"51863", "chainNetwork":"WIFI"

2017/05/02 04:01:52 UTC 1493697172262 CAN "ip":"76.110.46.234", "remotePort":"54772", "chainNetwork":"WIFI"

2017/05/02 03:15:12 UTC 1493694912634 CAN "ip":"76.110.46.234", "remotePort":"55997", "chainNetwork":"WIFI"

2017/05/02 02:51:36 UTC 1493693496746 CAN "ip":"76.110.46.234", "remotePort":"38957", "chainNetwork":"WIFI"

2017/05/02 02:42:53 UTC 1493692973144 CAN "ip":"76.110.46.234", "remotePort":"37977", "chainNetwork":"WIFI"

2017/05/02 02:20:00 UTC 1493691600860 CAN "ip":"76.110.46.234", "remotePort":"37858", "chainNetwork":"WIFI"

2017/05/02 02:18:56 UTC 1493691536098 CAN "ip":"76.110.46.234", "remotePort":"52280", "chainNetwork":"WIFI"

4

2017/05/03 05:35:28 UTC 1493789728969 CAN "ip":"76.110.46.234", "remotePort":"37256", "chatNetwork":"WIFI"
2017/05/03 12:05:01 UTC 1493813101338 CAN "ip":"172.58.11.135", "remotePort":"62602", "chatNetwork":"MOBILE-LTE"
2017/05/03 12:58:53 UTC 1493816333556 CAN "ip":"172.58.11.135", "remotePort":"35580", "chatNetwork":"MOBILE-HSPA+"
2017/05/03 13:13:42 UTC 1493817222195 CAN "ip":"172.58.11.135", "remotePort":"57751", "chatNetwork":"MOBILE-LTE"
2017/05/03 21:34:41 UTC 1493847281501 CAN "ip":"172.58.11.135", "remotePort":"60181", "chatNetwork":"MOBILE-LTE"
2017/05/03 21:53:26 UTC 1493848406461 CAN "ip":"76.110.46.234", "remotePort":"59707", "chatNetwork":"WIFI"
2017/05/03 23:45:58 UTC 1493855158047 CAN "ip":"76.110.46.234", "remotePort":"46075", "chatNetwork":"WIFI"
2017/05/04 00:49:20 UTC 1493858960037 CAN "ip":"76.110.46.234", "remotePort":"39402", "chatNetwork":"WIFI"
2017/05/04 01:19:57 UTC 1493860797321 CAN "ip":"76.110.46.234", "remotePort":"40910", "chatNetwork":"WIFI"
2017/05/04 01:48:23 UTC 1493862503432 CAN "ip":"76.110.46.234", "remotePort":"40455", "chatNetwork":"WIFI"
2017/05/04 03:11:11 UTC 1493867471931 CAN "ip":"76.110.46.234", "remotePort":"32917", "chatNetwork":"WIFI"
2017/05/04 03:22:27 UTC 1493868147498 CAN "ip":"76.110.46.234", "remotePort":"44118", "chatNetwork":"WIFI"
2017/05/04 03:35:39 UTC 1493868939030 CAN "ip":"76.110.46.234", "remotePort":"39986", "chatNetwork":"WIFI"
2017/05/04 04:16:32 UTC 1493871392717 CAN "ip":"76.110.46.234", "remotePort":"51396", "chatNetwork":"WIFI"
2017/05/04 04:41:56 UTC 1493872916108 CAN "ip":"76.110.46.234", "remotePort":"35353", "chatNetwork":"WIFI"
2017/05/04 11:25:50 UTC 1493897150651 CAN "ip":"172.58.14.193", "remotePort":"43799", "chatNetwork":"MOBILE-LTE"
2017/05/04 11:36:03 UTC 1493897763087 CAN "ip":"172.58.14.193", "remotePort":"28461", "chatNetwork":"MOBILE-LTE"
2017/05/04 11:41:11 UTC 1493898071866 CAN "ip":"172.58.14.193", "remotePort":"43932", "chatNetwork":"MOBILE-LTE"
2017/05/04 14:30:47 UTC 1493908247920 CAN "ip":"172.58.14.193", "remotePort":"37861", "chatNetwork":"MOBILE-LTE"
2017/05/04 18:57:42 UTC 1493924262166 CAN "ip":"172.58.14.193", "remotePort":"24013", "chatNetwork":"MOBILE-LTE"
2017/05/04 20:09:02 UTC 1493928542008 CAN "ip":"172.58.14.193", "remotePort":"20500", "chatNetwork":"MOBILE-LTE"
2017/05/04 23:10:42 UTC 1493939442429 CAN "ip":"76.110.46.234", "remotePort":"55426", "chatNetwork":"WIFI"
2017/05/04 23:10:59 UTC 1493939459170 CAN "ip":"76.110.46.234", "remotePort":"45119", "chatNetwork":"WIFI"
2017/05/04 23:35:20 UTC 1493940920747 CAN "ip":"76.110.46.234", "remotePort":"47177", "chatNetwork":"WIFI"
2017/05/05 00:08:43 UTC 1493942923776 CAN "ip":"76.110.46.234", "remotePort":"34503", "chatNetwork":"WIFI"

2017/05/06 00:26:28 UTC 14940303885528 CAN "ip":"76.110.46.234","remotePort":"39351","chainNetwork":"WIFI"

2017/05/06 00:13:57 UTC 14940298637519 CAN "ip":"76.110.46.234","remotePort":"38002","chainNetwork":"WIFI"

2017/05/05 22:34:24 UTC 14940236642562 CAN "ip":"76.110.46.234","remotePort":"54878","chainNetwork":"WIFI"

2017/05/05 22:27:40 UTC 14940232560976 CAN "ip":"76.110.46.234","remotePort":"36783","chainNetwork":"WIFI"

2017/05/05 22:10:29 UTC 14940222229673 CAN "ip":"76.110.46.234","remotePort":"42256","chainNetwork":"WIFI"

2017/05/05 21:13:59 UTC 14940188839014 CAN "ip":"76.110.46.234","remotePort":"44870","chainNetwork":"WIFI"

2017/05/05 21:06:57 UTC 14940184417484 CAN "ip":"76.110.46.234","remotePort":"45759","chainNetwork":"WIFI"

2017/05/05 19:55:51 UTC 14940141515947 CAN "ip":"76.110.46.234","remotePort":"59303","chainNetwork":"WIFI"

2017/05/05 17:15:35 UTC 14940045435496 CAN "ip":"76.110.46.234","remotePort":"32810","chainNetwork":"WIFI"

2017/05/05 14:47:55 UTC 14939967575292 CAN "ip":"172.58.11.167","remotePort":"20219","chainNetwork":"MOBILE-HSPA+"

2017/05/05 14:10:24 UTC 14939934242622 CAN "ip":"172.58.11.167","remotePort":"22133","chainNetwork":"MOBILE-LTE"

2017/05/05 12:05:41 UTC 14939859594868 CAN "ip":"172.58.11.167","remotePort":"25679","chainNetwork":"MOBILE-LTE"

2017/05/05 11:40:14 UTC 14939844144464 CAN "ip":"76.110.46.234","remotePort":"50380","chainNetwork":"WIFI"

2017/05/05 04:17:53 UTC 14939578273404 CAN "ip":"76.110.46.234","remotePort":"53422","chainNetwork":"WIFI"

2017/05/05 03:27:03 UTC 14939548236819 CAN "ip":"76.110.46.234","remotePort":"37992","chainNetwork":"WIFI"

2017/05/05 03:17:52 UTC 14939542722261 CAN "ip":"76.110.46.234","remotePort":"49688","chainNetwork":"WIFI"

2017/05/05 03:11:18 UTC 14939538784149 CAN "ip":"76.110.46.234","remotePort":"54536","chainNetwork":"WIFI"

2017/05/05 02:50:49 UTC 14939526490050 CAN "ip":"76.110.46.234","remotePort":"41306","chainNetwork":"WIFI"

2017/05/05 02:48:02 UTC 14939524982867 CAN "ip":"76.110.46.234","remotePort":"60293","chainNetwork":"WIFI"

2017/05/05 02:30:36 UTC 14939514568634 CAN "ip":"76.110.46.234","remotePort":"44933","chainNetwork":"WIFI"

2017/05/05 01:21:55 UTC 14939473158474 CAN "ip":"76.110.46.234","remotePort":"52464","chainNetwork":"WIFI"

2017/05/05 01:01:41 UTC 14939461011652 CAN "ip":"76.110.46.234","remotePort":"47143","chainNetwork":"WIFI"

2017/05/05 00:52:32 UTC 14939455552545 CAN "ip":"76.110.46.234","remotePort":"33243","chainNetwork":"WIFI"

2017/05/05 00:33:11 UTC 14939443919114 CAN "ip":"76.110.46.234","remotePort":"47436","chainNetwork":"WIFI"

2017/05/05 00:26:00 UTC 14939436000908 CAN "ip":"76.110.46.234","remotePort":"52911","chainNetwork":"WIFI"

2017/05/06 01:13:50 UTC 1494033230189 CAN {"ip":"76.110.46.234","remotePort":"56526","chainNetwork":"WIFI"}

2017/05/06 01:23:32 UTC 1494033812665 CAN {"ip":"76.110.46.234","remotePort":"38698","chainNetwork":"WIFI"}

2017/05/06 01:36:13 UTC 1494034573335 CAN {"ip":"76.110.46.234","remotePort":"48240","chainNetwork":"WIFI"}

2017/05/06 03:48:03 UTC 1494042483823 CAN {"ip":"76.110.46.234","remotePort":"36058","chainNetwork":"WIFI"}

2017/05/06 03:48:52 UTC 1494042532276 CAN {"ip":"76.110.46.234","remotePort":"44997","chainNetwork":"WIFI"}

2017/05/06 04:00:21 UTC 1494043221091 CAN {"ip":"76.110.46.234","remotePort":"33968","chainNetwork":"WIFI"}

2017/05/06 04:20:26 UTC 1494044426950 CAN {"ip":"76.110.46.234","remotePort":"56393","chainNetwork":"WIFI"}

2017/05/06 04:35:55 UTC 1494045355457 CAN {"ip":"76.110.46.234","remotePort":"36118","chainNetwork":"WIFI"}

2017/05/06 13:28:58 UTC 1494077339068 CAN {"ip":"76.110.46.234","remotePort":"34678","chainNetwork":"WIFI"}

2017/05/06 14:28:42 UTC 1494080922874 CAN {"ip":"76.110.46.234","remotePort":"35913","chainNetwork":"WIFI"}

2017/05/06 17:08:50 UTC 1494090530049 CAN {"ip":"76.110.46.234","remotePort":"56113","chainNetwork":"WIFI"}

2017/05/06 17:08:56 UTC 1494090539699 CAN {"ip":"76.110.46.234","remotePort":"45425","chainNetwork":"WIFI"}

2017/05/06 17:11:25 UTC 1494090689994 CAN {"ip":"76.110.46.234","remotePort":"37728","chainNetwork":"WIFI"}

2017/05/06 17:26:24 UTC 1494091584884 CAN {"ip":"76.110.46.234","remotePort":"34666","chainNetwork":"WIFI"}

2017/05/06 17:45:03 UTC 1494092703925 CAN {"ip":"172.58.14.167","remotePort":"34424","chainNetwork":"MOBILE-LTE"}

2017/05/06 19:43:11 UTC 1494099791286 CAN {"ip":"172.58.14.167","remotePort":"52609","chainNetwork":"MOBILE-LTE"}

2017/05/06 20:57:06 UTC 1494104228698 CAN {"ip":"76.110.46.234","remotePort":"34427","chainNetwork":"WIFI"}

2017/05/06 21:44:46 UTC 1494107086024 CAN {"ip":"76.110.46.234","remotePort":"41069","chainNetwork":"WIFI"}

2017/05/06 21:45:11 UTC 1494107111057 CAN {"ip":"76.110.46.234","remotePort":"52400","chainNetwork":"WIFI"}

2017/05/06 22:11:25 UTC 1494108685395 CAN {"ip":"76.110.46.234","remotePort":"51637","chainNetwork":"WIFI"}

2017/05/06 22:28:38 UTC 1494109718781 CAN {"ip":"76.110.46.234","remotePort":"59642","chainNetwork":"WIFI"}

2017/05/06 22:36:36 UTC 1494110196255 CAN {"ip":"76.110.46.234","remotePort":"35094","chainNetwork":"WIFI"}

2017/05/06 22:45:40 UTC 1494110740552 CAN {"ip":"76.110.46.234","remotePort":"43294","chainNetwork":"WIFI"}

2017/05/06 23:23:14 UTC 1494112994401 CAN {"ip":"76.110.46.234","remotePort":"53291","chainNetwork":"WIFI"}

2017/05/06 23:53:49 UTC 1494114822684 CAN {"ip":"76.110.46.234","remotePort":"57521","chainNetwork":"WIFI"}

2017/05/08 03:18:56 UTC 1494213539690 CAN "ip":"76.110.46.234", "remotePort":46444", "chainNetwork":"WIFI",

2017/05/08 02:39:00 UTC 1494211140807 CAN "ip":"76.110.46.234", "remotePort":42892", "chainNetwork":"WIFI",

2017/05/08 02:22:49 UTC 1494210169437 CAN "ip":"76.110.46.234", "remotePort":36814", "chainNetwork":"WIFI",

2017/05/08 01:50:28 UTC 1494208228239 CAN "ip":"76.110.46.234", "remotePort":60643", "chainNetwork":"WIFI",

2017/05/08 01:11:43 UTC 1494205903228 CAN "ip":"76.110.46.234", "remotePort":50269", "chainNetwork":"WIFI",

2017/05/08 00:36:54 UTC 1494203814991 CAN "ip":"76.110.46.234", "remotePort":45641", "chainNetwork":"WIFI",

2017/05/08 00:16:51 UTC 1494202611818 CAN "ip":"76.110.46.234", "remotePort":53815", "chainNetwork":"WIFI",

2017/05/07 20:24:52 UTC 1494188692825 CAN "ip":"76.110.46.234", "remotePort":43503", "chainNetwork":"WIFI",

2017/05/07 19:57:41 UTC 1494187061049 CAN "ip":"76.110.46.234", "remotePort":37122", "chainNetwork":"WIFI",

2017/05/07 19:48:35 UTC 1494186515775 CAN "ip":"76.110.46.234", "remotePort":34809", "chainNetwork":"WIFI",

2017/05/07 19:41:05 UTC 1494186065514 CAN "ip":"76.110.46.234", "remotePort":33049", "chainNetwork":"WIFI",

2017/05/07 18:20:13 UTC 1494181213112 CAN "ip":"76.110.46.234", "remotePort":37955", "chainNetwork":"WIFI",

2017/05/07 17:43:58 UTC 1494179038532 CAN "ip":"76.110.46.234", "remotePort":42384", "chainNetwork":"WIFI",

2017/05/07 07:05:56 UTC 1494140756453 CAN "ip":"76.110.46.234", "remotePort":33350", "chainNetwork":"WIFI",

2017/05/07 06:55:25 UTC 1494140125378 CAN "ip":"76.110.46.234", "remotePort":46392", "chainNetwork":"WIFI",

2017/05/07 05:53:30 UTC 1494136410979 CAN "ip":"76.110.46.234", "remotePort":60307", "chainNetwork":"WIFI",

2017/05/07 05:35:24 UTC 1494135324502 CAN "ip":"76.110.46.234", "remotePort":45984", "chainNetwork":"WIFI",

2017/05/07 04:41:23 UTC 1494132083583 CAN "ip":"76.110.46.234", "remotePort":60775", "chainNetwork":"WIFI",

2017/05/07 04:35:11 UTC 1494131711685 CAN "ip":"76.110.46.234", "remotePort":52306", "chainNetwork":"WIFI",

2017/05/07 03:09:14 UTC 1494126554073 CAN "ip":"76.110.46.234", "remotePort":58189", "chainNetwork":"WIFI",

2017/05/07 02:48:57 UTC 1494125337240 CAN "ip":"76.110.46.234", "remotePort":52565", "chainNetwork":"WIFI",

2017/05/07 01:59:02 UTC 1494122342993 CAN "ip":"76.110.46.234", "remotePort":48690", "chainNetwork":"WIFI",

2017/05/07 01:02:10 UTC 1494118930479 CAN "ip":"76.110.46.234", "remotePort":50856", "chainNetwork":"WIFI",

2017/05/07 00:16:52 UTC 1494116212617 CAN "ip":"76.110.46.234", "remotePort":35844", "chainNetwork":"WIFI",

2017/05/06 23:58:50 UTC 1494115130786 CAN "ip":"76.110.46.234", "remotePort":44804", "chainNetwork":"WIFI",

2017/05/09 04:32:08 UTC 1494304326966 CAN "ip":"76.110.46.234", "remotePort":"38888", "chainNetwork":"WIFI"

2017/05/09 03:40:47 UTC 1494301247255 CAN "ip":"76.110.46.234", "remotePort":"47631", "chainNetwork":"WIFI"

2017/05/09 03:38:07 UTC 1494301087219 CAN "ip":"76.110.46.234", "remotePort":"51343", "chainNetwork":"WIFI"

2017/05/09 02:23:31 UTC 1494296611730 CAN "ip":"76.110.46.234", "remotePort":"40231", "chainNetwork":"WIFI"

2017/05/09 02:13:11 UTC 1494295991892 CAN "ip":"76.110.46.234", "remotePort":"46650", "chainNetwork":"WIFI"

2017/05/09 02:10:39 UTC 1494295839225 CAN "ip":"76.110.46.234", "remotePort":"39963", "chainNetwork":"WIFI"

2017/05/09 01:14:15 UTC 1494292455341 CAN "ip":"76.110.46.234", "remotePort":"34234", "chainNetwork":"WIFI"

2017/05/09 01:14:03 UTC 1494292443754 CAN "ip":"76.110.46.234", "remotePort":"56644", "chainNetwork":"WIFI"

2017/05/09 01:02:54 UTC 1494291773206 CAN "ip":"76.110.46.234", "remotePort":"57009", "chainNetwork":"WIFI"

2017/05/09 00:52:01 UTC 1494291121194 CAN "ip":"76.110.46.234", "remotePort":"55423", "chainNetwork":"WIFI"

2017/05/09 00:00:43 UTC 1494288043131 CAN "ip":"76.110.46.234", "remotePort":"58553", "chainNetwork":"WIFI"

2017/05/08 23:06:49 UTC 1494284809452 CAN "ip":"76.110.46.234", "remotePort":"54487", "chainNetwork":"WIFI"

2017/05/08 22:00:24 UTC 1494280824116 CAN "ip":"76.110.46.234", "remotePort":"54992", "chainNetwork":"WIFI"

2017/05/08 19:44:30 UTC 1494272672006 CAN "ip":"172.58.15.62", "remotePort":"51985", "chainNetwork":"MOBILE-LTE"

2017/05/08 19:13:56 UTC 1494270836543 CAN "ip":"172.58.15.62", "remotePort":"26371", "chainNetwork":"MOBILE-LTE"

2017/05/08 19:05:47 UTC 1494270347355 CAN "ip":"76.110.46.234", "remotePort":"51294", "chainNetwork":"WIFI"

2017/05/08 16:39:58 UTC 1494261598888 CAN "ip":"172.58.15.62", "remotePort":"38410", "chainNetwork":"MOBILE-LTE"

2017/05/08 15:57:40 UTC 1494259060884 CAN "ip":"76.110.46.234", "remotePort":"50483", "chainNetwork":"WIFI"

2017/05/08 15:49:56 UTC 1494258596906 CAN "ip":"172.58.15.62", "remotePort":"49637", "chainNetwork":"MOBILE-LTE"

2017/05/08 14:40:12 UTC 1494254412740 CAN "ip":"172.58.15.62", "remotePort":"56636", "chainNetwork":"MOBILE-LTE"

2017/05/08 14:19:33 UTC 1494253173609 CAN "ip":"172.58.15.62", "remotePort":"50005", "chainNetwork":"MOBILE-LTE"

2017/05/08 11:52:01 UTC 1494244321580 CAN "ip":"172.58.15.62", "remotePort":"19633", "chainNetwork":"MOBILE-LTE"

2017/05/08 05:28:11 UTC 1494221291231 CAN "ip":"76.110.46.234", "remotePort":"33050", "chainNetwork":"WIFI"

2017/05/08 05:23:15 UTC 1494220995354 CAN "ip":"172.58.14.151", "remotePort":"24848", "chainNetwork":"MOBILE-LTE"

2017/05/08 04:52:30 UTC 1494219150088 CAN "ip":"76.110.46.234", "remotePort":"39098", "chainNetwork":"WIFI"

2017/05/10 03:05:54 UTC 1494385554195 CAN "ip":"76.110.46.234", "remotePort":41214", "chainNetwork":"WIFI"

2017/05/10 02:57:36 UTC 1494385056985 CAN "ip":"76.110.46.234", "remotePort":58572", "chainNetwork":"WIFI"

2017/05/10 02:28:52 UTC 1494383333060 CAN "ip":"76.110.46.234", "remotePort":56276", "chainNetwork":"WIFI"

2017/05/10 02:00:08 UTC 1494381669978 CAN "ip":"76.110.46.234", "remotePort":43658", "chainNetwork":"WIFI"

2017/05/10 01:57:16 UTC 1494381436079 CAN "ip":"76.110.46.234", "remotePort":35686", "chainNetwork":"WIFI"

2017/05/09 23:02:18 UTC 1494370938060 CAN "ip":"76.110.46.234", "remotePort":56179", "chainNetwork":"WIFI"

2017/05/09 22:55:49 UTC 1494370549187 CAN "ip":"76.110.46.234", "remotePort":41097", "chainNetwork":"WIFI"

2017/05/09 22:08:57 UTC 1494367737423 CAN "ip":"76.110.46.234", "remotePort":58272", "chainNetwork":"WIFI"

2017/05/09 21:51:41 UTC 1494367019031 CAN "ip":"76.110.46.234", "remotePort":59423", "chainNetwork":"WIFI"

2017/05/09 21:51:37 UTC 1494366997682 CAN "ip":"76.110.46.234", "remotePort":45522", "chainNetwork":"WIFI"

2017/05/09 21:30:30 UTC 1494365430939 CAN "ip":"172.58.15.43", "remotePort":33931", "chainNetwork":"MOBILE-LTE"

2017/05/09 21:00:46 UTC 1494364646523 CAN "ip":"172.58.15.43", "remotePort":46467", "chainNetwork":"MOBILE-LTE"

2017/05/09 20:01:33 UTC 1494360093325 CAN "ip":"172.58.15.43", "remotePort":24768", "chainNetwork":"MOBILE-LTE"

2017/05/09 19:48:00 UTC 1494359280142 CAN "ip":"172.58.15.43", "remotePort":42099", "chainNetwork":"MOBILE-HSPA+"

2017/05/09 19:47:57 UTC 1494359277014 CAN "ip":"172.58.15.43", "remotePort":20834", "chainNetwork":"MOBILE-LTE"

2017/05/09 18:30:32 UTC 1494354632180 CAN "ip":"172.58.15.43", "remotePort":48127", "chainNetwork":"MOBILE-LTE"

2017/05/09 16:19:56 UTC 1494346796097 CAN "ip":"172.58.15.43", "remotePort":38905", "chainNetwork":"MOBILE-LTE"

2017/05/09 14:31:00 UTC 1494340260961 CAN "ip":"172.58.15.43", "remotePort":54146", "chainNetwork":"MOBILE-LTE"

2017/05/09 12:53:10 UTC 1494334309177 CAN "ip":"172.58.15.43", "remotePort":20519", "chainNetwork":"MOBILE-LTE"

2017/05/09 12:43:38 UTC 1494333818604 CAN "ip":"172.58.15.43", "remotePort":27259", "chainNetwork":"MOBILE-LTE"

2017/05/09 12:07:27 UTC 1494331647029 CAN "ip":"172.58.15.43", "remotePort":62148", "chainNetwork":"MOBILE-LTE"

2017/05/09 11:33:35 UTC 1494329615070 CAN "ip":"172.58.15.43", "remotePort":39568", "chainNetwork":"MOBILE-LTE"

2017/05/09 06:04:10 UTC 1494309860970 CAN "ip":"76.110.46.234", "remotePort":40531", "chainNetwork":"WIFI"

2017/05/09 04:34:02 UTC 1494304442037 CAN "ip":"76.110.46.234", "remotePort":32770", "chainNetwork":"WIFI"

2017/05/09 04:32:27 UTC 1494304347845 CAN "ip":"76.110.46.234", "remotePort":35751", "chainNetwork":"WIFI"

2017/05/11 22:16:47 UTC 1494541007567 CAN "ip":"76.110.46.234", "remotePort":"40596", "chainNetwork":"WIFI"

2017/05/11 12:04:57 UTC 1494504297633 CAN "ip":"172.58.11.239", "remotePort":"63751", "chainNetwork":"MOBILE-LTE"

2017/05/11 12:03:28 UTC 1494504208055 CAN "ip":"172.58.11.239", "remotePort":"52080", "chainNetwork":"MOBILE-LTE"

2017/05/11 06:56:11 UTC 1494485771266 CAN "ip":"76.110.46.234", "remotePort":"45880", "chainNetwork":"WIFI"

2017/05/11 03:03:31 UTC 1494471817567 CAN "ip":"76.110.46.234", "remotePort":"37483", "chainNetwork":"WIFI"

2017/05/11 02:22:30 UTC 1494469350314 CAN "ip":"76.110.46.234", "remotePort":"57733", "chainNetwork":"WIFI"

2017/05/11 01:57:12 UTC 1494467832724 CAN "ip":"76.110.46.234", "remotePort":"59298", "chainNetwork":"WIFI"

2017/05/11 01:03:52 UTC 1494464632088 CAN "ip":"76.110.46.234", "remotePort":"36069", "chainNetwork":"WIFI"

2017/05/11 00:37:08 UTC 1494463028252 CAN "ip":"76.110.46.234", "remotePort":"54185", "chainNetwork":"WIFI"

2017/05/11 00:31:48 UTC 1494462708630 CAN "ip":"76.110.46.234", "remotePort":"37809", "chainNetwork":"WIFI"

2017/05/10 23:57:36 UTC 1494460656405 CAN "ip":"76.110.46.234", "remotePort":"57857", "chainNetwork":"WIFI"

2017/05/10 23:35:54 UTC 1494459354016 CAN "ip":"76.110.46.234", "remotePort":"34032", "chainNetwork":"WIFI"

2017/05/10 23:00:33 UTC 1494457233577 CAN "ip":"76.110.46.234", "remotePort":"35883", "chainNetwork":"WIFI"

2017/05/10 22:47:00 UTC 1494456420537 CAN "ip":"76.110.46.234", "remotePort":"43751", "chainNetwork":"WIFI"

2017/05/10 22:10:17 UTC 1494454217975 CAN "ip":"76.110.46.234", "remotePort":"50148", "chainNetwork":"WIFI"

2017/05/10 20:40:20 UTC 1494448820949 CAN "ip":"76.110.46.234", "remotePort":"42168", "chainNetwork":"WIFI"

2017/05/10 20:24:42 UTC 1494447882929 CAN "ip":"172.58.12.179", "remotePort":"63555", "chainNetwork":"MOBILE-LTE"

2017/05/10 19:34:38 UTC 1494444878744 CAN "ip":"172.58.12.179", "remotePort":"65502", "chainNetwork":"MOBILE-LTE"

2017/05/10 19:26:05 UTC 1494444365730 CAN "ip":"172.58.12.179", "remotePort":"32770", "chainNetwork":"MOBILE-LTE"

2017/05/10 18:01:07 UTC 1494439267584 CAN "ip":"172.58.12.179", "remotePort":"64779", "chainNetwork":"MOBILE-LTE"

2017/05/10 12:59:04 UTC 1494421144522 CAN "ip":"172.58.12.179", "remotePort":"22126", "chainNetwork":"MOBILE-LTE"

2017/05/10 11:20:58 UTC 1494415256401 CAN "ip":"172.58.12.179", "remotePort":"16996", "chainNetwork":"MOBILE-LTE"

2017/05/10 11:08:24 UTC 1494414504702 CAN "ip":"76.110.46.234", "remotePort":"35799", "chainNetwork":"WIFI"

2017/05/10 04:14:49 UTC 1494389969830 CAN "ip":"76.110.46.234", "remotePort":"59313", "chainNetwork":"WIFI"

2017/05/10 03:53:06 UTC 1494388386711 CAN "ip":"76.110.46.234", "remotePort":"54436", "chainNetwork":"WIFI"

2017/05/13 01:47:03 UTC 1494640023082 CAN {"ip":"76.110.46.234","remotePort":40848,"chainNetwork":"WIFI"}

2017/05/12 22:50:05 UTC 1494629405767 CAN {"ip":"76.110.46.234","remotePort":44537,"chainNetwork":"WIFI"}

2017/05/12 21:49:28 UTC 1494625768696 CAN {"ip":"76.110.46.234","remotePort":54767,"chainNetwork":"WIFI"}

2017/05/12 21:42:00 UTC 1494625320735 CAN {"ip":"76.110.46.234","remotePort":57520,"chainNetwork":"WIFI"}

2017/05/12 20:21:29 UTC 1494620489177 CAN {"ip":"172.58.11.92","remotePort":18460,"chainNetwork":"MOBILE-LTE"}

2017/05/12 20:20:59 UTC 1494620459419 CAN {"ip":"172.58.11.92","remotePort":26510,"chainNetwork":"MOBILE-LTE"}

2017/05/12 20:02:08 UTC 1494619328733 CAN {"ip":"172.58.11.92","remotePort":55711,"chainNetwork":"MOBILE-LTE"}

2017/05/12 16:49:56 UTC 1494607796373 CAN {"ip":"172.58.11.92","remotePort":47334,"chainNetwork":"MOBILE-LTE"}

2017/05/12 15:28:50 UTC 1494602930083 CAN {"ip":"172.58.11.92","remotePort":52023,"chainNetwork":"MOBILE-LTE"}

2017/05/12 12:51:52 UTC 1494593512716 CAN {"ip":"172.58.11.92","remotePort":40868,"chainNetwork":"MOBILE-LTE"}

2017/05/12 12:38:49 UTC 1494592729128 CAN {"ip":"172.58.11.92","remotePort":62174,"chainNetwork":"MOBILE-LTE"}

2017/05/12 11:44:42 UTC 1494589482122 CAN {"ip":"172.58.11.92","remotePort":25059,"chainNetwork":"MOBILE-LTE"}

2017/05/12 04:28:58 UTC 1494563388858 CAN {"ip":"76.110.46.234","remotePort":34746,"chainNetwork":"WIFI"}

2017/05/12 04:28:49 UTC 1494563329057 CAN {"ip":"76.110.46.234","remotePort":44085,"chainNetwork":"WIFI"}

2017/05/12 02:17:39 UTC 1494555459566 CAN {"ip":"76.110.46.234","remotePort":56444,"chainNetwork":"WIFI"}

2017/05/12 02:16:21 UTC 1494555381233 CAN {"ip":"76.110.46.234","remotePort":47484,"chainNetwork":"WIFI"}

2017/05/12 02:09:26 UTC 1494554966590 CAN {"ip":"76.110.46.234","remotePort":38540,"chainNetwork":"WIFI"}

2017/05/12 02:00:47 UTC 1494554447637 CAN {"ip":"76.110.46.234","remotePort":45493,"chainNetwork":"WIFI"}

2017/05/12 02:00:04 UTC 1494554404791 CAN {"ip":"76.110.46.234","remotePort":41127,"chainNetwork":"WIFI"}

2017/05/12 01:59:05 UTC 1494554345062 CAN {"ip":"76.110.46.234","remotePort":47509,"chainNetwork":"WIFI"}

2017/05/12 01:46:51 UTC 1494553611651 CAN {"ip":"76.110.46.234","remotePort":51453,"chainNetwork":"WIFI"}

2017/05/12 01:41:27 UTC 1494553287417 CAN {"ip":"76.110.46.234","remotePort":50982,"chainNetwork":"WIFI"}

2017/05/12 01:24:06 UTC 1494552246165 CAN {"ip":"76.110.46.234","remotePort":37150,"chainNetwork":"WIFI"}

2017/05/12 00:34:00 UTC 1494549240067 CAN {"ip":"76.110.46.234","remotePort":39851,"chainNetwork":"WIFI"}

2017/05/12 00:33:24 UTC 1494549204233 CAN {"ip":"76.110.46.234","remotePort":42107,"chainNetwork":"WIFI"}

2017/05/13 02:09:17 UTC 1494641357611 CAN "ip":"76.110.46.234", "remotePort":"37136", "chainNetwork":"WIFI"
2017/05/13 03:11:04 UTC 1494645064873 CAN "ip":"76.110.46.234", "remotePort":"52870", "chainNetwork":"WIFI"
2017/05/13 03:11:58 UTC 1494645119833 CAN "ip":"76.110.46.234", "remotePort":"40864", "chainNetwork":"WIFI"
2017/05/13 03:58:52 UTC 1494647932609 CAN "ip":"76.110.46.234", "remotePort":"52952", "chainNetwork":"WIFI"
2017/05/13 11:06:57 UTC 1494673617444 CAN "ip":"76.110.46.234", "remotePort":"50117", "chainNetwork":"WIFI"
2017/05/13 11:26:53 UTC 1494674813914 CAN "ip":"172.58.12.129", "remotePort":"32999", "chainNetwork":"MOBILE-LTE"
2017/05/13 15:33:29 UTC 1494689090936 CAN "ip":"172.58.12.129", "remotePort":"53761", "chainNetwork":"MOBILE-LTE"
2017/05/13 16:56:06 UTC 1494694508823 CAN "ip":"172.58.12.129", "remotePort":"55799", "chainNetwork":"MOBILE-LTE"
2017/05/13 19:28:42 UTC 1494703722285 CAN "ip":"76.110.46.234", "remotePort":"41855", "chainNetwork":"WIFI"
2017/05/13 21:00:49 UTC 1494709249498 CAN "ip":"76.110.46.234", "remotePort":"50531", "chainNetwork":"WIFI"
2017/05/13 21:12:40 UTC 1494709860822 CAN "ip":"172.58.11.63", "remotePort":"41164", "chainNetwork":"MOBILE-LTE"
2017/05/14 02:57:44 UTC 1494730664411 CAN "ip":"76.110.46.234", "remotePort":"50614", "chainNetwork":"WIFI"
2017/05/14 03:16:27 UTC 1494731787979 CAN "ip":"76.110.46.234", "remotePort":"55058", "chainNetwork":"WIFI"
2017/05/14 04:30:55 UTC 1494736255158 CAN "ip":"76.110.46.234", "remotePort":"54491", "chainNetwork":"WIFI"
2017/05/14 06:46:46 UTC 1494744406653 CAN "ip":"172.58.12.39", "remotePort":"22104", "chainNetwork":"MOBILE-LTE"
2017/05/14 06:53:33 UTC 1494744818414 CAN "ip":"76.110.46.234", "remotePort":"60006", "chainNetwork":"WIFI"
2017/05/14 14:35:44 UTC 1494772544703 CAN "ip":"76.110.46.234", "remotePort":"44621", "chainNetwork":"WIFI"
2017/05/14 15:23:26 UTC 1494775406483 CAN "ip":"76.110.46.234", "remotePort":"56680", "chainNetwork":"WIFI"
2017/05/14 15:57:00 UTC 1494777420171 CAN "ip":"76.110.46.234", "remotePort":"33137", "chainNetwork":"WIFI"
2017/05/14 16:29:26 UTC 1494779368848 CAN "ip":"76.110.46.234", "remotePort":"37568", "chainNetwork":"WIFI"
2017/05/14 16:42:29 UTC 1494780149270 CAN "ip":"76.110.46.234", "remotePort":"50606", "chainNetwork":"WIFI"
2017/05/14 16:49:01 UTC 1494780541005 CAN "ip":"76.110.46.234", "remotePort":"55941", "chainNetwork":"WIFI"
2017/05/14 17:32:35 UTC 1494783155121 CAN "ip":"76.110.46.234", "remotePort":"42300", "chainNetwork":"WIFI"
2017/05/14 18:03:59 UTC 1494785039218 CAN "ip":"76.110.46.234", "remotePort":"38970", "chainNetwork":"WIFI"
2017/05/14 18:04:46 UTC 1494785086841 CAN "ip":"76.110.46.234", "remotePort":"35709", "chainNetwork":"WIFI"

2017/05/15 14:24:33 UTC 1494858273958 CAN "ip":"172.58.14.226","remotePort":19019","chainNetwork":"MOBILE-LTE"

2017/05/15 13:39:54 UTC 1494855594425 CAN "ip":"172.58.14.226","remotePort":30362","chainNetwork":"MOBILE-LTE"

2017/05/15 11:40:21 UTC 1494848421069 CAN "ip":"172.58.14.226","remotePort":32088","chainNetwork":"MOBILE-LTE"

2017/05/15 11:34:30 UTC 1494848070406 CAN "ip":"172.58.14.226","remotePort":56383","chainNetwork":"MOBILE-LTE"

2017/05/15 06:05:48 UTC 1494828348830 CAN "ip":"76.110.46.234","remotePort":53901","chainNetwork":"WIFI"

2017/05/15 04:10:12 UTC 1494821412296 CAN "ip":"76.110.46.234","remotePort":56939","chainNetwork":"WIFI"

2017/05/15 04:03:44 UTC 1494821024085 CAN "ip":"76.110.46.234","remotePort":45111","chainNetwork":"WIFI"

2017/05/15 04:00:48 UTC 1494820848494 CAN "ip":"76.110.46.234","remotePort":37310","chainNetwork":"WIFI"

2017/05/15 03:37:04 UTC 1494819424031 CAN "ip":"76.110.46.234","remotePort":57749","chainNetwork":"WIFI"

2017/05/15 02:58:08 UTC 1494817088438 CAN "ip":"76.110.46.234","remotePort":54381","chainNetwork":"WIFI"

2017/05/15 02:37:38 UTC 1494815858114 CAN "ip":"76.110.46.234","remotePort":38047","chainNetwork":"WIFI"

2017/05/15 02:32:34 UTC 1494815555897 CAN "ip":"76.110.46.234","remotePort":51847","chainNetwork":"WIFI"

2017/05/15 02:17:01 UTC 1494814621067 CAN "ip":"76.110.46.234","remotePort":39029","chainNetwork":"WIFI"

2017/05/15 01:45:25 UTC 1494812725056 CAN "ip":"76.110.46.234","remotePort":59220","chainNetwork":"WIFI"

2017/05/15 01:39:35 UTC 1494812375635 CAN "ip":"76.110.46.234","remotePort":45381","chainNetwork":"WIFI"

2017/05/15 01:31:42 UTC 1494811902648 CAN "ip":"76.110.46.234","remotePort":58410","chainNetwork":"WIFI"

2017/05/15 00:53:07 UTC 1494809587673 CAN "ip":"76.110.46.234","remotePort":55658","chainNetwork":"WIFI"

2017/05/14 21:21:35 UTC 1494796896630 CAN "ip":"172.58.11.146","remotePort":24264","chainNetwork":"MOBILE-LTE"

2017/05/14 19:34:34 UTC 1494790474821 CAN "ip":"76.110.46.234","remotePort":44720","chainNetwork":"WIFI"

2017/05/14 19:34:00 UTC 1494790440077 CAN "ip":"172.58.11.51","remotePort":29624","chainNetwork":"MOBILE-LTE"

2017/05/14 19:29:56 UTC 1494790196961 CAN "ip":"76.110.46.234","remotePort":45758","chainNetwork":"WIFI"

2017/05/14 19:12:18 UTC 1494789138101 CAN "ip":"76.110.46.234","remotePort":51867","chainNetwork":"WIFI"

2017/05/14 18:54:40 UTC 1494788080116 CAN "ip":"76.110.46.234","remotePort":42559","chainNetwork":"WIFI"

2017/05/14 18:53:12 UTC 1494787992669 CAN "ip":"76.110.46.234","remotePort":35782","chainNetwork":"WIFI"

2017/05/14 18:31:34 UTC 1494786694583 CAN "ip":"76.110.46.234","remotePort":39484","chainNetwork":"WIFI"

2017/05/15 19:25:48 UTC 1494787634802 CAN {"ip":"172.58.14.226", "remotePort":"60856", "chainNetwork":"MOBILE-LTE"}

2017/05/15 20:02:10 UTC 1494787830040 CAN {"ip":"172.58.14.226", "remotePort":"34441", "chainNetwork":"MOBILE-LTE"}

2017/05/15 20:02:16 UTC 1494787836520 CAN {"ip":"172.58.14.226", "remotePort":"52459", "chainNetwork":"MOBILE-LTE"}

2017/05/15 20:49:49 UTC 1494881389492 CAN {"ip":"172.58.14.226", "remotePort":"38652", "chainNetwork":"MOBILE-LTE"}

2017/05/15 21:08:20 UTC 1494882500777 CAN {"ip":"76.110.46.234", "remotePort":"54046", "chainNetwork":"WIFI"}

2017/05/15 21:27:05 UTC 1494883626089 CAN {"ip":"76.110.46.234", "remotePort":"56421", "chainNetwork":"WIFI"}

2017/05/15 21:52:33 UTC 1494885153327 CAN {"ip":"76.110.46.234", "remotePort":"57975", "chainNetwork":"WIFI"}

2017/05/15 22:01:46 UTC 1494885706647 CAN {"ip":"172.58.14.226", "remotePort":"50223", "chainNetwork":"MOBILE-LTE"}

2017/05/15 23:12:56 UTC 1494889766828 CAN {"ip":"172.58.14.226", "remotePort":"31865", "chainNetwork":"MOBILE-LTE"}

2017/05/15 23:24:57 UTC 1494890697260 CAN {"ip":"76.110.46.234", "remotePort":"46488", "chainNetwork":"WIFI"}

2017/05/16 00:15:47 UTC 1494893747884 CAN {"ip":"76.110.46.234", "remotePort":"42853", "chainNetwork":"WIFI"}

2017/05/16 00:43:11 UTC 1494895391063 CAN {"ip":"76.110.46.234", "remotePort":"51781", "chainNetwork":"WIFI"}

2017/05/16 01:57:41 UTC 1494899881850 CAN {"ip":"76.110.46.234", "remotePort":"54501", "chainNetwork":"WIFI"}

2017/05/16 01:59:29 UTC 1494899969897 CAN {"ip":"76.110.46.234", "remotePort":"35690", "chainNetwork":"WIFI"}

2017/05/16 02:01:25 UTC 1494900085277 CAN {"ip":"76.110.46.234", "remotePort":"59624", "chainNetwork":"WIFI"}

2017/05/16 02:02:25 UTC 1494900145401 CAN {"ip":"76.110.46.234", "remotePort":"40031", "chainNetwork":"WIFI"}

2017/05/16 02:31:14 UTC 1494901874847 CAN {"ip":"76.110.46.234", "remotePort":"52150", "chainNetwork":"WIFI"}

2017/05/16 03:18:30 UTC 1494904710308 CAN {"ip":"76.110.46.234", "remotePort":"43185", "chainNetwork":"WIFI"}

2017/05/16 03:20:50 UTC 1494904850349 CAN {"ip":"76.110.46.234", "remotePort":"59315", "chainNetwork":"WIFI"}

2017/05/16 04:21:33 UTC 1494908493079 CAN {"ip":"76.110.46.234", "remotePort":"44436", "chainNetwork":"WIFI"}

2017/05/16 04:22:27 UTC 1494908547482 CAN {"ip":"76.110.46.234", "remotePort":"54483", "chainNetwork":"WIFI"}

2017/05/16 04:39:19 UTC 1494909559243 CAN {"ip":"76.110.46.234", "remotePort":"41507", "chainNetwork":"WIFI"}

2017/05/16 11:25:49 UTC 1494933949352 CAN {"ip":"172.58.14.247", "remotePort":"46504", "chainNetwork":"MOBILE-LTE"}

2017/05/16 11:25:57 UTC 1494933957435 CAN {"ip":"172.58.14.247", "remotePort":"35207", "chainNetwork":"MOBILE-LTE"}

2017/05/16 13:06:42 UTC 1494940002134 CAN {"ip":"172.58.14.247", "remotePort":"40093", "chainNetwork":"MOBILE-LTE"}

2017/05/17 15:18:25 UTC 1495034305875 CAN "ip":"172.58.11.91", "remotePort":"36631", "chainNetwork":"MOBILE-LTE"

2017/05/17 12:49:24 UTC 1495025364215 CAN "ip":"172.58.11.91", "remotePort":"28545", "chainNetwork":"MOBILE-LTE"

2017/05/17 12:28:59 UTC 1495024139267 CAN "ip":"76.110.46.234", "remotePort":"33890", "chainNetwork":"WIFI"

2017/05/17 04:45:20 UTC 1494996520219 CAN "ip":"76.110.46.234", "remotePort":"38161", "chainNetwork":"WIFI"

2017/05/17 04:19:40 UTC 1494994780474 CAN "ip":"76.110.46.234", "remotePort":"36001", "chainNetwork":"WIFI"

2017/05/17 04:19:30 UTC 1494994770087 CAN "ip":"172.58.11.38", "remotePort":"64975", "chainNetwork":"MOBILE-LTE"

2017/05/17 04:17:36 UTC 1494994656533 CAN "ip":"76.110.46.234", "remotePort":"50581", "chainNetwork":"WIFI"

2017/05/17 04:06:00 UTC 1494993960079 CAN "ip":"76.110.46.234", "remotePort":"41706", "chainNetwork":"WIFI"

2017/05/17 04:01:52 UTC 1494993712876 CAN "ip":"76.110.46.234", "remotePort":"42888", "chainNetwork":"WIFI"

2017/05/17 03:17:08 UTC 1494991028976 CAN "ip":"76.110.46.234", "remotePort":"55647", "chainNetwork":"WIFI"

2017/05/17 02:53:49 UTC 1494989629218 CAN "ip":"76.110.46.234", "remotePort":"58064", "chainNetwork":"WIFI"

2017/05/17 01:40:22 UTC 1494985222734 CAN "ip":"76.110.46.234", "remotePort":"35370", "chainNetwork":"WIFI"

2017/05/17 01:15:54 UTC 1494983754892 CAN "ip":"76.110.46.234", "remotePort":"49738", "chainNetwork":"WIFI"

2017/05/17 00:45:37 UTC 1494981937153 CAN "ip":"76.110.46.234", "remotePort":"33711", "chainNetwork":"WIFI"

2017/05/17 00:33:40 UTC 1494981220488 CAN "ip":"76.110.46.234", "remotePort":"56199", "chainNetwork":"WIFI"

2017/05/17 00:01:18 UTC 1494979278801 CAN "ip":"76.110.46.234", "remotePort":"50612", "chainNetwork":"WIFI"

2017/05/16 23:30:12 UTC 1494977741935 CAN "ip":"172.58.12.35", "remotePort":"35389", "chainNetwork":"MOBILE-LTE"

2017/05/16 22:18:21 UTC 1494973101134 CAN "ip":"76.110.46.234", "remotePort":"41067", "chainNetwork":"WIFI"

2017/05/16 21:26:14 UTC 1494969974249 CAN "ip":"76.110.46.234", "remotePort":"36658", "chainNetwork":"WIFI"

2017/05/16 18:06:00 UTC 1494957967778 CAN "ip":"172.58.14.247", "remotePort":"48414", "chainNetwork":"MOBILE-LTE"

2017/05/16 17:55:27 UTC 1494957327923 CAN "ip":"172.58.14.247", "remotePort":"37842", "chainNetwork":"MOBILE-LTE"

2017/05/16 16:37:18 UTC 1494952638652 CAN "ip":"172.58.14.247", "remotePort":"35492", "chainNetwork":"MOBILE-LTE"

2017/05/16 16:29:04 UTC 1494952144832 CAN "ip":"172.58.14.247", "remotePort":"32552", "chainNetwork":"MOBILE-LTE"

2017/05/16 16:21:31 UTC 1494951691444 CAN "ip":"172.58.14.247", "remotePort":"55618", "chainNetwork":"MOBILE-LTE"

2017/05/16 16:03:58 UTC 1494950638137 CAN "ip":"172.58.14.247", "remotePort":"64037", "chainNetwork":"MOBILE-LTE"

2017/05/18 22:41:00 UTC 1495147260362 CAN "ip":"76.110.46.234", "remotePort":57116", "chainNetwork":"WIFI"
2017/05/18 22:16:18 UTC 1495145778815 CAN "ip":"76.110.46.234", "remotePort":48899", "chainNetwork":"WIFI"
2017/05/18 22:16:16 UTC 1495145776090 CAN "ip":"76.110.46.234", "remotePort":53803", "chainNetwork":"WIFI"
2017/05/18 19:25:30 UTC 1495135530522 CAN "ip":"172.58.15.82", "remotePort":20794", "chainNetwork":"MOBILE-LTE"
2017/05/18 19:06:11 UTC 1495134371307 CAN "ip":"172.58.15.82", "remotePort":35749", "chainNetwork":"MOBILE-LTE"
2017/05/18 16:44:17 UTC 1495125857515 CAN "ip":"172.58.15.82", "remotePort":34747", "chainNetwork":"MOBILE-LTE"
2017/05/18 16:04:17 UTC 1495123454498 CAN "ip":"172.58.15.82", "remotePort":49447", "chainNetwork":"MOBILE-LTE"
2017/05/18 13:29:53 UTC 1495114193686 CAN "ip":"172.58.15.82", "remotePort":25858", "chainNetwork":"MOBILE-LTE"
2017/05/18 12:58:16 UTC 1495112969918 CAN "ip":"172.58.15.82", "remotePort":20893", "chainNetwork":"MOBILE-LTE"
2017/05/18 11:32:55 UTC 1495107175940 CAN "ip":"172.58.15.82", "remotePort":40013", "chainNetwork":"MOBILE-LTE"
2017/05/18 03:01:11 UTC 1495076471604 CAN "ip":"76.110.46.234", "remotePort":51587", "chainNetwork":"WIFI"
2017/05/18 01:53:31 UTC 1495072411041 CAN "ip":"76.110.46.234", "remotePort":48253", "chainNetwork":"WIFI"
2017/05/18 01:44:13 UTC 1495071853180 CAN "ip":"76.110.46.234", "remotePort":54877", "chainNetwork":"WIFI"
2017/05/18 01:11:43 UTC 1495069903788 CAN "ip":"76.110.46.234", "remotePort":44475", "chainNetwork":"WIFI"
2017/05/17 22:20:20 UTC 1495059620539 CAN "ip":"76.110.46.234", "remotePort":47620", "chainNetwork":"WIFI"
2017/05/17 21:27:28 UTC 1495056448755 CAN "ip":"76.110.46.234", "remotePort":54021", "chainNetwork":"WIFI"
2017/05/17 21:05:52 UTC 1495055152864 CAN "ip":"76.110.46.234", "remotePort":33782", "chainNetwork":"WIFI"
2017/05/17 20:01:13 UTC 1495051273507 CAN "ip":"76.110.46.234", "remotePort":60567", "chainNetwork":"WIFI"
2017/05/17 18:11:11 UTC 1495044681035 CAN "ip":"76.110.46.234", "remotePort":46134", "chainNetwork":"WIFI"
2017/05/17 18:00:24 UTC 1495044024856 CAN "ip":"76.110.46.234", "remotePort":47630", "chainNetwork":"WIFI"
2017/05/17 17:43:14 UTC 1495042994499 CAN "ip":"76.110.46.234", "remotePort":57130", "chainNetwork":"WIFI"
2017/05/17 17:09:42 UTC 1495040982601 CAN "ip":"172.58.12.134", "remotePort":61277", "chainNetwork":"MOBILE-LTE"
2017/05/17 16:36:25 UTC 1495038986882 CAN "ip":"76.110.46.234", "remotePort":55456", "chainNetwork":"WIFI"
2017/05/17 15:35:47 UTC 1495035347116 CAN "ip":"76.110.46.234", "remotePort":52945", "chainNetwork":"WIFI"
2017/05/17 15:29:39 UTC 1495034979258 CAN "ip":"76.110.46.234", "remotePort":53478", "chainNetwork":"MOBILE-LTE"

2017/05/18 23:30:39 UTC 1495150239712 CAN {"ip":"76.110.46.234", "remotePort":"58828", "chainNetwork":"WIFI"}
2017/05/19 00:24:31 UTC 1495153471828 CAN {"ip":"76.110.46.234", "remotePort":"49336", "chainNetwork":"WIFI"}
2017/05/19 03:36:33 UTC 1495164993173 CAN {"ip":"76.110.46.234", "remotePort":"43142", "chainNetwork":"WIFI"}
2017/05/19 03:36:42 UTC 1495165002899 CAN {"ip":"76.110.46.234", "remotePort":"51494", "chainNetwork":"WIFI"}
2017/05/19 03:45:36 UTC 1495165535695 CAN {"ip":"76.110.46.234", "remotePort":"42299", "chainNetwork":"WIFI"}
2017/05/19 04:31:28 UTC 1495168288455 CAN {"ip":"76.110.46.234", "remotePort":"37166", "chainNetwork":"WIFI"}
2017/05/19 11:52:53 UTC 1495194773973 CAN {"ip":"172.58.11.110", "remotePort":"65024", "chainNetwork":"MOBILE-LTE"}
2017/05/19 11:56:52 UTC 1495195012967 CAN {"ip":"172.58.11.110", "remotePort":"42906", "chainNetwork":"MOBILE-LTE"}
2017/05/19 12:35:06 UTC 1495197306098 CAN {"ip":"172.58.11.110", "remotePort":"60212", "chainNetwork":"MOBILE-LTE"}
2017/05/19 13:43:10 UTC 1495201390027 CAN {"ip":"172.58.11.110", "remotePort":"47398", "chainNetwork":"MOBILE-LTE"}
2017/05/19 15:22:42 UTC 1495207262360 CAN {"ip":"172.58.11.110", "remotePort":"57633", "chainNetwork":"MOBILE-LTE"}
2017/05/19 18:04:14 UTC 1495217054584 CAN {"ip":"172.58.11.110", "remotePort":"49297", "chainNetwork":"MOBILE-LTE"}
2017/05/19 20:39:20 UTC 1495226360180 CAN {"ip":"172.58.11.110", "remotePort":"38906", "chainNetwork":"MOBILE-LTE"}
2017/05/19 21:22:46 UTC 1495228966629 CAN {"ip":"76.110.46.234", "remotePort":"53908", "chainNetwork":"WIFI"}
2017/05/19 22:20:34 UTC 1495232434894 CAN {"ip":"76.110.46.234", "remotePort":"42148", "chainNetwork":"WIFI"}
2017/05/19 22:53:08 UTC 1495234388816 CAN {"ip":"76.110.46.234", "remotePort":"48698", "chainNetwork":"WIFI"}
2017/05/19 23:15:30 UTC 1495235273053 CAN {"ip":"76.110.46.234", "remotePort":"43090", "chainNetwork":"WIFI"}
2017/05/20 00:38:17 UTC 1495240693584 CAN {"ip":"76.110.46.234", "remotePort":"43403", "chainNetwork":"WIFI"}
2017/05/20 01:00:31 UTC 1495242031604 CAN {"ip":"76.110.46.234", "remotePort":"34551", "chainNetwork":"WIFI"}
2017/05/20 01:31:52 UTC 1495243912938 CAN {"ip":"76.110.46.234", "remotePort":"47387", "chainNetwork":"WIFI"}
2017/05/20 01:37:30 UTC 1495244250686 CAN {"ip":"76.110.46.234", "remotePort":"42364", "chainNetwork":"WIFI"}
2017/05/20 02:27:05 UTC 1495247225619 CAN {"ip":"76.110.46.234", "remotePort":"48894", "chainNetwork":"WIFI"}
2017/05/20 02:29:44 UTC 1495247384400 CAN {"ip":"76.110.46.234", "remotePort":"40203", "chainNetwork":"WIFI"}
2017/05/20 02:34:50 UTC 1495247690708 CAN {"ip":"76.110.46.234", "remotePort":"39406", "chainNetwork":"WIFI"}
2017/05/20 02:36:09 UTC 1495247769048 CAN {"ip":"76.110.46.234", "remotePort":"58707", "chainNetwork":"WIFI"}

2017/05/20 02:37:57 UTC 1495247877048 CAN "ip":"76.110.46.234", "remotePort":"40903", "chainNetwork":"WIFI"
2017/05/20 02:47:34 UTC 1495248454717 CAN "ip":"76.110.46.234", "remotePort":"47075", "chainNetwork":"WIFI"
2017/05/20 03:13:21 UTC 1495250001625 CAN "ip":"76.110.46.234", "remotePort":"60323", "chainNetwork":"WIFI"
2017/05/20 03:39:30 UTC 1495251570078 CAN "ip":"76.110.46.234", "remotePort":"52201", "chainNetwork":"WIFI"
2017/05/20 03:59:35 UTC 1495252775287 CAN "ip":"76.110.46.234", "remotePort":"42084", "chainNetwork":"WIFI"
2017/05/20 11:36:16 UTC 1495280176719 CAN "ip":"172.58.15.102", "remotePort":"42898", "chainNetwork":"MOBILE-LTE"
2017/05/20 12:40:47 UTC 1495284047238 CAN "ip":"172.58.15.102", "remotePort":"54178", "chainNetwork":"MOBILE-LTE"
2017/05/20 13:58:22 UTC 1495288702619 CAN "ip":"172.58.15.102", "remotePort":"45339", "chainNetwork":"MOBILE-LTE"
2017/05/20 14:25:39 UTC 1495290339506 CAN "ip":"172.58.15.102", "remotePort":"30334", "chainNetwork":"MOBILE-LTE"
2017/05/20 17:59:06 UTC 1495303146893 CAN "ip":"76.110.46.234", "remotePort":"41849", "chainNetwork":"MOBILE-LTE"
2017/05/20 18:45:39 UTC 1495305939298 CAN "ip":"76.110.46.234", "remotePort":"59440", "chainNetwork":"WIFI"
2017/05/20 19:26:07 UTC 1495308367400 CAN "ip":"76.110.46.234", "remotePort":"49865", "chainNetwork":"WIFI"
2017/05/20 20:03:14 UTC 1495310594413 CAN "ip":"76.110.46.234", "remotePort":"35661", "chainNetwork":"WIFI"
2017/05/20 20:30:43 UTC 1495312243335 CAN "ip":"76.110.46.234", "remotePort":"39023", "chainNetwork":"WIFI"
2017/05/20 23:00:41 UTC 1495321241952 CAN "ip":"76.110.46.234", "remotePort":"48110", "chainNetwork":"WIFI"
2017/05/21 00:50:42 UTC 1495327842983 CAN "ip":"76.110.46.234", "remotePort":"50216", "chainNetwork":"WIFI"
2017/05/21 00:56:04 UTC 1495328164566 CAN "ip":"76.110.46.234", "remotePort":"60693", "chainNetwork":"WIFI"
2017/05/21 01:18:37 UTC 1495329517711 CAN "ip":"76.110.46.234", "remotePort":"45726", "chainNetwork":"WIFI"
2017/05/21 01:43:16 UTC 1495330996212 CAN "ip":"76.110.46.234", "remotePort":"36671", "chainNetwork":"WIFI"
2017/05/21 02:15:45 UTC 1495332945949 CAN "ip":"76.110.46.234", "remotePort":"56645", "chainNetwork":"WIFI"
2017/05/21 02:58:00 UTC 1495335480451 CAN "ip":"76.110.46.234", "remotePort":"38165", "chainNetwork":"WIFI"
2017/05/21 03:00:42 UTC 1495335642372 CAN "ip":"76.110.46.234", "remotePort":"41307", "chainNetwork":"WIFI"
2017/05/21 04:37:01 UTC 1495341421966 CAN "ip":"76.110.46.234", "remotePort":"46637", "chainNetwork":"WIFI"
2017/05/21 11:54:11 UTC 1495367651656 CAN "ip":"172.58.14.157", "remotePort":"38294", "chainNetwork":"MOBILE-LTE"
2017/05/21 11:54:23 UTC 1495367683786 CAN "ip":"172.58.14.157", "remotePort":"46929", "chainNetwork":"MOBILE-LTE"

2017/05/22 12:10:46 UTC 1495455046203 CAN "ip":"172.58.11.221", "remotePort":"29794", "chainNetwork":"MOBILE-LTE"

2017/05/22 11:49:15 UTC 1495453759606 CAN "ip":"76.110.46.234", "remotePort":"34053", "chainNetwork":"WIFI"

2017/05/22 11:46:02 UTC 1495453562152 CAN "ip":"172.58.11.221", "remotePort":"49415", "chainNetwork":"MOBILE-LTE"

2017/05/22 10:42:58 UTC 1495449778252 CAN "ip":"172.58.11.221", "remotePort":"45665", "chainNetwork":"MOBILE-LTE"

2017/05/22 04:42:27 UTC 1495428147362 CAN "ip":"76.110.46.234", "remotePort":"42664", "chainNetwork":"WIFI"

2017/05/22 03:55:49 UTC 1495425349811 CAN "ip":"76.110.46.234", "remotePort":"35675", "chainNetwork":"WIFI"

2017/05/22 03:12:53 UTC 1495422773461 CAN "ip":"76.110.46.234", "remotePort":"50758", "chainNetwork":"WIFI"

2017/05/22 03:08:38 UTC 1495422518484 CAN "ip":"76.110.46.234", "remotePort":"43519", "chainNetwork":"WIFI"

2017/05/22 03:04:16 UTC 1495422568883 CAN "ip":"76.110.46.234", "remotePort":"57855", "chainNetwork":"WIFI"

2017/05/22 02:41:53 UTC 1495420912410 CAN "ip":"76.110.46.234", "remotePort":"46785", "chainNetwork":"WIFI"

2017/05/22 02:14:51 UTC 1495419291757 CAN "ip":"76.110.46.234", "remotePort":"48077", "chainNetwork":"WIFI"

2017/05/22 02:12:08 UTC 1495419128671 CAN "ip":"76.110.46.234", "remotePort":"45797", "chainNetwork":"WIFI"

2017/05/22 02:00:06 UTC 1495418406479 CAN "ip":"76.110.46.234", "remotePort":"41430", "chainNetwork":"WIFI"

2017/05/22 01:15:20 UTC 1495415720052 CAN "ip":"76.110.46.234", "remotePort":"49606", "chainNetwork":"WIFI"

2017/05/22 01:03:21 UTC 1495415001532 CAN "ip":"76.110.46.234", "remotePort":"55624", "chainNetwork":"WIFI"

2017/05/22 00:55:45 UTC 1495414545884 CAN "ip":"76.110.46.234", "remotePort":"57946", "chainNetwork":"WIFI"

2017/05/21 22:52:39 UTC 1495407159418 CAN "ip":"76.110.46.234", "remotePort":"39110", "chainNetwork":"WIFI"

2017/05/21 21:59:39 UTC 1495403979300 CAN "ip":"76.110.46.234", "remotePort":"58893", "chainNetwork":"WIFI"

2017/05/21 20:30:40 UTC 1495398640227 CAN "ip":"76.110.46.234", "remotePort":"46813", "chainNetwork":"WIFI"

2017/05/21 20:15:44 UTC 1495397744695 CAN "ip":"76.110.46.234", "remotePort":"48160", "chainNetwork":"WIFI"

2017/05/21 20:14:19 UTC 1495397659886 CAN "ip":"76.110.46.234", "remotePort":"38698", "chainNetwork":"WIFI"

2017/05/21 19:30:58 UTC 1495395058843 CAN "ip":"76.110.46.234", "remotePort":"57933", "chainNetwork":"WIFI"

2017/05/21 18:39:49 UTC 1495391986109 CAN "ip":"76.110.46.234", "remotePort":"57747", "chainNetwork":"WIFI"

2017/05/21 18:02:06 UTC 1495389726063 CAN "ip":"172.58.14.157", "remotePort":"59675", "chainNetwork":"MOBILE-LTE"

2017/05/21 12:25:04 UTC 1495369504159 CAN "ip":"172.58.14.157", "remotePort":"22941", "chainNetwork":"MOBILE-LTE"

2017/05/24 00:33:30 UTC 1495860109324 CAN {"ip":"76.110.46.234","remotePort":39272","chainNetwork":"WIFI"}

2017/05/23 23:34:26 UTC 1495582466007 CAN {"ip":"76.110.46.234","remotePort":56149","chainNetwork":"WIFI"}

2017/05/23 20:29:28 UTC 1495571368556 CAN {"ip":"76.110.46.234","remotePort":59176","chainNetwork":"MOBILE-LTE"}

2017/05/23 19:31:49 UTC 1495567909819 CAN {"ip":"172.58.11.224","remotePort":62103","chainNetwork":"MOBILE-LTE"}

2017/05/23 17:18:21 UTC 1495559990796 CAN {"ip":"172.58.11.224","remotePort":57345","chainNetwork":"MOBILE-LTE"}

2017/05/23 17:11:42 UTC 1495559502194 CAN {"ip":"172.58.11.224","remotePort":23260","chainNetwork":"MOBILE-LTE"}

2017/05/23 16:12:15 UTC 1495555935897 CAN {"ip":"172.58.11.224","remotePort":32619","chainNetwork":"MOBILE-LTE"}

2017/05/23 12:30:08 UTC 1495542608863 CAN {"ip":"172.58.11.224","remotePort":54453","chainNetwork":"MOBILE-LTE"}

2017/05/23 11:42:58 UTC 1495539778421 CAN {"ip":"172.58.11.224","remotePort":64422","chainNetwork":"MOBILE-LTE"}

2017/05/23 11:34:02 UTC 1495539242798 CAN {"ip":"172.58.11.224","remotePort":64985","chainNetwork":"MOBILE-LTE"}

2017/05/23 09:53:07 UTC 1495533187030 CAN {"ip":"76.110.46.234","remotePort":38524","chainNetwork":"WIFI"}

2017/05/23 08:13:18 UTC 1495527198916 CAN {"ip":"76.110.46.234","remotePort":41731","chainNetwork":"WIFI"}

2017/05/23 03:44:05 UTC 1495518245323 CAN {"ip":"76.110.46.234","remotePort":48729","chainNetwork":"WIFI"}

2017/05/23 03:50:26 UTC 1495511142669 CAN {"ip":"76.110.46.234","remotePort":39962","chainNetwork":"WIFI"}

2017/05/23 01:49:51 UTC 1495504191936 CAN {"ip":"76.110.46.234","remotePort":37679","chainNetwork":"WIFI"}

2017/05/23 01:00:45 UTC 1495501245722 CAN {"ip":"76.110.46.234","remotePort":50405","chainNetwork":"WIFI"}

2017/05/23 00:57:28 UTC 1495501048429 CAN {"ip":"76.110.46.234","remotePort":59778","chainNetwork":"WIFI"}

2017/05/23 00:42:13 UTC 1495500133072 CAN {"ip":"172.58.11.221","remotePort":48126","chainNetwork":"MOBILE-LTE"}

2017/05/23 00:35:38 UTC 1495499738917 CAN {"ip":"172.58.11.221","remotePort":25986","chainNetwork":"MOBILE-LTE"}

2017/05/22 22:40:32 UTC 1495492832168 CAN {"ip":"172.58.11.221","remotePort":37407","chainNetwork":"MOBILE-LTE"}

2017/05/22 19:55:06 UTC 1495482906908 CAN {"ip":"172.58.11.221","remotePort":34552","chainNetwork":"MOBILE-LTE"}

2017/05/22 19:42:11 UTC 1495482131996 CAN {"ip":"172.58.11.221","remotePort":51422","chainNetwork":"MOBILE-LTE"}

2017/05/22 18:40:30 UTC 1495478430163 CAN {"ip":"172.58.11.221","remotePort":45618","chainNetwork":"MOBILE-LTE"}

2017/05/22 16:46:34 UTC 1495471594437 CAN {"ip":"172.58.11.221","remotePort":29716","chainNetwork":"MOBILE-LTE"}

2017/05/22 12:48:00 UTC 1495457280754 CAN {"ip":"172.58.11.221","remotePort":23229","chainNetwork":"MOBILE-LTE"}

2017/05/24 01:03:56 UTC 1495587836382 CAN "ip":"172.58.15.79", "remotePort":31895", "chainNetwork":"MOBILE-LTE"

2017/05/24 02:47:18 UTC 1495594083528 CAN "ip":"76.110.46.234", "remotePort":54114", "chainNetwork":"WIFI"

2017/05/24 03:27:29 UTC 1495584490073 CAN "ip":"76.110.46.234", "remotePort":33761", "chainNetwork":"WIFI"

2017/05/24 04:05:48 UTC 1495598748351 CAN "ip":"76.110.46.234", "remotePort":58979", "chainNetwork":"WIFI"

2017/05/24 04:20:47 UTC 1495599647270 CAN "ip":"76.110.46.234", "remotePort":52444", "chainNetwork":"WIFI"

2017/05/24 04:26:47 UTC 1495600002283 CAN "ip":"76.110.46.234", "remotePort":57811", "chainNetwork":"WIFI"

2017/05/24 04:31:27 UTC 1495600287781 CAN "ip":"76.110.46.234", "remotePort":41855", "chainNetwork":"WIFI"

2017/05/24 04:55:47 UTC 1495601747294 CAN "ip":"76.110.46.234", "remotePort":49842", "chainNetwork":"WIFI"

2017/05/24 05:15:47 UTC 1495602947844 CAN "ip":"76.110.46.234", "remotePort":35303", "chainNetwork":"WIFI"

2017/05/24 05:17:21 UTC 1495603041271 CAN "ip":"76.110.46.234", "remotePort":37209", "chainNetwork":"WIFI"

2017/05/24 05:18:00 UTC 1495603080145 CAN "ip":"76.110.46.234", "remotePort":39227", "chainNetwork":"WIFI"

2017/05/24 05:19:40 UTC 1495603180578 CAN "ip":"76.110.46.234", "remotePort":38204", "chainNetwork":"WIFI"

2017/05/24 11:53:43 UTC 1495626823268 CAN "ip":"172.58.12.3", "remotePort":64198", "chainNetwork":"MOBILE-LTE"

2017/05/24 11:55:28 UTC 1495626928754 CAN "ip":"172.58.12.3", "remotePort":28401", "chainNetwork":"MOBILE-LTE"

2017/05/24 13:00:48 UTC 1495630848321 CAN "ip":"172.58.12.3", "remotePort":33561", "chainNetwork":"MOBILE-LTE"

2017/05/24 13:36:32 UTC 1495632993095 CAN "ip":"172.58.12.3", "remotePort":46761", "chainNetwork":"MOBILE-LTE"

2017/05/24 19:20:48 UTC 1495659648651 CAN "ip":"172.58.12.3", "remotePort":18799", "chainNetwork":"MOBILE-LTE"

2017/05/24 21:00:48 UTC 1495659648624 CAN "ip":"172.58.12.3", "remotePort":32571", "chainNetwork":"MOBILE-LTE"

2017/05/24 21:04:46 UTC 1495659886031 CAN "ip":"76.110.46.234", "remotePort":49629", "chainNetwork":"WIFI"

2017/05/24 21:24:28 UTC 1495661068988 CAN "ip":"172.58.13.3", "remotePort":22288", "chainNetwork":"MOBILE-LTE"

2017/05/24 21:31:15 UTC 1495661475116 CAN "ip":"76.110.46.234", "remotePort":55094", "chainNetwork":"WIFI"

2017/05/24 21:32:10 UTC 1495661530001 CAN "ip":"172.58.12.3", "remotePort":42061", "chainNetwork":"MOBILE-LTE"

2017/05/24 21:32:13 UTC 1495661530028 CAN "ip":"76.110.46.234", "remotePort":23895", "chainNetwork":"WIFI"

2017/05/24 21:54:50 UTC 1495662890098 CAN "ip":"76.110.46.234", "remotePort":37021", "chainNetwork":"WIFI"

2017/05/25 01:38:58 UTC 1495673538465 CAN "ip":"76.110.46.234", "remotePort":35397", "chainNetwork":"WIFI"

2017/05/26 02:51:35 UTC 1495767095220 CAN    "ip":"76.110.46.234", "remotePort":53565", "chainNetwork":"WIFI"
2017/05/26 02:36:14 UTC 1495766174319 CAN    "ip":"76.110.46.234", "remotePort":34272", "chainNetwork":"WIFI"
2017/05/26 01:40:41 UTC 1495762841296 CAN    "ip":"76.110.46.234", "remotePort":48105", "chainNetwork":"WIFI"
2017/05/26 00:03:55 UTC 1495760635288 CAN    "ip":"76.110.46.234", "remotePort":49466", "chainNetwork":"WIFI"
2017/05/26 01:01:16 UTC 1495760476900 CAN    "ip":"76.110.46.234", "remotePort":30082", "chainNetwork":"WIFI"
2017/05/26 01:00:14 UTC 1495760414370 CAN    "ip":"76.110.46.234", "remotePort":35216", "chainNetwork":"WIFI"
2017/05/26 00:44:04 UTC 1495759440058 CAN    "ip":"76.110.46.234", "remotePort":38081", "chainNetwork":"WIFI"
2017/05/26 00:23:12 UTC 1495758192654 CAN    "ip":"76.110.46.234", "remotePort":53095", "chainNetwork":"WIFI"
2017/05/25 23:54:37 UTC 1495756477402 CAN    "ip":"76.110.46.234", "remotePort":55235", "chainNetwork":"WIFI"
2017/05/25 21:42:50 UTC 1495748570348 CAN    "ip":"76.110.46.234", "remotePort":46594", "chainNetwork":"WIFI"
2017/05/25 21:31:44 UTC 1495747904655 CAN    "ip":"172.58.15.26", "remotePort":45742", "chainNetwork":"MOBILE-LTE"
2017/05/25 21:23:10 UTC 1495747390650 CAN    "ip":"172.58.15.20", "remotePort":42898", "chainNetwork":"MOBILE-LTE"
2017/05/25 19:54:39 UTC 1495742079945 CAN    "ip":"172.58.15.20", "remotePort":60629", "chainNetwork":"MOBILE-LTE"
2017/05/25 12:10:47 UTC 1495714247480 CAN    "ip":"172.58.15.20", "remotePort":46580", "chainNetwork":"MOBILE-LTE"
2017/05/25 11:55:06 UTC 1495713306408 CAN    "ip":"172.58.15.20", "remotePort":40957", "chainNetwork":"MOBILE-LTE"
2017/05/25 04:48:45 UTC 1495687725810 CAN    "ip":"76.110.46.234", "remotePort":41748", "chainNetwork":"WIFI"
2017/05/25 03:32:57 UTC 1495683177015 CAN    "ip":"76.110.46.234", "remotePort":57850", "chainNetwork":"WIFI"
2017/05/25 03:24:06 UTC 1495682646804 CAN    "ip":"76.110.46.234", "remotePort":41995", "chainNetwork":"WIFI"
2017/05/25 03:20:38 UTC 1495682438811 CAN    "ip":"76.110.46.234", "remotePort":56452", "chainNetwork":"WIFI"
2017/05/25 03:16:13 UTC 1495682173689 CAN    "ip":"76.110.46.234", "remotePort":51876", "chainNetwork":"WIFI"
2017/05/25 02:41:57 UTC 1495680117775 CAN    "ip":"76.110.46.234", "remotePort":49967", "chainNetwork":"WIFI"
2017/05/25 02:22:41 UTC 1495678981684 CAN    "ip":"76.110.46.234", "remotePort":55286", "chainNetwork":"WIFI"
2017/05/25 02:16:18 UTC 1495678578574 CAN    "ip":"76.110.46.234", "remotePort":45048", "chainNetwork":"WIFI"
2017/05/25 01:55:37 UTC 1495677333387 CAN    "ip":"76.110.46.234", "remotePort":38292", "chainNetwork":"WIFI"
2017/05/25 01:52:50 UTC 1495677170595 CAN    "ip":"76.110.46.234", "remotePort":43274", "chainNetwork":"WIFI"

2017/05/26 12:02:59 UTC 1495800179142 CAN "ip":"172.58.11.128", "remotePort":"24644", "chainNetwork":"MOBILE-LTE"
2017/05/26 12:07:54 UTC 1495800474782 CAN "ip":"172.58.11.128", "remotePort":"47069", "chainNetwork":"MOBILE-LTE"
2017/05/26 16:52:36 UTC 1495817555735 CAN "ip":"76.110.46.234", "remotePort":"51723", "chainNetwork":"MOBILE-LTE"
2017/05/26 18:59:50 UTC 1495825190922 CAN "ip":"172.58.11.41", "remotePort":"59783", "chainNetwork":"MOBILE-LTE"
2017/05/26 19:57:02 UTC 1495828622125 CAN "ip":"172.58.11.41", "remotePort":"56241", "chainNetwork":"MOBILE-LTE"
2017/05/26 22:24:10 UTC 1495837450515 CAN "ip":"76.110.46.234", "remotePort":"40176", "chainNetwork":"WIFI"
2017/05/26 23:15:39 UTC 1495840539097 CAN "ip":"76.110.46.234", "remotePort":"60436", "chainNetwork":"WIFI"
2017/05/26 23:16:18 UTC 1495840578781 CAN "ip":"76.110.46.234", "remotePort":"54957", "chainNetwork":"WIFI"
2017/05/26 23:28:36 UTC 1495841316090 CAN "ip":"172.58.11.189", "remotePort":"41080", "chainNetwork":"MOBILE-LTE"
2017/05/27 00:04:15 UTC 1495843455236 CAN "ip":"76.110.46.234", "remotePort":"50268", "chainNetwork":"WIFI"
2017/05/27 00:04:17 UTC 1495843457917 CAN "ip":"76.110.46.234", "remotePort":"32921", "chainNetwork":"WIFI"
2017/05/27 00:34:30 UTC 1495845270400 CAN "ip":"76.110.46.234", "remotePort":"37289", "chainNetwork":"WIFI"
2017/05/27 02:52:14 UTC 1495853534639 CAN "ip":"76.110.46.234", "remotePort":"41814", "chainNetwork":"WIFI"
2017/05/27 02:57:30 UTC 1495853850642 CAN "ip":"76.110.46.234", "remotePort":"55698", "chainNetwork":"WIFI"
2017/05/27 04:38:44 UTC 1495859924434 CAN "ip":"76.110.46.234", "remotePort":"41969", "chainNetwork":"WIFI"
2017/05/27 12:17:40 UTC 1495887460542 CAN "ip":"172.58.11.57", "remotePort":"50198", "chainNetwork":"MOBILE-LTE"
2017/05/27 12:23:45 UTC 1495887825703 CAN "ip":"172.58.11.57", "remotePort":"61385", "chainNetwork":"MOBILE-LTE"
2017/05/27 13:28:13 UTC 1495891693699 CAN "ip":"172.58.11.57", "remotePort":"38316", "chainNetwork":"MOBILE-LTE"
2017/05/27 13:45:33 UTC 1495892733149 CAN "ip":"76.110.46.234", "remotePort":"33751", "chainNetwork":"MOBILE-LTE"
2017/05/27 14:21:54 UTC 1495894914505 CAN "ip":"172.58.11.57", "remotePort":"63051", "chainNetwork":"MOBILE-LTE"
2017/05/27 17:41:01 UTC 1495906861779 CAN "ip":"76.110.46.234", "remotePort":"59667", "chainNetwork":"WIFI"
2017/05/27 19:23:42 UTC 1495913022138 CAN "ip":"76.110.46.234", "remotePort":"57655", "chainNetwork":"WIFI"
2017/05/27 20:33:42 UTC 1495917222630 CAN "ip":"76.110.46.234", "remotePort":"35873", "chainNetwork":"WIFI"
2017/05/27 21:01:36 UTC 1495918898260 CAN "ip":"76.110.46.234", "remotePort":"40237", "chainNetwork":"WIFI"
2017/05/27 22:26:52 UTC 1495924012989 CAN "ip":"172.58.15.98", "remotePort":"63190", "chainNetwork":"MOBILE-LTE"

2017/05/29 17:56:23 UTC 1496080583513 CAN "ip":"172.58.15.127", "remotePort":"24655", "chainNetwork":"MOBILE-LTE"
2017/05/29 16:02:47 UTC 1496073767270 CAN "ip":"172.58.15.127", "remotePort":"48495", "chainNetwork":"MOBILE-LTE"
2017/05/29 15:54:25 UTC 1496073265777 CAN "ip":"172.58.15.127", "remotePort":"22197", "chainNetwork":"MOBILE-LTE"
2017/05/29 15:23:40 UTC 1496071142032 CAN "ip":"172.58.15.127", "remotePort":"60585", "chainNetwork":"MOBILE-LTE"
2017/05/29 14:08:55 UTC 1496066935800 CAN "ip":"172.58.15.127", "remotePort":"23475", "chainNetwork":"MOBILE-LTE"
2017/05/29 13:10:06 UTC 1496063406534 CAN "ip":"172.58.15.127", "remotePort":"33630", "chainNetwork":"MOBILE-LTE"
2017/05/29 13:09:39 UTC 1496063793388 CAN "ip":"76.110.46.234", "remotePort":"44781", "chainNetwork":"WIFI"
2017/05/29 12:11:57 UTC 1496059917588 CAN "ip":"172.58.15.127", "remotePort":"62908", "chainNetwork":"MOBILE-LTE"
2017/05/29 03:50:49 UTC 1496029849095 CAN "ip":"76.110.46.234", "remotePort":"45838", "chainNetwork":"WIFI"
2017/05/29 03:46:16 UTC 1496029576348 CAN "ip":"76.110.46.234", "remotePort":"55397", "chainNetwork":"WIFI"
2017/05/29 03:41:33 UTC 1496029293183 CAN "ip":"76.110.46.234", "remotePort":"35669", "chainNetwork":"WIFI"
2017/05/29 03:11:23 UTC 1496027483785 CAN "ip":"76.110.46.234", "remotePort":"52252", "chainNetwork":"WIFI"
2017/05/29 02:59:20 UTC 1496026760820 CAN "ip":"76.110.46.234", "remotePort":"48957", "chainNetwork":"WIFI"
2017/05/29 02:04:33 UTC 1496023473807 CAN "ip":"76.110.46.234", "remotePort":"38621", "chainNetwork":"WIFI"
2017/05/29 00:15:05 UTC 1496016906911 CAN "ip":"76.110.46.234", "remotePort":"36280", "chainNetwork":"WIFI"
2017/05/28 23:40:40 UTC 1496014840215 CAN "ip":"76.110.46.234", "remotePort":"34807", "chainNetwork":"WIFI"
2017/05/28 21:12:14 UTC 1496006034002 CAN "ip":"76.110.46.234", "remotePort":"38075", "chainNetwork":"WIFI"
2017/05/28 17:58:22 UTC 1495994302800 CAN "ip":"76.110.46.234", "remotePort":"36728", "chainNetwork":"WIFI"
2017/05/28 15:22:08 UTC 1495984926923 CAN "ip":"76.110.46.234", "remotePort":"33320", "chainNetwork":"WIFI"
2017/05/28 05:20:03 UTC 1495947723372 CAN "ip":"76.110.46.234", "remotePort":"37060", "chainNetwork":"WIFI"
2017/05/28 02:57:32 UTC 1495940252068 CAN "ip":"76.110.46.234", "remotePort":"59306", "chainNetwork":"WIFI"
2017/05/28 01:34:38 UTC 1495935278343 CAN "ip":"76.110.46.234", "remotePort":"59888", "chainNetwork":"WIFI"
2017/05/28 01:28:44 UTC 1495934924194 CAN "ip":"76.110.46.234", "remotePort":"43710", "chainNetwork":"WIFI"
2017/05/28 00:28:31 UTC 1495931131302 CAN "ip":"76.110.46.234", "remotePort":"59812", "chainNetwork":"WIFI"
2017/05/27 22:57:10 UTC 1495925830701 CAN "ip":"76.110.46.234", "remotePort":"58938", "chainNetwork":"WIFI"

2017/05/31 00:55:28 UTC 1496192128190 CAN    'ip':'76.110.46.234', 'remotePort':'32891', 'chainNetwork':'WIFI'

2017/05/30 22:47:48 UTC 1496184468770 CAN    'ip':'172.58.11.57', 'remotePort':'50613', 'chainNetwork':'MOBILE-LTE'

2017/05/30 22:18:38 UTC 1496182718852 CAN    'ip':'76.110.46.234', 'remotePort':'34117', 'chainNetwork':'WIFI'

2017/05/30 22:17:05 UTC 1496182625691 CAN    'ip':'76.110.46.234', 'remotePort':'36949', 'chainNetwork':'WIFI'

2017/05/30 21:34:06 UTC 1496180046045 CAN    'ip':'76.110.46.234', 'remotePort':'50135', 'chainNetwork':'WIFI'

2017/05/30 21:33:51 UTC 1496180031607 CAN    'ip':'172.58.14.210', 'remotePort':'19583', 'chainNetwork':'MOBILE-LTE'

2017/05/30 18:42:38 UTC 1496169758637 CAN    'ip':'172.58.14.210', 'remotePort':'22287', 'chainNetwork':'MOBILE-LTE'

2017/05/30 13:01:36 UTC 1496149296881 CAN    'ip':'172.58.14.210', 'remotePort':'46169', 'chainNetwork':'MOBILE-LTE'

2017/05/30 12:03:00 UTC 1496145793032 CAN    'ip':'172.58.14.210', 'remotePort':'29198', 'chainNetwork':'MOBILE-LTE'

2017/05/30 11:38:14 UTC 1496144294386 CAN    'ip':'172.58.14.210', 'remotePort':'63616', 'chainNetwork':'MOBILE-LTE'

2017/05/30 05:15:14 UTC 1496121314341 CAN    'ip':'76.110.46.234', 'remotePort':'58610', 'chainNetwork':'WIFI'

2017/05/30 04:07:39 UTC 1496117259877 CAN    'ip':'76.110.46.234', 'remotePort':'37380', 'chainNetwork':'WIFI'

2017/05/30 04:01:04 UTC 1496116864476 CAN    'ip':'76.110.46.234', 'remotePort':'47511', 'chainNetwork':'WIFI'

2017/05/30 03:59:53 UTC 1496116793697 CAN    'ip':'76.110.46.234', 'remotePort':'39949', 'chainNetwork':'WIFI'

2017/05/30 03:11:19 UTC 1496113879082 CAN    'ip':'76.110.46.234', 'remotePort':'49267', 'chainNetwork':'WIFI'

2017/05/30 03:02:16 UTC 1496113335682 CAN    'ip':'76.110.46.234', 'remotePort':'38304', 'chainNetwork':'WIFI'

2017/05/30 01:23:44 UTC 1496107246636 CAN    'ip':'76.110.46.234', 'remotePort':'58652', 'chainNetwork':'WIFI'

2017/05/30 00:38:43 UTC 1496104723555 CAN    'ip':'76.110.46.234', 'remotePort':'40864', 'chainNetwork':'WIFI'

2017/05/30 00:37:43 UTC 1496104663734 CAN    'ip':'76.110.46.234', 'remotePort':'33496', 'chainNetwork':'WIFI'

2017/05/30 00:35:52 UTC 1496104552001 CAN    'ip':'76.110.46.234', 'remotePort':'53953', 'chainNetwork':'WIFI'

2017/05/30 00:29:30 UTC 1496104170416 CAN    'ip':'76.110.46.234', 'remotePort':'43992', 'chainNetwork':'WIFI'

2017/05/29 23:44:45 UTC 1496101468598 CAN    'ip':'76.110.46.234', 'remotePort':'40990', 'chainNetwork':'WIFI'

2017/05/29 22:07:45 UTC 1496095665909 CAN    'ip':'76.110.46.234', 'remotePort':'45048', 'chainNetwork':'WIFI'

2017/05/29 22:06:21 UTC 1496095581673 CAN    'ip':'76.110.46.234', 'remotePort':'47911', 'chainNetwork':'WIFI'

2017/05/29 19:44:34 UTC 1496087074501 CAN    'ip':'76.110.46.234', 'remotePort':'33837', 'chainNetwork':'MOBILE-LTE'

SZ

2017/05/31 13:22:57 UTC 1496236977262 CAN "ip":"172.58.12.61", "remotePort":"54023", "chainNetwork":"MOBILE-LTE".

2017/05/31 13:02:42 UTC 1496235762070 CAN "ip":"172.58.12.61", "remotePort":"20860", "chainNetwork":"MOBILE-LTE".

2017/05/31 11:36:27 UTC 1496230587168 CAN "ip":"172.58.12.61", "remotePort":"41109", "chainNetwork":"MOBILE-HSPA+".

2017/05/31 11:25:11 UTC 1496229911894 CAN "ip":"172.58.12.61", "remotePort":"27597", "chainNetwork":"MOBILE-LTE".

2017/05/31 11:20:04 UTC 1496229604052 CAN "ip":"172.58.12.61", "remotePort":"27837", "chainNetwork":"MOBILE-LTE".

2017/05/31 06:36:32 UTC 1496212592349 CAN "ip":"76.110.46.234", "remotePort":"37561", "chainNetwork":"WIFI".

2017/05/31 06:29:47 UTC 1496212187775 CAN "ip":"76.110.46.234", "remotePort":"35793", "chainNetwork":"WIFI".

2017/05/31 02:10:29 UTC 1496196629132 CAN "ip":"76.110.46.234", "remotePort":"45940", "chainNetwork":"WIFI".

DE

COMCast

Emergency Disclosure

Request and Response

Homeland Security Investigations
Office of the Resident Agent in Charge
251 North Main Street, Suite 800
Winston-Salem, NC 27101-3914



# Homeland Security

To: Comcast Legal Response Center
Fax: 215-286-9920

From: Special Agent Cory E. Brant
Fax: 336-631-5361
Telephone: 678-222-8300

▮▮▮▮▮▮

1189 SW Edinburgh Dr.
Port St. Lucie 34953
(772) ▮▮▮▮▮
Ref: 841486

### Emergency Situation Disclosure Request
### by Law Enforcement

Please complete this form to assist the Comcast Legal Response Center in exercising its discretion to disclose information to your law enforcement agency or governmental entity pursuant to 18 U.S.C. § 2702(b) or § 2702(c). If you are unable to answer a specific question in writing, please call 877-249-7306. Failure to provide complete answers to any question may result in a delay of the disclosure of the requested information or Comcast choosing not to make any disclosure.

1. What is the nature of the emergency involving immediate danger of death or serious physical injury to any person?

   I have received information and am currently investigating the user of this IP address for the sexual exploitation of children. This subject is believed to have raped his daughter last night and sent videos depicting the rape to others. Since it appears that this subject is raping a child under his custody or control and the offenses are actively taking place this emergency request is being sought.

2. Whose death or serious physical injury is threatened?

   The child that is being sexually abused is believed to be the subscriber's daughter.

3. What is the pending nature of the threat? Do you have information that suggests that there is a specific deadline before the act indicated in Question 1 will occur? (For example, tonight, tomorrow, at noon.)

   The threat appears to be ongoing and the child is continually being sexually abused. It appears the child involved was sexually abused as early as last night.

4. Why is the required disclosure process pursuant to 18 U.S.C. § 2703 or another applicable law insufficient or untimely as set forth by the deadline indicated in Question 3?

   Since this investigation involves the active sexual abuse of a minor it is requested that an emergency disclosure be made so law enforcement can identify the user and rescue the victim in an expedited manner. An official request pursuant to 18 USC 2703 will be made as soon as possible.

5. What specific information in Comcast's possession are you seeking to receive on an emergency basis? (Please be specific such as name, street address, telephone, or e-mail contents; do not respond by asking for everything or all account information as that will likely delay processing of the request.)

   Subscriber identification information, more specifically the following:

   76.110.46.234 on 05/31/2017 at 06:36:32 UTC

- **IP Address Identification** – You must provide the IP address and a specific date & time on this form
- **Email Identification** – You must provide the Comcast email address on this form
- **Telephone # Identification** – You must provide the telephone number and a specific date & time on this form
- **Physical Address Identification** – You must provide the complete physical address on this form

If Comcast makes an emergency disclosure to your law enforcement agency or governmental entity pursuant to 18 U.S.C. § 2702(b) or § 2702(c), you agree to provide Comcast with a formal order to provide your agency with the information provided pursuant to this request within 72 hours. I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Printed Name

Signature

_Special Agent_
Title

_Homeland Security Investigations_
Name of Agency/Governmental Entity

_251 N. Main Street, Ste. 800_
Address

_Winston-Salem, NC 27101_
Address

Telephone number

Fax number

**Please return this form to fax # 215-286-9920**

## U.S. COURT OF APPEALS FOR THE ELEVENTH CIRCUIT

## CERTIFICATE OF SERVICE

United States _____ vs. Scott J. Trader _____ Appeal No. 17-15611-BB

FRAP 25(b) through (d) (see reverse) requires that at or before the time of filing a paper, a party must serve a copy on the other parties to the appeal or review. In addition, the person who made service must certify that the other parties have been served, indicating the date and manner of service, the names of the persons served, and their addresses. **You may use this form to fulfill this requirement.** *Please type or print legibly.*

I hereby certify that on (date) October 18, 2018,

a true and correct copy of the foregoing (title of filing) Temporary Supplement Motion,

with first class postage prepaid, has been (check one)

☐ deposited in the U.S. Mail          ☑ deposited in the prison's
                                          internal mailing system

and properly addressed to the persons whose names and addresses are listed below:

Eleventh Circuit Court of Appeals

56 Forsyth Street, N.W.,

Atlanta, Georgia, 30303.

_____

_____

_____

_____

*Scott Trader*
**Your Name (please print)**

*Scott Trader*
**Your Signature**

*Please complete and attach this form to the original document and to any copies you are filing with the court, and to all copies you are serving on other parties to the appeal.*

## U.S. COURT OF APPEALS FOR THE ELEVENTH CIRCUIT

## CERTIFICATE OF SERVICE

<u>United States</u> *vs.* <u>Scott Trader</u>    Appeal No. <u>17-15611-BB</u>

FRAP 25(b) through (d) (see reverse) requires that at or before the time of filing a paper, a party must serve a copy on the other parties to the appeal or review. In addition, the person who made service must certify that the other parties have been served, indicating the date and manner of service, the names of the persons served, and their addresses. **You may use this form to fulfill this requirement.** *Please type or print legibly.*

I hereby certify that on (date) <u>October 19, 2018</u> ,

a true and correct copy of the foregoing (title of filing) <u>Supplemental Memordum of law,</u>

with first class postage prepaid, has been (check one)

☐ deposited in the U.S. Mail                ☑ deposited in the prison's
                                                internal mailing system

and properly addressed to the persons whose names and addresses are listed below:

<u>Eleventh Circuit Court of Appeals</u>

<u>56 Forsyth Street, N.W.,</u>

<u>Atlanta, Georgia. 30303</u>

_____    _____

_____    _____

_____    _____

_____    _____

_____        _____
Your Name (please print)                Your Signature

*Please complete and attach this form to the original document and to any copies you are filing with the court, and to all copies you are serving on other parties to the appeal.*

# PRIORITY



**FROM:** Scott Trader
Reg No. 16118-104, Unit G2
USP Coleman II
U.S. Penitentiary
PO Box 1034
Coleman, FL 33521

U.S. POSTAGE PAID
PM 2-Day
COLEMAN, FL
33521
OCT 19, 18
AMOUNT
**$0.00**
R2305H127076-12

1006
30303

UNITED STATES
POSTAL SERVICE®

\* Domestic only

WHEN USED INTERNATIONALLY,
A CUSTOMS DECLARATION
LABEL MAY BE REQUIRED.

**TO:** U.S. Court of Appeals
Eleventh Circuit
Office of the Clerk
56 Forsyth Street N.W.
Atlanta, Georgia 30303

Legal Mail.

EXPECTED DELIVERY DAY: 10/22/2018
**USPS TRACKING NUMBER**



9505 5126 3317 8292 0967 66

PS00001000014

EP14F July 2013
OD: 12.5 x 9.5

**VISIT US AT USPS.COM**
ORDER FREE SUPPLIES ONLINE

UNITED STATES
**POSTAL SERVICE**